

Liberty Life Assurance Company of Boston

Group Life Claims
P.O. Box 1525
Dover, NH 03821-1525
1-800-210-0268

January 22, 2007

Liberty Mutual
Attn: Jennifer Caron
175 Berkley Street
Boston, MA 02117

RE: Cassie E. Barrett
Policy Number: SA3-800-000001-01
File Number: GL033-131276

Dear Ms. Caron,

The enclosed check in the amount of $71,612.74 represents full settlement of the Group Life Insurance claim referenced above. This amount includes $612.74, which is the interest earned between the date of death to the date of this payment at a rate of 3.5%.

We appreciate this opportunity to be of service to you; if you need any further assistance, please feel free to contact me at 1-800-210-0268, extension 32217.

Sincerely,

Lori Lapiana

Lori Lapiana/dt
Case Manager/Group Life Claims

Enclosures

H.O. BOSTON - BENEFITS
January 17, 2007

DOVER-LIFE CLAIMS

RE: Cassie E. Barrett, SSN [redacted]

Please be advised that the above employee passed away on October 21, 2006. I have enclosed a proof of death, a certified death certificate, a W9 form, a Settlement Options form, a beneficiary designation form and confirmation of her life insurance amount.

The amount of Employee Life insurance is $71,000. The employee designated the proceeds to her spouse, Michael T. Hand. Mr. Hand has requested the proceeds be paid via a lump sum check.

Should you have any questions or need additional information, please do not hesitate to contact me at extension 42012.

Thank you.

Jennifer Caron
Enclosures

 Liberty Mutual.

# PROOF OF DEATH

## GROUP LIFE INSURANCE

Claim No. ____________

Mail to:
Liberty Life Assurance
Company of Boston
Group Life Claims
Mail Stop 03F
P.O. Box 1525
Dover, NH 03821-1525
1-800-210-0260
Fax No.: (603) 742-3673

**EMPLOYER'S CERTIFICATE** - All questions must be completed to expedite handling of this claim.
This is to certify that the facts as indicated below are true to the best of my knowledge and belief.

| | | | | |
|---|---|---|---|---|
| Name of employee (FIRST NAME) Cassie | (MIDDLE INITIAL) E. | (LAST NAME) Barrett | | Date of Birth 6/28/73 |
| Residence address (STREET) 9171 Grossmont Blvd. | | (CITY) La Mesa | (STATE) CA | (ZIP CODE) 91941 |
| Employee Social Security # [redacted] | Policy Number SA3-800-000001-01 | Amount of Insurance $71,000.00 | Date of last increase/decrease in benefits/Reason (Check One) ☐Salary Increase ☐Open Enrollment ☒Other (please explain) 6/28/04 DOH | |
| Date Employed 6/28/04 | Date Last Worked 8/10/05 | Date of Death 10/21/06 | If more than 31 days between date last worked and date of death, document absence from work: disability | |
| Was employee retired? no | | If retired, amount of insurance at retirement? | For what premium due date was premium last paid on behalf of above named employee? 10/27/06 | |
| Employee scheduled work hrs per week | Class active | Occupation sr. secretary | | Earnings $35,595.00 |
| Date signed 1/16/07 | Signature and title of authorized representative [signature] | Branch 0001 | Print name of authorized representative Jennifer Caron | Telephone Number (617) 357-9500 |

PLEASE ATTACH THE ORIGINAL GROUP INSURANCE ENROLLMENT AND RECORD CARD AND ANY REQUEST FOR CHANGE

**BENEFICIARY'S STATEMENT**

**SETTLEMENT OPTIONS** (Check one of the following)

- ☐ Pay proceeds immediately by a lump sum check.
- ☐ Pay proceeds immediately via The Liberty Security Account, an interest bearing checking account will be established and you will promptly receive your personalized checks. You may immediately use all or a portion of those funds by writing checks against your account. The funds in the account will earn interest at a competitive variable rate.
- ☐ I am interested in receiving the proceeds under an installment plan option. Please send me information on the available options.

(Please Print Clearly)

Beneficiary's Name ____________ (FIRST) ____________ (MIDDLE INITIAL) ____________ (LAST) ____________ (DATE OF BIRTH)

Address ____________ (STREET) ____________ (CITY) ____________ (STATE) ____________ (ZIPCODE)

Social Security No./Taxpayer I.D.# ____________ Relationship to deceased ____________ ____________ (PHONE NUMBER)

____________ (NAME OF DECEASED) ____________ (NAME AND ADDRESS OF EMPLOYER)

If the correct Social Security Number or Taxpayer I.D. # is not supplied, Federal and State income tax withholding may apply. Under penalty of perjury, I certify that the above information is true, correct and complete.

THE ABOVE ANSWERS ARE TRUE AND COMPLETE ACCORDING TO THE BEST OF MY KNOWLEDGE AND BELIEF

SPECIAL NOTICE: Any person who knowingly, and with intent to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information may be guilty of a criminal act punishable under law.

____________ (BENEFICIARY'S SIGNATURE) ____________ (DATE)

The issuance of this blank form is not an admission of the existence of any insurance nor does it recognize the validity of any claim and is without prejudice to the Company's legal rights or defenses.

DP 602 GL 06/03

STATE OF CALIFORNIA
CERTIFICATION OF VITAL RECORD

# COUNTY OF SAN DIEGO

GREGORY J. SMITH
ASSESSOR/RECORDER/COUNTY CLERK

CERTIFICATE OF DEATH 320053701664[illegible]

CASSIE ELIZABETH BARRETT
08/20/1973 33 F
TX MARRIED 10/21/2005 0020
BACHELOR CAUCASIAN
INSURANCE ADMINISTRATOR PRIVATE INSURANCE COMPANY 2
9171 GROSSMONT BLVD.
LA MESA SAN DIEGO 91941 CA
BARBARA E.C. ROBINSON, MOTHER 5039 VIA SERENA, ALTA LOMA, CA 91701
MICHAEL HAND
DONALD E. BARRETT
BARBARA ELIZABETH COFFMAN NOLSON
10/24/2005 AT SEA OFF THE COAST OF ORANGE COUNTY
CR/SEA NOT EMBALMED
TELOPHASE CREMATION SOCIETY-SD FD-1273 NANCY L BOWEN MD 10/24/2005
SCRIPPS MEMORIAL HOSPITAL-ENCINITAS
SAN DIEGO 354 SANTA FE DRIVE ENCINITAS
CARDIOPULMONARY ARREST HRS.
BRAIN CANCER WITH HERNIATION YRS.
NONE
BRAIN TUMOR RESECTION 08/-/2004 AND 08/-/2005
ALEXIE KHANH NGUYEN M.D. A83318 10/24/2005
10/13/2005 10/21/2005 354 SANTA FE DR., ENCINITAS, CA 92024 ALEXIE KHANH NGUYEN M.D.

This is a true and exact reproduction of the document officially registered and placed on file in the office of the San Diego County Recorder/Clerk.

December 29, 2006

Gregory J. Smith
Assessor/Recorder/County Clerk

This copy is not valid unless prepared on an engraved border displaying date, seal and signature of the Recorder/County Clerk

*001917508*

Form **W-9** (Rev. January 2003) Department of the Treasury Internal Revenue Service

# Request for Taxpayer Identification Number and Certification

Give form to the requester. Do not send to the IRS.

Print or type — See Specific Instructions on page 2

Name
MICHAEL HAND

Business name, if different from above

Check appropriate box: [X] Individual/Sole proprietor [ ] Corporation [ ] Partnership [ ] Other ▶ ..................

[ ] Exempt from backup withholding

Address (number, street, and apt. or suite no.)
207 N. Waters Edge Unit 302

Requester's name and address (optional)

City, state, and ZIP code
Glendale Heights, IL 60139

List account number(s) here (optional)

**Part I** Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 3.

*Note: If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.*

Social security number [redacted]

or

Employer identification number

**Part II** Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 4.)

**Sign Here** Signature of U.S. person ▶ [signature] Date ▶ 01/02/2007

## Purpose of Form

A person who is required to file an information return with the IRS, must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

**U.S. person.** Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued).

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee.

**Note:** *If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.*

**Foreign person.** If you are a foreign person, use the appropriate Form W-8 (see Pub. 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the recipient has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement that specifies the following five items:

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

2. The treaty article addressing the income.

3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

4. The type and amount of income that qualifies for the exemption from tax.

5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

Cat. No. 10231X Form W-9 (Rev. 1-2003)

SETTLEMENT OPTIONS FORM

Please indicate below which of the following settlement options you wish to receive by returning this form with the completed enclosed W-9 form and certified copy of the death certificate.

- [X] Pay proceeds immediately by a lump sum check.
- [ ] Pay proceeds immediately via The Liberty Security Account. This is an interest bearing checking account. It will be established in your name and you will promptly receive your personalized checks. You may immediately use all or a portion of these funds by writing checks against your account. The funds in the account will earn interest at a competitive variable rate. This option is only available if the beneficiary proceed amount is $5,000.00 or greater.
- [ ] I am interested in receiving the proceeds under an installment plan option. Please send me information on the available options.

Name of Deceased: Cassie Barrett

Michael Hand
BENEFICIARY'S SIGNATURE

01/02/2007
DATE

10/27/1970
BENEFICIARY'S Date of Birth

630-985-4099
Daytime Telephone Number



Hand / Liberty Life    AR 000000111

DBP
Health&Welfare
Plan Summary
Dependent Cov
Dependent Basic
Person Verify
Reason Selector

Person Info
Person Data
Address
Rehire EmplStat
Organization
10-27-2006
Empl Status
Empl Status STD - Disability-Shrt
Empl Status ACTIVE - Active
Person Verify
Reason Selection

JOB STATUS REPORT

TIME : 01/16/2007 00:48
NAME : LIBERTY MUTUAL
FAX# : 6175745527
TEL# : 6175545527

| | |
|---|---|
| DATE, TIME | 01/16 00:47 |
| FAX NO./NAME | 918478838270 |
| DURATION | 00:00:36 |
| PAGE(S) | 01 |
| RESULT | OK |
| MODE | STANDARD ECM |

CERTIFICATION OF VITAL RECORD

COUNTY OF SAN DIEGO

GREGORY J. SMITH
ASSESSOR/RECORDER/COUNTY CLERK

CERTIFICATE OF DEATH

CASSIE ELIZABETH BARRETT
09/23/1973 33 F
TX MARRIED 10/21/2006 0020
BACHELOR CAUCASIAN
INSURANCE ADMINISTRATOR PRIVATE INSURANCE COMPANY 2
8171 GROSSMONT BLVD.
LA MESA SAN DIEGO 91941 1 CA
BARBARA E.C. KLIMATIS, MOTHER
MICHAEL HAND
DONALD E. BARRETT
BARBARA ELIZABETH COFFMAN OLSON
10/24/2006 AT SEA OFF THE COAST OF ORANGE COUNTY
CR/SEA NOT EMBALMED
TELEPHASE CREMATION SOCIETY-SD. FD-1272 NANCY L BOWEN, MD 10/24/2006
SCRIPPS MEMORIAL HOSPITAL - ENCINITAS
SAN DIEGO 354 SANTA FE DRIVE ENCINITAS
CARDIOPULMONARY ARREST HRS
BRAIN CANCER WITH HERNIATION YRS
NONE
BRAIN TUMOR RESECTION 08/-/2004 AND 03/-/2005
VALERIE KHANH NGUYEN M.D. A83310 10/24/2006

