# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

April 9, 2008

Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

RE: Hand v. Liberty Mutual

You are hereby notified that the above entitled case was on 4/4/08 transferred from the Northern District of Illinois to the U.S. District Court, Southern District of California. The case will now contain the case number of the Southern District, and the initial of the assigned Judge. The case has been assigned to the Honorable Judge Houston, and the Honorable Magistrate Judge Major, and on all future filings please show the case number as 08CV0640-JAH-BLM.

W. Samuel Hamrick, Jr.
Clerk of Court

By:   s/ L Odierno
          Deputy Clerk