1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10

11  MICHAEL HAND,                    )  Case No. 08cv0640-JAH (BLM)
                                     )
12                Plaintiff,         )  **NOTICE AND ORDER SETTING**
                                     )  **TELEPHONIC, ATTORNEYS-ONLY**
13  v.                               )  **EARLY NEUTRAL EVALUATION**
                                     )  **CONFERENCE**
14  LIBERTY LIFE ASSURANCE COMPANY   )
    OF BOSTON, et al.,               )
15                                   )
                  Defendants.        )
16  ─────────────────────────────────)

17       The United States District Court for the Northern District of

18  Illinois recently transferred the above-captioned case to this

19  Court.  In order to assess the status of the case, the Court hereby

20  orders counsel to participate in a telephonic Early Neutral

21  Evaluation ("ENE") on **April 29, 2008** at **2:00 p.m.**  Counsel for

22  Barbara Coffman shall initiate the conference call and include this

23  Court by contacting chambers at (619) 557-7372.  Failure of required

24  counsel to participate may result in the imposition of sanctions.

25  ///

26  ///

27  ///

28  ///

1    **Confidential ENE Statements Required**:  No later than five (5)
2    court days prior to the ENE, the parties shall submit confidential
3    statements no more than ten (10) pages[1] in length directly to the
4    chambers of the Honorable Barbara L. Major.  **These confidential**
5    **statements shall not be filed or served on opposing counsel.**  Each
6    party's confidential statement must include the following:

7         a.   A brief description of the case, the claims and/or
8    counterclaims asserted, and the applicable defenses or position
9    regarding the asserted claims;

10        b.   A specific and current demand or offer for settlement
11   addressing all relief or remedies sought.  If a specific demand or
12   offer for settlement cannot be made at the time the brief is
13   submitted, then the reasons therefore must be stated along with a
14   statement as to when the party will be in a position to state a
15   demand or make an offer; and

16        c.   A brief description of any previous settlement
17   negotiations, mediation sessions, or mediation efforts.

18   General statements that a party will "negotiate in good faith"
19   is not a specific demand or offer contemplated by this Order.  It
20   is assumed that all parties will negotiate in good faith.

21   **Requests to Continue an ENE Conference**:  Local Rule 16.1(c)
22   requires that an ENE take place within forty-five (45) days of the
23   filing of the first answer.  Requests to continue ENEs are rarely
24   granted.  However, the Court will consider formal, written, *ex parte*
25   requests to continue an ENE conference when extraordinary
26   circumstances exist that make a continuance appropriate.  **Absent**

27
28        [1]   The parties shall not append attachments or exhibits to the ENE
     statement.

1   extraordinary circumstances, requests for continuances will <u>not</u> be

2   considered unless submitted <u>in writing</u> no fewer than seven (7) days

3   prior to the scheduled conference.

4        **IT IS SO ORDERED.**

5   DATED:  April 11, 2008

6

7                                    BARBARA L. MAJOR
                                     United States Magistrate Judge
8

9

10
    COPY TO:
11
    HONORABLE JOHN A. HOUSTON
12  U.S. DISTRICT JUDGE

13  ALL COUNSEL

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### NOTICE OF RIGHT TO CONSENT TO TRIAL
### BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), you are hereby notified that a U.S. Magistrate Judge of this district may, upon the consent of all parties, on Form 1A available in the Clerk's Office, conduct any or all proceedings, including a jury or non-jury trial, and order the entry of a final judgment. Counsel for the plaintiff shall be responsible for obtaining the consent of all parties, should they desire to consent.

You should be aware that your decision to consent or not to consent is entirely voluntary and should be communicated solely to the Clerk of Court. Only if all parties consent will the Judge or Magistrate Judge to whom the case has been assigned be informed of your decision.

Judgements of U.S. Magistrate Judges are appealable to the U.S. Court of Appeals in accordance with this statute and the Federal Rules of Appellate Procedure.