IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HAND, <br><br> Plaintiff <br> v. <br><br> LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, FLOYD OLSON and BARBARA E. COFFMAN <br><br> Defendants. | Case No. 08cv0640-JAH (BLM) <br><br> UNOPPOSED REQUEST TO RESCHEDULE THE EARLY NEUTRAL EVALUATION CONFERENCE DUE TO TRIAL CONFLICT |

Floyd Olson and Barbara E. Coffman ("Defendants"), through their undersigned attorney, respectfully request that the Court reschedule the Early Neutral Evaluation Conference ("ENE Conference") scheduled for April 29, 2008, and in support state as follows:

1. The captioned case was previously pending in the United States District Court for the Northern District of Illinois ("NDIL Court").

2. On March 31, 2008, the NDIL Court granted Defendants' Motion to Transfer and transferred this case to the captioned Court.

3. On April 11, 2008, this Court entered an order setting the ENE Conference for April 29, 2008 at 2:00 p.m. PDT ("ENE Conference Order"). On April 16, 2008, counsel for Defendants received a copy of the ENE Conference Order.

4. Defendants believe that that there is good cause to reschedule the ENE Conference based on the facts set forth below. Their request is not sought for any purpose of delay.

5. Paula K. Jacobi is trial counsel for Defendants in this matter.

UNOPPOSED REQUEST TO RESCHEDULE THE EARLY
NEUTRAL EVALUATION
CONFERENCE DUE TO TRIAL
CONFLICT

1

128354v1

6. Ms. Jacobi is also trial counsel to RT Jedburg Commerce Park, LLC ("Landlord") in the Chapter 11 bankruptcy proceeding of American LaFrance, LLC ("Debtor") which is pending in the Bankruptcy Court for the District of Delaware ("Bankruptcy Court") as Case No. 08-10178.

7. Prior to issuance of the ENC Order, the Bankruptcy Court scheduled trial on the contested hearing to consider confirmation of the Third Amended Plan of Reorganization filed by Debtor for April 29, 2008 commencing at 2:00 p.m. EDT. Attached as Exhibit A is a copy of the order scheduling the confirmation hearing.

8. The Landlord is contesting confirmation as well as the Debtor's request to assume the lease on the terms proposed by Debtor. Ms. Jacobi is the sole trial counsel representing Landlord. Ms. Jacobi has taken all of the depositions in the case and other discovery. Ms. Jacobi must be at the contested hearings to prosecute the Landlord's objections.

9. Ms. Jacobi fully anticipates that the contested hearings will not end by 2:00 p.m. PDT making it impossible for her to initiate or participate in the ENE Conference if it proceeds on April 29th.

10. One of the purposes of an ENE Conference is for the Court and the parties to attempt settlement of the matter. Ms. Jacobi believes that this case is ripe for settlement and hopes that this Court would be able to assist the parties in the settlement of this matter. Ms. Jacobi would like the opportunity to participate in the ENE Conference so that she can represent Defendants in any settlement discussions.

UNOPPOSED REQUEST TO RESCHEDULE THE EARLY NEUTRAL EVALUATION CONFERENCE DUE TO TRIAL CONFLICT

2

128354v1

11. Defendants' counsel has spoken with Hand's counsel, and he does not oppose this request.

12. Accordingly, Ms. Jacobi requests that the Court reschedule the ENE Conference.

WHEREFORE, Floyd Olson and Barbara A. Coffman respectfully request entry of an Order rescheduling the Early Neutral Evaluation Conference to a date certain after April 29, 2008.

Respectfully Submitted,

**FLOYD OLSON & BARBARA E. COFFMAN**

/s/ Paula K. Jacobi
One of their attorneys

Paula K. Jacobi
Sugar, Friedberg & Felsenthal LLP
30 North LaSalle Street/Suite 3000
Chicago, Illinois 60602
(312) 704-9400

UNOPPOSED REQUEST TO RESCHEDULE THE EARLY NEUTRAL EVALUATION CONFERENCE DUE TO TRIAL CONFLICT

3

128354v1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HAND,<br><br>    Plaintiff<br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY<br>OF BOSTON, FLOYD OLSON and<br>BARBARA E. COFFMAN<br><br>    Defendants. | Case No. 08cv0640-JAH (BLM) |

## PROOF OF SERVICE

I, Kendra L. Hewitt, a non-attorney, state under penalty of perjury, that I caused to be served on April 22, 2008 a true and correct copies of this Proof of Service and **UNOPPOSED REQUEST TO RESCHEDULE THE EARLY NEUTRAL EVALUATION CONFERENCE DUE TO TRIAL CONFLICT** upon the following:

By U.S. Mail, on the following counsel, on April 22, 2008:

Michael Hand
207 N. Watersedge
Unit 302
Glendale Heights, IL 60139

Edward Sedlacek
Mark S. Bishop
Lawrence A. Stein
Huck, Bouma, Martin, Jones &
Bradshaw, P.C.

1755 South Naperville Road
Suite 200
Wheaton, IL 60187-8132

Sara Amy Weinberg
Ashley B Abel
Jackson Lewis LLP
320 West Ohio Street
Suite 500
Chicago, IL 60610

Respectfully Submitted,
**FLOYD OLSON & BARBARA E. COFFMAN**

/s/ Paula K. Jacobi
One of their attorneys

Paula K. Jacobi
Sugar, Friedberg & Felsenthal LLP
30 North LaSalle Street/Suite 3000
Chicago, Illinois 60602
(312) 704-9400

128514-1

TOTAL P.002