1 | Frank M. Liberatore (SBN 119976)
2 | Samantha N. Hoffman (SBN 212135)
  | JACKSON LEWIS LLP
3 | 5000 Birch Street, Suite 4800
  | Newport Beach, California 92660
4 | Telephone: (949) 885-1360
  | Facsimile: (949) 885-1380
5 | E-Mail: LiberatF@jacksonlewis.com
  | E-Mail: HoffmanS@jacksonlewis.com

6 | Attorneys for Defendant
  | LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

8 | UNITED STATES DISTRICT COURT
9 | SOUTHERN DISTRICT OF CALIFORNIA

| MICHAEL HAND, | ) CASE NO.: 08CV0640-JAH (BLM) |
| Plaintiff, | ) |
| vs. | ) |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, FLOYD OLSON and BARBARA E. COFFMAN, | ) NOTICE OF APPEARANCE |
| Defendants. | ) |

1 |       PLEASE TAKE NOTICE that Samantha N. Hoffman of the law firm of Jackson Lewis, LLP located at 5000 Birch Street, Suite 5000, Newport Beach, California 92660 is local counsel of record for Defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON (incorrectly named as Liberty Mutual) in the above-captioned matter.

      Please place Ms. Hoffman's name and address on the official address record and provide copies of all notices and information relating to this matter.

Dated: April 28, 2008

JACKSON LEWIS LLP

By: _____
Frank M. Liberatore
Samantha N. Hoffman

Attorneys for Defendants
LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON

# PROOF OF SERVICE

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

CASE NAME:   *HAND v. LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, FLOYD OLSON and BARBARA COFFMAN*

CASE NUMBER: 08CV0640-JAH (BLM)

I am employed in the County of ORANGE, State of California. I am over the age of 18 and not a party to the within action; my business address is: 5000 Birch Street, Suite 5000, Newport Beach, California 92660

On April 28, 2008, I served the foregoing document described as:

## NOTICE OF APPEARANCE

in this action by placing a true copy thereof in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

[XX] **BY MAIL**

   [XX]  I deposited such envelope in the mail at Newport Beach, California. The envelope was mailed with postage thereon fully prepaid.

   [XX]  As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Newport Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]   **FEDERAL**  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 28, 2008 at Newport Beach, California.

_____
Deborah West

# SERVICE LIST

Michael Hand
207 N. Watersedge
Unit 302
Glendale Heights, IL 60139

Paula K. Jacobi
Sugar, Friedberg & Felsenthal LLP
30 North LaSalle Street, Suite 3000
Chicago, IL 60602

Edward Sedlacek
Mark S. Bishop
Lawrence A. Stein
Huck, Bouma, Martin, Jones & Bradshaw, P.C.
1755 South Napersville Road, Suite 200
Wheaton, IL 60187-8132