JOB STATUS REPORT

TIME : 01/25/2007 05:39
NAME : LIBERTY MUTUAL
FAX# : 6175745527
TEL# : 6176545527

| | |
|---|---|
| DATE, TIME | 01/25 05:39 |
| FAX NO./NAME | 916037423873 |
| DURATION | 00:00:32 |
| PAGE(S) | 04 |
| RESULT | OK |
| MODE | STANDARD ECM |

Liberty Mutual
175 Berkley Street
Boston, MA 02117
Tele: 617-654-4111
Fax: 617-654-3371

To: Jolene Knight Ballou From: Jenn Caron, Benefits

Fax: (603) 742-3873 Pages: #3

Phone: (617) 357-9500 x42012 Date: 1/25/07

Re: Attached is the 11/14 letter to Cassie Barrett's grandfather (POA) along with phone call history. Thank you.
? Confirm of date received adverse claim letter (envelope)

JOB STATUS REPORT

TIME : 01/24/2007 23:31
NAME : LIBERTY MUTUAL
FAX# : 6175746527
TEL# : 6176545527

| | |
|---|---|
| DATE,TIME | 01/24 23:31 |
| FAX NO./NAME | 916037423873 |
| DURATION | 00:00:22 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD ECM |

Liberty Mutual
175 Berkley Street
Boston, MA 02117
Tele: 617-654-4111
Fax: 617-654-3371

To: Lori Lapiana From: Jenn Caron, Benefits

Fax: (603) 742-3873 Pages: 1

Phone: (617) 357-9500 x42012 Date: 1/25/07

Re: Attached is the letter from Cassie Barrett's grandfather. Thank you.



Liberty Mutual
175 Berkley Street
Boston, MA 02117
Tele: 617-654-4111
Fax: 617-654-3371

To:   Jolene Knight Ballou    From:  Jenn Caron, Benefits

Fax:   (603) 742-3873    Pages:    3

Phone: (617) 357-9500 x42012    Date:  1/25/07

Re:    Attached is the 11/14 letter to Cassie Barrett's grandfather (POA) along
with phone call history.  Thank you.

o Confirm of date received adverse claim letter (envelope)

PRIVILEGED & CONFIDENTIAL. This fax and any attachments thereto, is intended
only for the use of the addressee(s) named herein and may contain legally privileged and/or
confidential information.  If you are not the intended recipient of this fax, you are hereby
notified that any dissemination, distribution or copying of this fax, and any attachments
thereto, is strictly prohibited.  If you have received this fax in error, please notify Liberty
Mutual Benefits Department via telephone at 617-654-4111, and permanently destroy the
original and any copy of any fax thereof.



Liberty Mutual Group

Benefits Department
175 Berkeley Street
Mail Stop 01F
Boston, MA 02117
(617) 357-9500
(617) 574-5527

November 14, 2006

Floyd Olson
9171 Grossmont Blvd.
La Mesa, CA 91941-4141

RE: Cassie E. Barrett, Liberty Mutual Employee Life Insurance Policy

Dear Mr. Olson:

This letter is in reference to your deceased granddaughter's life insurance policy.

In order to file an adverse claim on the policy, please submit a letter stating the reasons why you believe the beneficiary should have been changed to Cassie's mother, Barbara E. Coffman. Please include any information which you believe will support your claim. Please also include a certified death certificate.

If you have any questions, I can be reached at (617) 357-9500, extension 42012.

Sincerely,

Jennifer Caron
Sr. Benefits Specialist

Enclosure

POA

spoke w/ Sascha

10/20 need POA (certified) document

called POA

10/20 explained we needed certified document

10/27 notified by grandfather (POA) ee passed away. 10/21

1/25 received adverse claim from POA

1/25 ck already mailed to bene
4:30. called bene & explained payment stopped due to filing of adverse claim.

Mike Hand
Cassie Barrett
630 935-4099



Liberty Mutual
175 Berkley Street
Boston, MA 02117
Tele: 617-654-4111
Fax: 617-654-3371

To:    Lori Lapiana    From: Jenn Caron, Benefits

Fax:    (603) 742-3873    Pages:    1

Phone: (617) 357-9500 x42012    Date: 1/25/07

Re:    Attached is the letter from Cassie Barrett's grandfather.  Thank you.

PRIVILEGED & CONFIDENTIAL. This fax and any attachments thereto, is intended
only for the use of the addressee(s) named herein and may contain legally privileged and/or
confidential information.  If you are not the intended recipient of this fax, you are hereby
notified that any dissemination, distribution or copying of this fax, and any attachments
thereto, is strictly prohibited.  If you have received this fax in error, please notify Liberty
Mutual Benefits Department via telephone at 617-654-4111, and permanently destroy the
original and any copy of any fax thereof.

CERTIFICATION OF VITAL RECORD

# COUNTY OF SAN DIEGO

CASSIE | ELIZABETH | BARRETT
06/28/1973 | 33 | F
TX | [ ] YES [X] NO [ ] UNK | MARRIED | 10/21/2006 | 0020
BACHELOR | [X] NO | CAUCASIAN
INSURANCE ADMINISTRATOR | PRIVATE INSURANCE COMPANY | 2

9171 GROSSMONT BLVD.
LA MESA | SAN DIEGO | 91941 | 1 | CA
BARBARA E.C. KLIMAITIS, MOTHER | 5039 VIA SERENA, ALTA LOMA, CA 91701

MICHAEL | HAND
DONALD | E. | BARRETT | UNK
BARBARA | ELIZABETH COFFMAN | OLSON | OR

10/24/2006 | AT SEA OFF THE COAST OF ORANGE COUNTY
CR/SEA | NOT EMBALMED
TELOPHASE CREMATION SOCIETY-SD | FD-1272 | NANCY L BOWEN, MD | 10/24/2006

SCRIPPS MEMORIAL HOSPITAL - ENCINITAS | [X] IP
SAN DIEGO | 354 SANTA FE DRIVE | ENCINITAS

C719 (A) CARDIOPULMONARY ARREST | HRS. | [ ] YES [X] NO
C719 (B) BRAIN CANCER WITH HERNIATION | YRS. | [ ] YES [X] NO | [ ] YES [X] NO

NONE

BRAIN TUMOR RESECTION 08/--/2004 AND 08/--/2005 | [ ] YES [X] NO [ ] UNK

ALEXIE KHANH NGUYEN M.D. | A83318 | 10/24/2006
10/13/2006 | 10/21/2006 | ALEXIE KHANH NGUYEN M.D. 354 SANTA FE DR., ENCINITAS, CA 92024

*A01664793*

County of San Diego - Department of Health Services - 3851 Rosecrans Street. This is to certify that, if bearing the OFFICIAL SEAL OF THE STATE OF CALIFORNIA, the OFFICIAL SEAL OF SAN DIEGO COUNTY AND THEIR DEPARTMENT OF HEALTH SERVICES EMBOSSED SEAL, this is a true copy of the ORIGINAL DOCUMENT FILED. Required fee paid.

DATE ISSUED: October 25, 2006

Nancy L. Bowen MD
NANCY L BOWEN, M.D.
REGISTRAR OF VITAL RECORDS
County of San Diego

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar



Liberty Life Assurance Company of Boston

Group Life Claims
P.O. Box 1525
Dover, NH 03821-1535
1-800-210-0268

January 29, 2007

Floyd Olson
9171 Grossmont Blvd.
La Mesa, CA 91941-4141

**CORRECTION LETTER**

RE: Death Benefits
Employee: Cassie E. Barrett
Policyholder: Liberty Mutual
Claim Number: 131276

Dear Mr. Olson,

This letter will replace our original letter dated January 26, 2007.

On January 17, 2007, Liberty Life Assurance Company of Boston (Liberty) received notification of Cassie E. Barrett's death. Since that date Liberty has received conflicting claims as to how the above-mentioned proceeds should be distributed. Our procedure is to interplead this claim if the parties involved cannot reach an agreement. Please advise, in writing, within the next 30 days whether you wish Liberty to proceed with this interplead action or if you have been able to reach an agreement with the other parties.

The other party making a claim to these proceeds is:

Michael Hand
207 N. Waters Edge, Unit 302
Glendale Heights, IL 60139

If you have any questions about this request, please feel free to contact me at 800-210-0268, extension 32217.

Sincerely,

Lori Lapiana

Lori Lapiana
Life Specialist - Group Life Claims

CC: Liberty Mutual
Attn: Jennifer Caron
175 Berkeley Street
Boston, MA 02117

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

MICHAEL HAND,

Plaintiff

vs.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, FLOYD OLSON, BARBARA E. COFFMAN and JAMES POTTER,

Defendants

---

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

Counter\Cross Plaintiff

vs.

MICHAEL HAND, FLOYD OLSON, BARBARA E. COFFMAN and JAMES POTTER,

Counter\Cross Defendants

**CASE No. 1:07-cv-01422**

**Judge Milton I. Shadur**

**Magistrate Judge Nan R. Nolan**

**NOTICE OF FILING**

TO: SERVICE LIST

**PLEASE TAKE NOTICE that on December 28, 2007,** we have caused to be filed with the United States District Court for the Northern District of Illinois, **FLOYD OLSON AND BARBARA E. COFFMAN'S RESPONSE TO PLAINTIFF MICHAEL HAND'S CLAIM TO INTERPLED FUNDS**, a copy of which is hereby served upon you.

Respectfully Submitted,

**CLAIMANTS FLOYD OLSON & BARBARA E COFFMAN**

*/s/ Paula K. Jacobi*
One of their attorneys

Paula K. Jacobi
Sugar, Friedberg & Felsenthal LLP
30 North LaSalle Street
Suite 3000
Chicago, Illinois 60602
(312) 704-9400

**CERTIFICATE OF SERVICE**

I, Kendra L. Hewitt, an non-attorney, state under penalty of perjury, that I caused to be served on December 28, 2007 a true and correct copies of this Notice of Filing and FLOYD OLSON AND BARBARA E. COFFMAN'S RESPONSE TO PLAINTIFF MICHAEL HAND'S CLAIM TO INTERPLED FUNDS upon the following:

By electronic mail service pursuant to the Court's CM/ECF system, on the following counsel, on December 28, 2007:

Ashley B Abel abela@jacksonlewis.com

Edward J Sedlacek esedlacek@huckbouma.com

Lawrence A. Stein lstein@huckbouma.com, lkoster@huckbouma.com

Sara Amy Weinberg weinbers@jacksonlewis.com, rubioa@jacksonlewis.com

Matthew Robert Wildermuth matt.wildermuth@wildermuthlawoffices.com

By U.S. Mail, on the following counsel, on December 28, 2007:

Michael Hand
207 N. Watersedge
Unit 302
Glendale Heights, IL 60139

/s/ Kendra L Hewitt
Kendra L. Hewitt

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| MICHAEL HAND,<br><br>Plaintiff<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, FLOYD OLSON, BARBARA E. COFFMAN and JAMES POTTER,<br><br>Defendants | ) | **CASE No. 1:07-cv-01422**<br><br>**Judge Milton I. Shadur**<br><br>**Magistrate Judge Nan R. Nolan** |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Counter\Cross Plaintiff<br><br>vs.<br><br>MICHAEL HAND, FLOYD OLSON, BARBARA E. COFFMAN and JAMES POTTER,<br><br>Counter\Cross Defendants | ) | |

**FLOYD OLSON AND BARBARA E. COFFMAN'S CLAIM TO INTERPLED FUNDS**

Floyd Olson and Barbara Coffman, by their attorney Paula K. Jacobi, claim the entire death benefit of $71,000.00 payable under the Policy [as defined below] by reason of the death of Cassie E. Barrett ("Cassie") plus accrued interest (collectively "Proceeds") for Barbara Coffman ("Coffman"), and in support state as follows:

1. Cassie was an employee of Liberty Life Assurance Company of Boston ("Liberty").

2. As an employee of Liberty, Cassie was insured under a group life insurance policy issued by Liberty ("Policy").

3.      Cassie had $71,000.00 in basic group life insurance coverage under the Policy. The Proceeds were payable upon Cassie's death to the primary beneficiary of the Policy at the time of Cassie's death.

4.      The Proceeds of the Policy are the subject of this lawsuit.

5.      The Policy provides in part that a:

> covered employee may change his beneficiary at any time by written request. Any change of beneficiary will take effect when Liberty receives the request. Such change will date back to the date of the request.

6.      On October 11, 2006, Cassie knowingly executed a power of attorney ("POA") which gave her grandfather Floyd Olson ("Olson") all powers and authority with respect to her property, rights, benefits, retirement plans, estate maters and all other nature of business, including, without limitation, directing who was to be the beneficiary of the Policy. Exhibit A is a true and correct copy of the POA executed by Cassie in favor of Olson.

7.      On October 13, 2006, at Cassie's express direction and to complete her wishes, using the POA Cassie executed in favor of Olson, Olson prepared and transmitted to Liberty a letter requesting that Liberty reverse the then beneficiaries on all of Cassie's insurance, i.e. her life insurance, incentive insurance and disability insurance ("Written Request"). Olson advised Liberty that "[T]he reversal will be to show current beneficiaries as Barbara E. Coffman and secondary/contingent beneficiaries as Michael P. Hand." Exhibit B to this Claim is a true and correct copy of the Written Request.

8.      Cassie wanted her mother to be her primary beneficiary of the Policy in recognition of Coffman's care, services, financial contributions, love and affection to Cassie during the last two years of her life.

9.      Liberty received the Written Request t shortly after October 13, 2006, and no later

than October 20, 2006.

10. Pursuant to the express terms and conditions of the Policy, the Written Request to change the primary and secondary/contingent beneficiaries of the Policy was effective as of October 13, 2006, the date Olson sent the Written Request to Liberty.

11. Cassie died on October 21, 2006. As of her death, Coffman was the primary beneficiary of the Policy. Coffman is therefore entitled to all of the Proceeds.

12. Michael Hand has no legal or equitable right to the Proceeds. He was not the primary beneficiary of the Policy at the time of Cassie's death.

13. Coffman is the sole person entitled to the Proceeds.

WHEREFORE, defendants/counter-defendants Floyd Olson and Barbara Coffman, respectfully request:

1. Entry of a judgment in favor of Barbara Coffman declaring that she is entitled to all of the death benefit of $71,000.00 payable under basic group life insurance policy incurred by Liberty Life Insurance Company plus accrued interest;

2. Entry of an order directing Liberty, or the Clerk of the Court (if the Proceeds have been interpled) to Coffman of the death benefit of $71,000.00 payable under basic group life insurance policy incurred by Liberty Life Insurance Company plus accrued interest; and

3. Such other and further relief this Court deems just and appropriate.

Respectfully Submitted,

**CLAIMANTS**
**FLOYD OLSON & BARBARA E. COFFMAN**

*<u>/s/ Paula K. Jacobi</u>*
One of their attorneys
Paula K. Jacobi

Paula K. Jacobi, Esq.
Sugar, Friedberg & Felsenthal LLP

30 North LaSalle Street
Suite 3000
Chicago, Illinois 60602
(312) 704-9400

# EXHIBIT A

# UNIFORM STATUTORY FORM POWER OF ATTORNEY

(California Probate Code Section 4401)

NOTICE: THE POWERS GRANTED BY THIS DOCUMENT ARE BROAD AND SWEEPING. THEY ARE EXPLAINED IN THE UNIFORM STATUTORY FORM POWER OF ATTORNEY ACT (CALIFORNIA PROBATE CODE SECTIONS 4400-4465). IF YOU HAVE ANY QUESTIONS ABOUT THESE POWERS, OBTAIN COMPETENT LEGAL ADVICE. THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL AND OTHER HEALTH-CARE DECISIONS FOR YOU. YOU MAY REVOKE THIS POWER OF ATTORNEY IF YOU LATER WISH TO DO SO.

I ______ CASSIE E. BARRETT, 9171 Grossmont Boulevard, La Mesa, CA 91941-4141
(your name and address)

appoint: ______ FLOYD T. OLSON, Grossmont Boulevard, La Mesa, CA 91941-4141
(name and address of the person appointed, or of each person appointed if you want to designate more than one)

as my agent (attorney-in-fact) to act for me in any lawful way with respect to the following initialed subjects:

TO GRANT ALL OF THE FOLLOWING, INITIAL THE LINE IN FRONT OF (N) AND IGNORE THE LINES IN FRONT OF THE OTHER POWERS.

TO GRANT ONE OR MORE, BUT FEWER THAN ALL, OF THE FOLLOWING POWERS, INITIAL THE LINE IN FRONT OF EACH POWER YOU ARE GRANTING.

TO WITHHOLD A POWER, DO NOT INITIAL THE LINE IN FRONT OF IT. YOU MAY, BUT NEED NOT, CROSS OUT EACH POWER WITHHELD.

INITIAL

______ (A) Real property transactions.
______ (B) Tangible personal property transactions.
______ (C) Stock and bond transactions.
______ (D) Commodity and option transactions.
______ (E) Banking and other financial institution transactions.
______ (F) Business operating transactions.
______ (G) Insurance and annuity transactions.
______ (H) Estate, trust, and other beneficiary transactions.
______ (I) Claims and litigation.
______ (J) Personal and family maintenance.
______ (K) Benefits from social security, Medicare, Medicaid, or other governmental programs, or civil or military service.
______ (L) Retirement plan transactions.
______ (M) Tax matters.
CEB (N) ALL OF THE POWERS LISTED ABOVE.

YOU NEED NOT INITIAL ANY OTHER LINES IF YOU INITIAL LINE (N).

SPECIAL INSTRUCTIONS:

ON THE FOLLOWING LINES YOU MAY GIVE SPECIAL INSTRUCTIONS LIMITING OR EXTENDING THE POWERS GRANTED TO YOUR AGENT

UNLESS YOU DIRECT OTHERWISE ABOVE, THIS POWER OF ATTORNEY IS EFFECTIVE IMMEDIATELY AND WILL CONTINUE UNTIL IT IS REVOKED.

This power of attorney will continue to be effective even though I become incapacitated.

STRIKE THE PRECEDING SENTENCE IF YOU DO NOT WANT THIS POWER OF ATTORNEY TO CONTINUE IF YOU BECOME INCAPACITATED.

EXERCISE OF POWER OF ATTORNEY WHERE MORE THAN ONE AGENT DESIGNATED

If I have designated more than one agent, the agents are to act separately

IF YOU APPOINTED MORE THAN ONE AGENT AND YOU WANT EACH AGENT TO BE ABLE TO ACT ALONE WITHOUT THE OTHER AGENT JOINING, WRITE THE WORD "SEPARATELY" IN THE BLANK SPACE ABOVE. IF YOU DO NOT INSERT ANY WORD IN THE BLANK SPACE, OR IF YOU INSERT THE WORD "JOINTLY", THEN ALL OF YOUR AGENTS MUST ACT OR SIGN TOGETHER.

I agree that any third party who receives a copy of this document may act under it. Revocation of the power of attorney is not effective as to a third party until the third party has actual knowledge of the revocation. I agree to indemnify the third party for any claims that arise against the third party because of reliance on this power of attorney.

Signed this 11 day of OCTOBER 2006.

(your name)

(your social security number)

State of California County of San Diego

BY ACCEPTING OR ACTING UNDER THE APPOINTMENT, THE AGENT ASSUMES THE FIDUCIARY AND OTHER LEGAL RESPONSIBILITIES OF AN AGENT.

ACKNOWLEDGMENT

STATE OF CALIFORNIA )
) S.S.
COUNTY OF SAN DIEGO )

On 10/11/06, before me, Kirstin Oates a Notary Public in and for said County and State, personally appeared Cassie F Barrett ~~personally known to me~~ (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/~~they~~ executed the same in his/her/~~their~~ authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal

Signature [signature]

KIRSTIN OATES
Commission # 1508306
Notary Public - California
San Diego County
My Comm. Expires Aug 17, 2008

# EXHIBIT B

, MUTUAL
. N: JANET EHLERS

SUBJECT: LETTER OF INTENT. WITH POWER OF ATTORNEY
CASSIE E BARRETT
MY GRANDDAUGHTER EXPRESSED HER DESIRE TO CHANGE THE PRIMARY AND SECONDARY BENEFICIARIES OF HER INSURANCE POLICIES WHICH ARE;

THRIFT-INCENTIVE PLAN - REVERSE The PRIMARY + SECONDARY BENEFICIARIES ONLY.

EMPLOYEE LIFE INSURANCE - REVERSE The PRIMARY + SECONDARY BENEFICIARIES ONLY.

AD+D INSURANCE - REVERSE The PRIMARY + SECONDARY BENEFICIARIES ONLY.

AS SHE IS ILL AT THIS TIME SHE HAS GIVEN ME (FLOYD T. OLSON) POWER OF ATTORNEY TO COMPLETE HER WISHES.
THE REVERSAL WILL BE TO SHOW CURRENT BENEFICIARIES AS BARBARA E COFFMAN AND SECONDARY/CONTINGENT BENEFICIARIES AS MICHAEL T. HAND.
PLEASE EXPIDITE THIS CHANGE AS SOON AS POSSIBLE.

IF FURTHER DOCUMENTS NEED TO BE EXICUTED PLEASE SEND BY FED EX OR UPS. COST FOR THIS TO BE FLOYD T OLSON RESPONSIBILITY. MY ADDRESS IS
FLOYD T OLSON, 9171 GROSSMONT BLVD, LA MESA CA 91941-4141

RESPECTFULLY

Floyd T. Olson
Floyd Olson
(619) 997-9171

Mr. Floyd T. Olson
9171 Grossmont Blvd.
La Mesa, CA 91941-4141

# UNIFORM STATUTORY FORM POWER OF ATTORNEY

(California Probate Code Section 4401)

NOTICE: THE POWERS GRANTED BY THIS DOCUMENT ARE BROAD AND SWEEPING. THEY ARE EXPLAINED IN THE UNIFORM STATUTORY FORM POWER OF ATTORNEY ACT (CALIFORNIA PROBATE CODE SECTIONS 4400-4465). IF YOU HAVE ANY QUESTIONS ABOUT THESE POWERS, OBTAIN COMPETENT LEGAL ADVICE. THIS DOCUMENT DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL AND OTHER HEALTH-CARE DECISIONS FOR YOU. YOU MAY REVOKE THIS POWER OF ATTORNEY IF YOU LATER WISH TO DO SO.

I CASSIE E. BARRETT, 9171 Grossmont Boulevard, La Mesa, CA 91941-4141
(your name and address)

appoint: FLOYD T. OLSON, Grossmont Boulevard, La Mesa, CA 91941-4141
(name and address of the person appointed, or of each person appointed if you want to designate more than one)

as my agent (attorney-in-fact) to act for me in any lawful way with respect to the following initialed subjects:

TO GRANT ALL OF THE FOLLOWING, INITIAL THE LINE IN FRONT OF (N) AND IGNORE THE LINES IN FRONT OF THE OTHER POWERS.

TO GRANT ONE OR MORE, BUT FEWER THAN ALL, OF THE FOLLOWING POWERS, INITIAL THE LINE IN FRONT OF EACH POWER YOU ARE GRANTING.

TO WITHHOLD A POWER, DO NOT INITIAL THE LINE IN FRONT OF IT. YOU MAY, BUT NEED NOT, CROSS OUT EACH POWER WITHHELD.

INITIAL
_____ (A) Real property transactions.
_____ (B) Tangible personal property transactions.
_____ (C) Stock and bond transactions.
_____ (D) Commodity and option transactions.
_____ (E) Banking and other financial institution transactions.
_____ (F) Business operating transactions.
_____ (G) Insurance and annuity transactions.
_____ (H) Estate, trust, and other beneficiary transactions.
_____ (I) Claims and litigation.
_____ (J) Personal and family maintenance.
_____ (K) Benefits from social security, Medicare, Medicaid, or other governmental programs, or civil or military service.
_____ (L) Retirement plan transactions.
_____ (M) Tax matters.
CEB (N) ALL OF THE POWERS LISTED ABOVE

YOU NEED NOT INITIAL ANY OTHER LINES IF YOU INITIAL LINE (N).

SPECIAL INSTRUCTIONS:

ON THE FOLLOWING LINES YOU MAY GIVE SPECIAL INSTRUCTIONS LIMITING OR EXTENDING THE POWERS GRANTED TO YOUR AGENT

UNLESS YOU DIRECT OTHERWISE ABOVE, THIS POWER OF ATTORNEY IS EFFECTIVE IMMEDIATELY AND WILL CONTINUE UNTIL IT IS REVOKED.

This power of attorney will continue to be effective even though I become incapacitated.

STRIKE THE PRECEDING SENTENCE IF YOU DO NOT WANT THIS POWER OF ATTORNEY TO CONTINUE IF YOU BECOME INCAPACITATED.

EXERCISE OF POWER OF ATTORNEY WHERE MORE THAN ONE AGENT DESIGNATED

If I have designated more than one agent, the agents are to act separately

IF YOU APPOINTED MORE THAN ONE AGENT AND YOU WANT EACH AGENT TO BE ABLE TO ACT ALONE WITHOUT THE OTHER AGENT JOINING, WRITE THE WORD "SEPARATELY" IN THE BLANK SPACE ABOVE. IF YOU DO NOT INSERT ANY WORD IN THE BLANK SPACE, OR IF YOU INSERT THE WORD "JOINTLY", THEN ALL OF YOUR AGENTS MUST ACT OR SIGN TOGETHER.

I agree that any third party who receives a copy of this document may act under it. Revocation of the power of attorney is not effective as to a third party until the third party has actual knowledge of the revocation. I agree to indemnify the third party for any claims that arise against the third party because of reliance on this power of attorney.

Signed this 11 day of OCTOBER 2006.

[signature]
(your name)

[redacted]
(your social security number)

State of California County of San Diego

BY ACCEPTING OR ACTING UNDER THE APPOINTMENT, THE AGENT ASSUMES THE FIDUCIARY AND OTHER LEGAL RESPONSIBILITIES OF AN AGENT.

ACKNOWLEDGMENT

STATE OF CALIFORNIA )
) S.S.
COUNTY OF SAN DIEGO )

On 10/11/06, before me, Kirstin Oates a Notary Public in and for said County and State, personally appeared Cassie F Barrett ~~personally known to me~~ (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/~~are~~ subscribed to the within instrument and acknowledged to me that he/she/~~they~~ executed the same in his/her/~~their~~ authorized capacity(ies), and that by his/her/~~their~~ signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal

Signature [signature]

KIRSTIN OATES
Commission # 1508306
Notary Public - California
San Diego County
My Comm. Expires Aug 17, 2008

**Caron, Jennifer-0001**

To: Blom, Sascha
Subject: POA for Cassie Barrett

Hi Sascha,
The grandfather (and also the agent) of the above ee on LTD is requesting to reverse the beneficaries currently on file. The primary beneficiary is her spouse and the contingent is her mother. The agent wishes to make the mother the primary and the spouse the contingent. I explained that even if the POA was approved to change beneficiaries, the TIP could not be changed from the spouse unless the spouse signed off on the form. This leaves the AD&D and Group Life. From speaking with the agent, he stated that the mother has been taking care of Ms. Barrett since her illness. He doesn't know how much long she has and wishes the review of the document to be expedited. I have dropped off the document this afternoon for your review. Please let me know if the document is acceptable to allow the agent to change the beneficiaries, as noted above, for the Group Life and AD&D.
Ms. Barrett has a balance of roughly $2,600 in TIP.

Thanks,

Jenn Caron
Benefits.01F
(617) 357-9500 x42012
sdn 8-4442012
Fax (617) 654-3371

Sascha said 10/20 need certified document first

This e-mail and any attachments thereto, is intended only for the use of the addressee (s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this email in error, please notify me via return e-mail and via telephone at (617) 357-9500 x42012 and permanently delete the original and any copy of any e-mail and any printout thereof.

10/20 · called Mr. Olson told him we would need a certified document before we could approve the change



PersonInfo
PayrollSched
Bens by Plan
Current as of 10-27-2006
On File
Inquiry
Plan
Option
Coverage Category
Medical 117 Plan A - DCSE 1 Employee Only
Dental 1 Basic Plan 1 Employee Only
Vision Care 7 Eyewear & Exam 1 Employee Only
Long-Term Dsbl 3 60% of Pay
AD&D Insurance 1 1 x Pay
Hlth Care Acct $ 0.00
Dpnd Care Acct $ 0.00
Employee LTC 0 No Coverage
Spouse LTC 0 No Coverage
Child Life Ins 0 No Coverage
Spouse Life Ins 0 No Coverage
Show reconciliation...
Event Selection
Notices
Person Verify

Hand / Liberty Life AR 000000096

Person Info
Person Data
Address
Organization
Pay Increments
Select a row to view Coverage
Begin Date
End Date
Inquiry
Category
Annual Base Pay
Rate
Frequency
Begin Date
End Date
Annual Base Pay $34,000.00 Annual
Person Verify
Reason Selection

Person Info
Person Data
Address
Options
Type
Begin Date
End Date
Amount
Freq.
Actual Soc Sec
W2 Earnings
Show history
Status Type - Tot Penc Bonus
Year
Begin Date
End Date
Amount
Frequency
Person Verify
Reason Selection

Liberty
Mutual

Liberty Mutual Group

Benefits Department
175 Berkeley Street
Mail Stop 01F
Boston, MA 02117
(617) 357-9500
(617) 574-5527

September 27, 2006

Michael T. Hand
207 N. Waters Edge Drive
#302
Glendale Heights, IL 60139

Dear Mr. Hand:

I was sorry to hear of the death of your wife, Cassie E. Barrett. Please accept my deepest sympathies.

<u>Employee Life Coverage</u>
The total group life coverage that your wife has is $71,000, with you, Michael T. Hand, named as beneficiary. Please complete the enclosed W-9 (Request for Taxpayer Identification Number) form as well as the Settlement Options form specifying your preferred method of payment. Please return the forms along with a certified copy or original death certificate in the envelope provided. Upon approval, the proceeds will be paid as soon as administratively possible.

<u>Additional Pay/Benefits</u>
If your wife had any remaining Flexible Time Off or disability pay due to her, as her surviving spouse, you will receive a check payable to you.

<u>Thrift-Incentive Plan</u>
Your wife has designated you as beneficiary of her Liberty Mutual Employees' Thrift-Incentive Plan (TIP). Upon receipt of a death certificate, the account balance will be transferred into your name and a personal identification number (PIN) will be mailed out to you. This PIN will allow you access to the account balance.

<u>Social Security</u>
You may be entitled to benefits from the Social Security Administration. You should contact the Social Security Administrative office at (800) 772-1213 for any available benefits.

If there are any questions regarding the information in this package, or if you would like to discuss any of the details contained within, I can be reached at (617) 357-9500, extension 42012.

Very truly yours,

Jennifer Caron
Senior Benefits Specialist

Enclosures

Per Sascha for mom for grandfather that he left her address for claim.

died in San Diego county

**REPORT OF DEATH**

***question caller to fill in bolded sections***

#23.09

**Name of Deceased:** Cassie E. Barrett

**SS# [redacted] of deceased** **Date of Death:** 10/21/06

**Select ONE:**

__ Retired: Wausau or Liberty Retirement Date: __/__/__ of deceased retiree only

__ Active: Wausau or Liberty DOB 6/28/73 of deceased Date of Employment 6/28/04

✓ Disabled __ Dependent __ Beneficiary (no life)

**If Beneficiary/Dependent provide SSN of covered employee or initial covered participant:** ____

Office: Woodfield Lakes, IL Department: Business Mkts underwriting Title (optional): Sr. Secretary

**Person we will correspond with:** (name) Floyd Olson
(address) 9171 Grossmont Blvd. dod 8/11/05
La Mesa, CA 91941-4141
(relationship) grandfather (phone #) (619) 997-4171

NOTES:

**Surviving spouse:** (name) Michael T. Hand Beneficiary (name) Michael T. Hand

(address) ____ (address) ____

DOB: __/__/__ SS# ___-__-____ DOB: __/__/__ SS# ___-__-____

Does spouse have insurance under retiree/active? No

Is there a pension, Equitable, or TIP/Nationwide balance? TIP (Y) (N), Pension (Vested) (J+S option) (SLA) (Other)

Is there a life insurance policy? Yes

DATE FILE RECALLED FROM IRON Mt./MAKE FILE ____

✓ Date Check Mailed Are Life beneficiaries on-line in TBA? Yes

✓ processed in TBA (cmdth event, empoi, stat chg) ✓ life amount $71K ✓ beneficiary designation Spouse

Date confirmed on WF N/A

Nov. Spreadsheet to T. Wilkins __ letter to beneficiary (if needed) Nov Spreadsheet for Mr. Kelly

__ funeral assignment? ✓ add to death tracking log ____ HWBPM for death certificate

✓ email term issues (if active) __ email Beth Moody & Lucky Singh (Hewitt) (TIP) __ email Rose (The Equitable) __ email Carmel (Nationwide)

**Date we were notified:** 10/27/06 Time: ____ **Rep. who took the initial call:** [signature] Agnes

Notify ARO

do not have add. for spouse (deceased moved in w/ grandfather & no SSN to trace to spouse addr.)



Liberty Mutual Group

Benefits Department
175 Berkeley Street
Mail Stop 1F
Boston, MA 02117
617-357-9500
617-574-5527 Fax

December 21, 2006

Michael T. Hand
224 Charlotte Place
Cary, IL 60013

RE: Cassie E. Barrett, Liberty Mutual Employee Life Insurance Policy

Dear Mr. Hand:

This letter is in follow up to the letter mailed to you dated September 27, 2006 in reference to your wife's employee life insurance policy.

As beneficiary of your wife's employee life insurance policy, you are designated to receive $71,000 pending final review by Liberty Life Assurance Company of Boston. Please complete the enclosed W-9 (Request for Taxpayer Identification Number) form as well as the Settlement Options form specifying your preferred method of payment. Please return the forms along with a certified death certificate in the envelope provided. Upon approval, the proceeds will be paid as soon as administratively possible.

If you have any questions, I can be reached at (617) 357-9500, extension 42012.

Sincerely,

Jennifer Caron

Jennifer Caron
Sr. Benefits Specialist

Enclosures

CASSIE E. BARRETT, LIBERTY MUTUAL EMPLOYEE LIFE INSURANCE POLICY

LIBERTY MUTUAL GROUP
Benefits Department
175 Berkeley Street
Boston MA 02117
(617) 357-9500

JAN 18 2007

Dear Jennifer Caron
Sr. Benefits Specialist

This letter is in reply to your letter dated November 14 2006.
Please excuse the delay in reply as I have been under the weather for some time.

The reasons that my granddaughter wished to reverse the beneficiaries on her Life Insurance policy are as follows. During the time that she, Cassie, was under treatment for a brain tumor, she was living with her mother and her mother provided the constant care at home and also provided all transportation to and from UCLA Medical center for her treatments.
Also all expenses for food and living expenses were provided by her mother during a 2 year period. Cassie's husband continued to reside in the Chicago area and did not contribute any funds for Cassie's care during that time period. Cassie felt that if the Brain tumor, which was cancerious would cause her demise that her mother should be compensated for the time and expenses related to her living and transportation cost for medical treatment because no help had been forthcoming from Cassie's husband. Cassie and I ,Her Grandfather, had several discussions about this change. Cassie felt that if assistance had been forthcoming from her husband the change of beneficiary would not even have been an issue. That issue was the reason that Cassie insisted in giving me ,Floyd T. Olson, her Grandfather the Power of Attorney to Handle all of her Financial issues.

It is my hope that Cassie's last wish be granted and that her mother ,Barbara E, Coffman could become the primary beneficiary of Cassie's Life Insurance policy.

Thank you for your cosideration of my Granddaughters last request.

Enclosed find a copy of Cassie;s Death Certificate.

Sincerely,

[signature]
FLOYD T. OLSON
Grandfather
Trying to Handle the final affair's of Cassie E. Barrett

619 589 1075 Home
619 997 9171 Cell



Liberty Mutual Group

Benefits Department
175 Berkeley St.
Mail Stop 01F
Boston, MA 02117
617-357-9500
617-574-5923 FAX

January 24, 2007

Michael Hand
207 N. Waters Edge
Unit 302
Glendale Heights, IL 60139

RE: Employee Life Insurance Proceeds—Cassie Barrett

Dear Mr. Hand:

Enclosed please find a check in the amount of $71,612.74, which represents full settlement of the Employee Life Insurance proceeds for Cassie Barrett. This amount includes $612.74 in interest earned between the date of death to the date of this payment at a rate of 3.5%

If you have any questions, please do not hesitate to call me at (617) 357-9500, extension 42012.

Very truly yours,

Jennifer Caron
Jennifer Caron
Senior Benefits Specialist

Enclosure



NON-NEGOTIABLE

ADDRESS INQUIRIES TO:
LIBERTY MUTUAL
DOVER ACCOUNTS PAYABLE
P.O. BOX 1525
DOVER, NH 03821-1525
(603) 749-2600 EXT. 31199

PAYEE NAME AND ADDRESS:
MICHAEL HAND
UNIT 302
207 N WATERS EDGE
GLENDALE HEIGHTS IL 60139

LOC CODE: B45

VENDOR#: 0309424
TAX ID#:

CLAIM NUMBER 131276
CASSIE E BARRETT
GROUP MARKETS DEATH BENEFITS
0000131276 07019-0892 011907 01197 71,612.74

CAREFULLY DETACH CHECK BEFORE DEPOSITING →RETAIN STATEMENT FOR YOUR RECORDS

⑈60544702⑈ ⑆011900445⑆ 682619⑈

Hand / Liberty Life AR 000000104



Liberty Life Assurance Company of Boston

Group Life Claims
P.O. Box 1525
Dover, NH 03821-1525
1-800-210-0268

January 22, 2007

Liberty Mutual
Attn: Jennifer Caron
175 Berkley Street
Boston, MA 02117

RE: Cassie E. Barrett
Policy Number: SA3-800-000001-01
File Number: GL033-131276

Dear Ms. Caron,

The enclosed check in the amount of $71,612.74 represents full settlement of the Group Life Insurance claim referenced above. This amount includes $612.74, which is the interest earned between the date of death to the date of this payment at a rate of 3.5%.

We appreciate this opportunity to be of service to you; if you need any further assistance, please feel free to contact me at 1-800-210-0268, extension 32217.

Sincerely,

Lori Lapiana

Lori Lapiana/dc
Case Manager/Group Life Claims

Enclosures

H.O. BOSTON - BENEFITS
January 17, 2007

DOVER-LIFE CLAIMS

RE: Cassie E. Barrett, SSN [redacted]

Please be advised that the above employee passed away on October 21, 2006. I have enclosed a proof of death, a certified death certificate, a W9 form, a Settlement Options form, a beneficiary designation form and confirmation of her life insurance amount.

The amount of Employee Life insurance is $71,000. The employee designated the proceeds to her spouse, Michael T. Hand. Mr. Hand has requested the proceeds be paid via a lump sum check.

Should you have any questions or need additional information, please do not hesitate to contact me at extension 42012.

Thank you.

Jennifer Caron
Enclosures

 **Liberty Mutual.**

Mail to:
Liberty Life Assurance
Company of Boston
Group Life Claims
Mail Stop 03F
P.O. Box 1525
Dover, NH 03821-1525
1-800-210-0260
Fax No.: (603) 742-3573

**PROOF OF DEATH**

**GROUP LIFE INSURANCE**

Claim No.: _____

**EMPLOYER'S CERTIFICATE - All questions must be completed to expedite handling of this claim.**
**This is to certify that the facts as indicated below are true to the best of my knowledge and belief.**

| Name of employee | (FIRST NAME) | (MIDDLE INITIAL) | (LAST NAME) | Date of Birth |
|---|---|---|---|---|
| | Cassie | E. | Barrett | 6/18/73 |

| Residence address | (STREET) | | (CITY) | (STATE) | (ZIP CODE) |
|---|---|---|---|---|---|
| | 9171 Grossmont Blvd. | | La Mesa | CA | 91941 |

| Employee Social Security | Policy Number | Amount of Insurance | Date of last increase/decrease in benefits/Reason (Check One) □ Salary Increase □ Open Enrollment ☑ Other (please explain) |
|---|---|---|---|
| [redacted] | SA3-800-000001-01 | $71,000.00 | 6/28/04 DOR |

| Date Employed | Date Last Worked | Date of Death | If more than 31 days between date last worked and date of death, document absence from work |
|---|---|---|---|
| 6/28/04 | 8/10/05 | 10/21/06 | disability |

| Was employee retired? | If retired, amount of insurance at retirement? | For what premium due date was premium last paid on behalf of above named employee? |
|---|---|---|
| no | | 10/27/06 |

| Employee scheduled work hrs per week | Class | Occupation | Earnings |
|---|---|---|---|
| | active | sr. secretary | $35,595.00 |

| Date signed | Signature and title of authorized representative | Branch | Print name of authorized representative | Telephone Number |
|---|---|---|---|---|
| 11/6/07 | [signature] | 0001 | Jennifer Caron | (617) 357-9500 |

**PLEASE ATTACH THE ORIGINAL GROUP INSURANCE ENROLLMENT AND RECORD CARD AND ANY REQUEST FOR CHANGE**

**BENEFICIARY'S STATEMENT**

**SETTLEMENT OPTIONS (Check one of the following)**

☐ Pay proceeds immediately by a lump sum check.

☐ Pay proceeds immediately via The Liberty Security Account, an interest bearing checking account will be established and you will promptly receive your personalized checks. You may immediately use all or a portion of those funds by writing checks against your account. The funds in the account will earn interest at a competitive variable rate.

☐ I am interested in receiving the proceeds under an installment plan option. Please send me information on the available options.

**(Please Print Clearly)**

Beneficiary's Name _____ (FIRST) _____ (MIDDLE INITIAL) _____ (LAST) _____ (DATE OF BIRTH)

Address _____ (STREET) _____ (CITY) _____ (STATE) _____ (ZIPCODE)

Relationship to deceased _____

Social Security No./Taxpayer I.D.# _____ (PHONE NUMBER)

(NAME OF DECEASED) _____ (NAME AND ADDRESS OF EMPLOYER)

If the correct Social Security Number or Taxpayer I.D. # is not supplied, Federal and State income tax withholding may apply. Under penalty of perjury, I certify that the above information is true, correct and complete.

THE ABOVE ANSWERS ARE TRUE AND COMPLETE ACCORDING TO THE BEST OF MY KNOWLEDGE AND BELIEF

SPECIAL NOTICE: Any person who knowingly, and with intent to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information may be guilty of a criminal act punishable under law.

(BENEFICIARY'S SIGNATURE) _____ (DATE)

The issuance of this blank form is not an admission of the existence of any insurance nor does it recognize the validity of any claim and is without prejudice to the Company's legal rights or defenses.

DP 602 GL 06/03

Hand / Liberty Life    AR 000000107

STATE OF CALIFORNIA
CERTIFICATION OF VITAL RECORD

# COUNTY OF SAN DIEGO

GREGORY J. SMITH
ASSESSOR/RECORDER/COUNTY CLERK

CERTIFICATE OF DEATH 3200637016843

1015

CASSIE | ELIZABETH | BARRETT

08/20/1973 | 33 | F

TX | MARRIED | 10/21/2006 | 0020

BACHELOR | CAUCASIAN

INSURANCE ADMINISTRATOR | PRIVATE INSURANCE COMPANY | 2

9171 GROSSMONT BLVD.

LA MESA | SAN DIEGO | 91941 | CA

BARBARA E.C. WILLIAMS, MOTHER | 5039 VIA SERENA, ALTA LOMA, CA 91701

MICHAEL | HAND

DONALD | BARRETT | UNK

BARBARA | ELIZABETH COFFMAN | OLSON | OR

10/24/2006 | AT SEA OFF THE COAST OF ORANGE COUNTY

CR/SEA | NOT EMBALMED

TELOPHASE CREMATION SOCIETY-SD | FD-1272 | NANCY L BOWEN, MD | 10/24/2006

SCRIPPS MEMORIAL HOSPITAL-ENCINITAS

SAN DIEGO | 354 SANTA FE DRIVE | ENCINITAS

C717 CARDIOPULMONARY ARREST | HRS

C717 BRAIN CANCER WITH HERNIATION | YRS

NONE

BRAIN TUMOR RESECTION 08/-/2004 AND 08/-/2005

ALEXIE KHANH NGUYEN M.D. | A03318 | 10/24/2006

10/13/2006 | 10/21/2006 | ALEXIE KHANH NGUYEN M.D.

354 SANTA FE DR., ENCINITAS, CA 92024

This is a true and exact reproduction of the document officially registered and placed on file in the office of the San Diego County Recorder/Clerk.

December 29, 2006

Gregory J. Smith
Assessor/Recorder/County Clerk

This copy is not valid unless prepared on an engraved border displaying date, seal and signature of the Recorder/County Clerk

*001917508*

Form **W-9** (Rev. January 2003) Department of the Treasury Internal Revenue Service

# Request for Taxpayer Identification Number and Certification

Give form to the requester. Do not send to the IRS.

Print or type — See Specific Instructions on page 2.

Name: MICHAEL HAND

Business name, if different from above

Check appropriate box: [X] Individual/Sole proprietor [ ] Corporation [ ] Partnership [ ] Other ▶ ..................

[ ] Exempt from backup withholding

Address (number, street, and apt. or suite no.): 207 N. Waters Edge Unit 302

Requester's name and address (optional)

City, state, and ZIP code: Glendale Heights, IL 60139

List account number(s) here (optional)

**Part I** Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 3.

*Note: If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.*

Social security number: [redacted]

or

Employer identification number

**Part II** Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including a U.S. resident alien).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 4.)

**Sign Here** Signature of U.S. person ▶ [signature] Date ▶ 01/02/2007

## Purpose of Form

A person who is required to file an information return with the IRS, must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

**U.S. person.** Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued).
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee.

*Note: If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.*

**Foreign person.** If you are a foreign person, use the appropriate Form W-8 (see Pub. 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the recipient has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement that specifies the following five items:

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.
2. The treaty article addressing the income.
3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.
4. The type and amount of income that qualifies for the exemption from tax.
5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

Case 1:07-cv-01422 Document 47-3 Filed 12/28/2007 Page 21 of 33

SETTLEMENT OPTIONS FORM

Please indicate below which of the following settlement options you wish to receive by returning this form with the completed enclosed W-9 form and certified copy of the death certificate.

☒ Pay proceeds immediately by a lump sum check.

☐ Pay proceeds immediately via The Liberty Security Account. This is an interest bearing checking account. It will be established in your name and you will promptly receive your personalized checks. You may immediately use all or a portion of these funds by writing checks against your account. The funds in the account will earn interest at a competitive variable rate. This option is only available if the beneficiary proceed amount is $5,000.00 or greater.

☐ I am interested in receiving the proceeds under an installment plan option. Please send me information on the available options.

Name of Deceased: Cassie Barrett

Michael Hand — BENEFICIARY'S SIGNATURE

01/02/2007 — DATE

10/27/1970 — BENEFICIARY'S Date of Birth

630-985-4099 — Daytime Telephone Number



Person Info
Person Data
Address
Retire Empl Stat
Organization
10-27-2006
Beneficiary
100 / 100
Other
100 / 100
100 / 100
Person Verify
Reason Selector

Hand / Liberty Life AR 000000111



Hand / Liberty Life       AR 000000112

Person Info
Person Data
Address
Rehire EmplStat
Organization
10-27-2005
Empl Status
Empl Status STD - Disability-Short 00-11-2005 02-01-2005
Empl Status ACTIVE - Active 06-29-2004 00-10-2005
Person Verify
Reason Selection

JOB STATUS REPORT

TIME : 01/16/2007 08:48
NAME : LIBERTY MUTUAL
FAX# : 6175745527
TEL# : 6175545527

| | |
|---|---|
| DATE, TIME | 01/16 08:47 |
| FAX NO./NAME | 918470838270 |
| DURATION | 00:00:36 |
| PAGE(S) | 01 |
| RESULT | OK |
| MODE | STANDARD ECM |

CERTIFICATION OF VITAL RECORD

COUNTY OF SAN DIEGO

GREGORY J. SMITH
ASSESSOR/RECORDER/COUNTY CLERK

CERTIFICATE OF DEATH

CASSIE ELIZABETH BARRETT
09/23/1973 33 F
TX MARRIED 10/21/2000 0020
BACHELOR CAUCASIAN
INSURANCE ADMINISTRATOR PRIVATE INSURANCE COMPANY 2
8171 GROSSMONT BLVD.
LA MESA SAN DIEGO 91941 1 CA
BARBARA E.C. KUMAITIS, MOTHER 509 VIA SERENA, ALTA LOMA, CA 91701
MICHAEL HAND
DONALD E. BARRETT UNK
BARBARA ELIZABETH COFFMAN OLSON OR
10/24/2006 AT SEA OFF THE COAST OF ORANGE COUNTY
CR/SEA NOT EMBALMED
TELOPHASE CREMATION SOCIETY-SD FD-1272 NANCY L BOWEN, MD 10/24/2006
SCRIPPS MEMORIAL HOSPITAL-ENCINITAS
SAN DIEGO 354 SANTA FE DRIVE ENCINITAS
CARDIOPULMONARY ARREST HRS
BRAIN CANCER WITH HERNIATION YRS
NONE
BRAIN TUMOR RESECTION 00/-/2004 AND 00/-/2005
ALEXIS KHANH NGUYEN M.D. A83316 10/24/2006

JOB STATUS REPORT

TIME : 01/26/2007 05:39
NAME : LIBERTY MUTUAL
FAX# : 6175745527
TEL# : 6176545527

| | |
|---|---|
| DATE,TIME | 01/26 05:39 |
| FAX NO./NAME | 916037423873 |
| DURATION | 00:00:32 |
| PAGE(S) | 04 |
| RESULT | OK |
| MODE | STANDARD ECM |

Liberty Mutual
175 Berkley Street
Boston, MA 02117
Tele: 617-654-4111
Fax: 617-654-3371

To: Jolene Knight Ballou From: Jenn Caron, Benefits

Fax: (603) 742-3873 Pages: # 3

Phone: (617) 357-9500 x42012 Date: 1/25/07

Re: Attached is the 11/14 letter to Cassie Barrett's grandfather (POA) along with phone call history. Thank you.
& Confirm of date received adverse claim letter (envelope)

JOB STATUS REPORT

TIME : 01/24/2007 23:31
NAME : LIBERTY MUTUAL
FAX# : 6175746527
TEL# : 6176545527

| | |
|---|---|
| DATE,TIME | 01/24 23:31 |
| FAX NO./NAME | 916037423873 |
| DURATION | 00:00:22 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD ECM |

Liberty Mutual
175 Berkley Street
Boston, MA 02117
Tele: 617-654-4111
Fax: 617-654-3371

To: Lori Lapiana From: Jenn Caron, Benefits

Fax: (603) 742-3873 Pages: 1

Phone: (617) 357-9500 x42012 Date: 1/25/07

Re: Attached is the letter from Cassie Barrett's grandfather. Thank you.



Liberty Mutual
175 Berkley Street
Boston, MA 02117
Tele: 617-654-4111
Fax: 617-654-3371

To: Jolene Knight Ballou From: Jenn Caron, Benefits

Fax: (603) 742-3873 Pages: 2 3

Phone: (617) 357-9500 x42012 Date: 1/25/07

Re: Attached is the 11/14 letter to Cassie Barrett's grandfather (POA) along with phone call history. Thank you.
∘ confirm of date received adverse claim letter (envelope)

PRIVILEGED & CONFIDENTIAL. This fax and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify Liberty Mutual Benefits Department via telephone at 617-654-4111, and permanently destroy the original and any copy of any fax thereof.



Liberty Mutual Group

Benefits Department
175 Berkeley Street
Mail Stop 01F
Boston, MA 02117
(617) 357-9500
(617) 574-5527

November 14, 2006

Floyd Olson
9171 Grossmont Blvd.
La Mesa, CA 91941-4141

RE: Cassie E. Barrett, Liberty Mutual Employee Life Insurance Policy

Dear Mr. Olson:

This letter is in reference to your deceased granddaughter's life insurance policy.

In order to file an adverse claim on the policy, please submit a letter stating the reasons why you believe the beneficiary should have been changed to Cassie's mother, Barbara E. Coffman. Please include any information which you believe will support your claim. Please also include a certified death certificate.

If you have any questions, I can be reached at (617) 357-9500, extension 42012.

Sincerely,

Jennifer Caron
Sr. Benefits Specialist

Enclosure

POA

spoke w/ Sascha
10/20 need POA (certified) document

called POA
10/20 explained we needed certified document

10/27 notified by grandfather (POA) ee passed away. 10/21

---

1/25 received adverse claim from POA

1/25 ck already mailed to bene
4:30 called bene & explained payment stopped due to filing of adverse claim.

Mike Hand
Cassie Barrett
630 935-4099



Liberty Mutual
175 Berkley Street
Boston, MA 02117
Tele: 617-654-4111
Fax:  617-654-3371


To:   Lori Lapiana    From:  Jenn Caron, Benefits

Fax:  (603) 742-3873     Pages:     1

Phone: (617) 357-9500 x42012   Date:  1/25/07

Re:   Attached is the letter from Cassie Barrett's grandfather.  Thank you.

PRIVILEGED & CONFIDENTIAL. This fax and any attachments thereto, is intended
only for the use of the addressee(s) named herein and may contain legally privileged and/or
confidential information.  If you are not the intended recipient of this fax, you are hereby
notified that any dissemination, distribution or copying of this fax, and any attachments
thereto, is strictly prohibited.  If you have received this fax in error, please notify Liberty
Mutual Benefits Department via telephone at 617-654-4111, and permanently destroy the
original and any copy of any fax thereof.

CERTIFICATION OF VITAL RECORD

# COUNTY OF SAN DIEGO

CASSIE | ELIZABETH | BARRETT

05/28/1973 | 33 | F

TX | MARRIED | 10/21/2006 | 0020

BACHELOR | CAUCASIAN

INSURANCE ADMINISTRATOR | PRIVATE INSURANCE COMPANY | 2

9171 GROSSMONT BLVD.

LA MESA | SAN DIEGO | 91941 | 1 | CA

BARBARA E.C. KLIMAITIS, MOTHER | 5036 VIA SERENA, ALTA LOMA, CA 91701

MICHAEL | HAND

DONALD | E. | BARRETT | UNK

BARBARA | ELIZABETH COFFMAN | OLSON | OR

10/24/2006 | AT SEA OFF THE COAST OF ORANGE COUNTY

CR/SEA | NOT EMBALMED

TELOPHASE CREMATION SOCIETY-SD | FD-1272 | NANCY L BOWEN, MD | 10/24/2006

SCRIPPS MEMORIAL HOSPITAL - ENCINITAS

SAN DIEGO | 354 SANTA FE DRIVE | ENCINITAS

c719 (A) CARDIOPULMONARY ARREST — HRS.

c719 (B) BRAIN CANCER WITH HERNIATION — YRS.

NONE

BRAIN TUMOR RESECTION 08/--/2004 AND 08/--/2005

ALEXIE KHANH NGUYEN M.D. | A83318 | 10/24/2006

10/13/2006 | 10/21/2006 | ALEXIE KHANH NGUYEN M.D. 354 SANTA FE DR., ENCINITAS, CA 92024

STATE REGISTRAR A B C D E

*A01664793*

County of San Diego - Department of Health Services - 3851 Rosecrans Street. This is to certify that, if bearing the OFFICIAL SEAL OF THE STATE OF CALIFORNIA, the OFFICIAL SEAL OF SAN DIEGO COUNTY AND THEIR DEPARTMENT OF HEALTH SERVICES EMBOSSED SEAL, this is a true copy of the ORIGINAL DOCUMENT FILED. Required fee paid.

DATE ISSUED: October 25, 2006

Nancy L Bowen MD
NANCY L BOWEN, M.D.
REGISTRAR OF VITAL RECORDS
County of San Diego

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar



Liberty Life Assurance Company of Boston

Group Life Claims
P.O. Box 1525
Dover, NH 03821-1525
1-800-210-0268

January 29, 2007

Floyd Olson
9171 Grossmont Blvd.
La Mesa, CA 91941-4141

CORRECTION LETTER

RE: Death Benefits
Employee: Cassie E. Barrett
Policyholder: Liberty Mutual
Claim Number: 131276

Dear Mr. Olson,

This letter will replace our original letter dated January 26, 2007.

On January 17, 2007, Liberty Life Assurance Company of Boston (Liberty) received notification of Cassie E. Barrett's death. Since that date Liberty has received conflicting claims as to how the above-mentioned proceeds should be distributed. Our procedure is to interplead this claim if the parties involved cannot reach an agreement. Please advise, in writing, within the next 30 days whether you wish Liberty to proceed with this interplead action or if you have been able to reach an agreement with the other parties.

The other party making a claim to these proceeds is:

Michael Hand
207 N. Waters Edge, Unit 302
Glendale Heights, IL 60139

If you have any questions about this request, please feel free to contact me at 800-210-0268, extension 32217.

Sincerely,

*Lori Lapiana*

Lori Lapiana
Life Specialist - Group Life Claims

CC: Liberty Mutual
Attn: Jennifer Caron
175 Berkeley Street
Boston, MA 02117

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

MICHAEL HAND,

Plaintiff

vs.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, FLOYD OLSON, BARBARA E. COFFMAN and JAMES POTTER,

Defendants

---

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

Counter\Cross Plaintiff

vs.

MICHAEL HAND, FLOYD OLSON, BARBARA E. COFFMAN and JAMES POTTER,

Counter\Cross Defendants

**CASE No. 1:07-cv-01422**

**Judge Milton I. Shadur**

**Magistrate Judge Nan R. Nolan**

**NOTICE OF FILING**

TO: SERVICE LIST

**PLEASE TAKE NOTICE that on December 28, 2007,** we have caused to be filed with the United States District Court for the Northern District of Illinois, **FLOYD OLSON AND BARBARA E. COFFMAN'S CLAIM TO INTERPLED FUNDS**, a copy of which is hereby served upon you.

Respectfully Submitted,

**CLAIMANTS FLOYD OLSON & BARBARA E COFFMAN**

*/s/ Paula K. Jacobi*
One of their attorneys

124092v1

Paula K. Jacobi
Sugar, Friedberg & Felsenthal LLP
30 North LaSalle Street
Suite 3000
Chicago, Illinois 60602
(312) 704-9400

**CERTIFICATE OF SERVICE**

I, Kendra L. Hewitt, an non-attorney, state under penalty of perjury, that I caused to be served on December 28, 2007 a true and correct copies of this Notice of Filing and FLOYD OLSON AND BARBARA E. COFFMAN'S CLAIM TO INTERPLED FUNDS upon the following:

By electronic mail service pursuant to the Court's CM/ECF system, on the following counsel, on December 28, 2007:

Ashley B Abel abela@jacksonlewis.com

Edward J Sedlacek esedlacek@huckbouma.com

Lawrence A. Stein lstein@huckbouma.com, lkoster@huckbouma.com

Sara Amy Weinberg weinbers@jacksonlewis.com, rubioa@jacksonlewis.com

Matthew Robert Wildermuth matt.wildermuth@wildermuthlawoffices.com

By U.S. Mail, on the following counsel, on December 28, 2007:

Michael Hand
207 N. Watersedge
Unit 302
Glendale Heights, IL 60139

*/s/ Kendra L Hewitt*
Kendra L. Hewitt

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Michael Hand v. Liberty Mutual, et al.

Case Number: 07-cv-01422

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Michael Hand

NAME (Type or print)
Mark S. Bishop

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/ Mark S. Bishop

FIRM
HUCK BOUMA, PC

STREET ADDRESS
1755 South Naperville Road, Suite 200

CITY/STATE/ZIP
Wheaton, Illinois 60187

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6269424 | (630) 221-1755 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☑

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☑

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☑ NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ NO ☑

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Michael Hand

Plaintiff,

v.

Case No.: 1:07−cv−01422
Honorable Milton I. Shadur

Liberty Mutual, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 3, 2008:

MINUTE entry before Judge Milton I. Shadur :Motion to deposit funds [42] is granted; Motion hearing held on 1/3/2008 regarding motion to deposit funds[42] Counsel is to submit an order for signature.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

14304-1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MICHAEL HAND, Plaintiff,

vs.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, FLOYD T. OLSON, and. BARBARA E COFFMAN, Defendants.

NO. 07 CV 1422

Judge Milton I. Shadur
Magistrate Judge Nan R. Nolan

**ANSWER TO CLAIM TO INTERPLED FUNDS**

Plaintiff, MICHAEL HAND, by his attorney, Lawrence A. Stein of HUCK BOUMA PC, answers the claim by defendants, FLOYD OLSON and BARBARA E. COFFMAN, to the interpled funds, as follows:

1. Cassie was an employee of Liberty Life Assurance Company of Boston ("Liberty").

ANSWER: Admitted.

2. As an employee of Liberty, Cassie was insured under a group life insurance policy issued by Liberty ("Policy").

ANSWER: Admitted.

3. Cassie had $71,000.00 in basic group life insurance coverage under the policy. The proceeds were payable upon Cassie's death to the primary beneficiary of the policy at the time of Cassie's death.

ANSWER: Admitted.

4. The proceeds of the policy are the subject of this lawsuit.

ANSWER: Admitted.

5. The policy provides in part that a:

> covered employee may change his beneficiary at any time by written request. Any change of beneficiary will take effect when Liberty receives the request. Such change will date back to the date of the request.

ANSWER: Denied.

6. On October 11, 2006, Cassie knowingly executed a power of attorney ("POA") which gave her grandfather Floyd Olson ("Olson") all powers and authority with respect to her property, rights, benefits, retirement plans, estate matters and all other nature of business, including, without limitation, directing who was to be the beneficiary of the policy. Exhibit A is a true and correct copy of the POA executed by Cassie in favor of Olson.

ANSWER: Denied.

7. On October 13, 2006, at Cassie's express direction and to complete her wishes, using the POA Cassie executed in favor of Olson, Olson prepared and transmitted to Liberty a letter requesting that Liberty reverse the then beneficiaries on all of Cassie's insurance, i.e. her life insurance, incentive insurance and disability insurance ("Written Request"). Olson advised Liberty that "[T]he reversal will be to show current beneficiaries as Barbara E. Coffman and secondary/contingent beneficiaries as Michael P. Hand." Exhibit B to this claim is a true and correct copy of the Written Request.

ANSWER: Denied.

8. Cassie wanted her mother to be her primary beneficiary of the policy in recognition of Coffman's care, services, financial contributions, love and affection to Cassie during the last two years of her life.

ANSWER: Denied.

9. Liberty received the Written Request shortly after October 13, 2006, and no later than October 20, 2006.

ANSWER: The plaintiff is without sufficient knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 9 of the claim.

10. Pursuant to the express terms and conditions of the policy, the written request to change the primary and secondary/contingent beneficiaries of the policy was effective as of October 13, 2006, the date Olson sent the written request to Liberty.

ANSWER: Denied.

11. Cassie died on October 21, 2006. As of her death, Coffman was the primary beneficiary of the policy. Coffman is therefore entitled to all of the proceeds.

ANSWER: Plaintiff admits that Cassie died on October 21, 2006, but denies that Coffman was the primary beneficiary of the policy then and denies that Coffman is entitled to all of the proceeds.

12. Michael Hand has no legal or equitable right to the proceeds. He was not the primary beneficiary of the policy at the time of Cassie's death.

ANSWER: Denied.

13. Coffman is the sole person entitled to the proceeds.

ANSWER: Denied.

**AFFIRMATIVE DEFENSES**

As his affirmative defenses to the defendants' claim, plaintiff states:

1. The insured lacked the requisite mental capacity to validly appoint an agent or change her beneficiary at the time she allegedly did so.

2. The appointment of the agent and the proposed change of the beneficiary were the result of undue influence.

3. The purported power of attorney, and the purported change of beneficiary, were obtained by fraudulent inducement.

WHEREFORE, plaintiff, MICHAEL HAND, requests judgment in his favor, and against the defendants, FLOYD OLSON and BARBARA E. COFFMAN, and for his costs, and for all other relief deemed appropriate in the circumstances.

**CROSS-CLAIM**

Plaintiff, MICHAEL HAND, cross-claims against defendants, FLOYD OLSON and BARBARA E. COFFMAN, as follows:

1. As the lawful spouse of the insured and named beneficiary of the life insurance policy at issue in this action, plaintiff had a reasonable expectation of receiving the proceeds of the policy should his wife to premature death.

2. At all relevant times, the defendants were aware that the plaintiff was the lawful spouse of the insured and the beneficiary of the life insurance policy.

3. The defendants intentionally caused the insured to appoint an agent or change the beneficiary, and in so doing tortuously interfered with the plaintiff's reasonable expectation to be the beneficiary of his lawful wife's policy of life insurance.

4. As a direct and proximate result of the tortuous interference of the defendants, plaintiff has been damaged in the approximate amount of $71,000.00 plus interest.

WHEREFORE, plaintiff, MICHAEL HAND, requests judgment against defendants, FLOYD OLSON and BARBARA E. COFFMAN, jointly and severally, in the amount the proofs sustain at trial, and for his costs, attorneys fees, and appropriate punitive damages, and for all other relief deemed appropriate under the circumstances.

Respectfully submitted,

HUCK BOUMA, P.C.

/s/ Lawrence A. Stein

Lawrence A. Stein

Lawrence A. Stein
**HUCK BOUMA, P.C.**
1755 South Naperville Road
Wheaton, Illinois 60187
Telephone: (630) 221-1755
Facsimile: (630) 221-1756

**CERTIFICATE OF FILING AND SERVICE**

I, LAWRENCE A. STEIN, state as follows under penalty of perjury this eleventh day of January, 2008

1. I filed this *Answer to Claim for Interpled Funds* by filing it with the clerk of the court by electronic means.

2. I served this *Answer to Claim for Interpled Funds* by filing it with the clerk of the court by electronic means, which electronic filing constitutes services by virtue of local rule 5.9.

3. I made the electronic filing on January 11, 2008.

/s/ Lawrence A. Stein

R:\14000s\14300-14399\14304-1\Pleadings\Answer to Claim for Interpled Funds.wpd

14304-1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL HAND, Plaintiff, | ) | |
| vs. | ) | NO. 07 CV 1422 |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, FLOYD T. OLSON, and. BARBARA E COFFMAN, | ) | Judge Milton I. Shadur<br>Magistrate Judge Nan R. Nolan |
| Defendants. | ) | |

**ANSWER TO CLAIM TO INTERPLED FUNDS**

Plaintiff, MICHAEL HAND, by his attorney, Lawrence A. Stein of HUCK BOUMA PC, answers the claim by defendants, FLOYD OLSON and BARBARA E. COFFMAN, to the interpled funds, as follows:

1. Cassie was an employee of Liberty Life Assurance Company of Boston ("Liberty").

ANSWER: Admitted.

2. As an employee of Liberty, Cassie was insured under a group life insurance policy issued by Liberty ("Policy").

ANSWER: Admitted.

3. Cassie had $71,000.00 in basic group life insurance coverage under the policy. The proceeds were payable upon Cassie's death to the primary beneficiary of the policy at the time of Cassie's death.

ANSWER: Admitted.

4. The proceeds of the policy are the subject of this lawsuit.

ANSWER: Admitted.

5. The policy provides in part that a:

> covered employee may change his beneficiary at any time by written request. Any change of beneficiary will take effect when Liberty receives the request. Such change will date back to the date of the request.

ANSWER: Denied.

6. On October 11, 2006, Cassie knowingly executed a power of attorney ("POA") which gave her grandfather Floyd Olson ("Olson") all powers and authority with respect to her property, rights, benefits, retirement plans, estate matters and all other nature of business, including, without limitation, directing who was to be the beneficiary of the policy. Exhibit A is a true and correct copy of the POA executed by Cassie in favor of Olson.

ANSWER: Denied.

7. On October 13, 2006, at Cassie's express direction and to complete her wishes, using the POA Cassie executed in favor of Olson, Olson prepared and transmitted to Liberty a letter requesting that Liberty reverse the then beneficiaries on all of Cassie's insurance, i.e. her life insurance, incentive insurance and disability insurance ("Written Request"). Olson advised Liberty that "[T]he reversal will be to show current beneficiaries as Barbara E. Coffman and secondary/contingent beneficiaries as Michael P. Hand." Exhibit B to this claim is a true and correct copy of the Written Request.

ANSWER: Denied.

8. Cassie wanted her mother to be her primary beneficiary of the policy in recognition of Coffman's care, services, financial contributions, love and affection to Cassie during the last two years of her life.

ANSWER: Denied.

9. Liberty received the Written Request shortly after October 13, 2006, and no later than October 20, 2006.

ANSWER: The plaintiff is without sufficient knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 9 of the claim.

10. Pursuant to the express terms and conditions of the policy, the written request to change the primary and secondary/contingent beneficiaries of the policy was effective as of October 13, 2006, the date Olson sent the written request to Liberty.

ANSWER: Denied.

11. Cassie died on October 21, 2006. As of her death, Coffman was the primary beneficiary of the policy. Coffman is therefore entitled to all of the proceeds.

ANSWER: Plaintiff admits that Cassie died on October 21, 2006, but denies that Coffman was the primary beneficiary of the policy then and denies that Coffman is entitled to all of the proceeds.

12. Michael Hand has no legal or equitable right to the proceeds. He was not the primary beneficiary of the policy at the time of Cassie's death.

ANSWER: Denied.

13. Coffman is the sole person entitled to the proceeds.

ANSWER: Denied.

**AFFIRMATIVE DEFENSES**

As his affirmative defenses to the defendants' claim, plaintiff states:

1. The insured lacked the requisite mental capacity to validly appoint an agent or change her beneficiary at the time she allegedly did so.

2. The appointment of the agent and the proposed change of the beneficiary were the result of undue influence.

3. The purported power of attorney, and the purported change of beneficiary, were obtained by fraudulent inducement.

WHEREFORE, plaintiff, MICHAEL HAND, requests judgment in his favor, and against the defendants, FLOYD OLSON and BARBARA E. COFFMAN, and for his costs, and for all other relief deemed appropriate in the circumstances.

**CROSS-CLAIM**

Plaintiff, MICHAEL HAND, cross-claims against defendants, FLOYD OLSON and BARBARA E. COFFMAN, as follows:

1. As the lawful spouse of the insured and named beneficiary of the life insurance policy at issue in this action, plaintiff had a reasonable expectation of receiving the proceeds of the policy should his wife to premature death.

2. At all relevant times, the defendants were aware that the plaintiff was the lawful spouse of the insured and the beneficiary of the life insurance policy.

3. The defendants intentionally caused the insured to appoint an agent or change the beneficiary, and in so doing tortuously interfered with the plaintiff's reasonable expectation to be the beneficiary of his lawful wife's policy of life insurance.

4. As a direct and proximate result of the tortuous interference of the defendants, plaintiff has been damaged in the approximate amount of $71,000.00 plus interest.

WHEREFORE, plaintiff, MICHAEL HAND, requests judgment against defendants, FLOYD OLSON and BARBARA E. COFFMAN, jointly and severally, in the amount the proofs sustain at trial, and for his costs, attorneys fees, and appropriate punitive damages, and for all other relief deemed appropriate under the circumstances.

Respectfully submitted,

HUCK BOUMA, P.C.

/s/ Lawrence A. Stein

Lawrence A. Stein

Lawrence A. Stein
**HUCK BOUMA, P.C.**
1755 South Naperville Road
Wheaton, Illinois 60187
Telephone: (630) 221-1755
Facsimile: (630) 221-1756

**CERTIFICATE OF FILING AND SERVICE**

I, LAWRENCE A. STEIN, state as follows under penalty of perjury this eleventh day of January, 2008

1. I filed this *Answer to Claim for Interpled Funds* by filing it with the clerk of the court by electronic means.

2. I served this *Answer to Claim for Interpled Funds* by filing it with the clerk of the court by electronic means, which electronic filing constitutes services by virtue of local rule 5.9.

3. I made the electronic filing on January 11, 2008.

/s/ Lawrence A. Stein

R:\14000s\14300-14399\14304-1\Pleadings\Answer to Claim for Interpled Funds.wpd

14304-1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL HAND, Plaintiff, | ) | |
| vs. | ) | NO. 07 CV 1422 |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, FLOYD T. OLSON, and. BARBARA E COFFMAN, Defendants. | ) | Judge Milton I. Shadur<br>Magistrate Judge Nan R. Nolan |

**JURY DEMAND**

Plaintiff, MICHAEL HAND, by his attorney, Lawrence A. Stein, of HUCK BOUMA PC, demands trial by jury on all issues in this case triable to a jury.

Respectfully submitted,

HUCK BOUMA, P.C.

/s/ Lawrence A. Stein

Lawrence A. Stein

Lawrence A. Stein
**HUCK BOUMA, P.C.**
1755 South Naperville Road
Wheaton, Illinois 60187
Telephone: (630) 221-1755
Facsimile: (630) 221-1756

**CERTIFICATE OF FILING AND SERVICE**

I, LAWRENCE A. STEIN, state as follows under penalty of perjury this eleventh day of January, 2008:

1. I filed this *Jury Demand* by filing it with the clerk of the court by electronic means.

2. I served this *Jury Demand* by filing it with the clerk of the court by electronic means, which electronic filing constitutes services by virtue of local rule 5.9.

3. I made the electronic filing on January 11, 2008.

/s/ Lawrence A. Stein

R:\14000s\14300-14399\14304-1\Pleadings\Jury Demand.wpd

14304-1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL HAND,
Plaintiff,

vs.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, FLOYD T. OLSON, and. BARBARA E COFFMAN,
Defendants.

No. 07 CV 1422

Judge Milton I. Shadur
Magistrate Judge Nan R. Nolan

**MOTION TO ALTER OR AMEND JUDGMENT**

Plaintiff, MICHAEL HAND, by his attorney, Lawrence A. Stein of HUCK BOUMA PC, moves pursuant to rules 59 and 60 of the Federal Rules of Civil Procedure to alter or amend the order entered on January 3, 2008, granting the motion of the insurer for permission to deposit the proceeds of the life insurance policy at issue in this litigation. In support of his motion, plaintiff states as follows:

1. This breach of contract action arose in state court to collect the proceeds of a life insurance policy, and was removed to this court by the insurer, which has sought to interpled the proceeds of its policy, as the other parties to this case are making competing claims to it.

2. On January 3, 2008, the insurer presented a motion for leave to deposit the proceeds of the policy. Prior to the presentation of the motion, plaintiff's counsel asked the insurer's counsel to calculate the exact amount proposed to be deposited, as the calculation of interest from the date of the death of the insured, to the date of the deposit of the funds, was omitted from the motion. When the motion was presented, the court also noted on its own the omission of that calculation.