Paula J. Jacobi, Esq.
Shelly A. DeRousse, Esq.
Sugar, Friedberg, & Felsenthal
30 N. La Salle Street, Suite 3000
Chicago, Illinois 60602
Telephone: (312) 704-9400
Facsimile: (312) 372-7951

Philip H. Dyson, Esq.
Amy Morketter, Esq.
Philip H. Dyson Law Offices
8461 La Mesa Blvd
La Mesa, CA 91941
Telephone:  (619) 462-3311
Facsimile: (619) 462-3382

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HAND, ) | |
|  ) | |
|    Plaintiff ) | |
| v. ) | Case No. 08cv0640-JAH (BLM) |
|  ) | |
| LIBERTY LIFE ASSURANCE COMPANY ) | **UNOPPOSED APPLICATION TO** |
| OF BOSTON, FLOYD OLSON and ) | **RESCHEDULE THE SETTLEMENT** |
| BARBARA E. COFFMAN ) | **CONFERENCE** |
|  ) | |
|    Defendants. ) | |

    Floyd Olson and Barbara E. Coffman ("Defendants"), through their undersigned attorney, respectfully request that the Court reschedule the Settlement Conference scheduled for June 4, 2008, and in support state as follows:

    1.    On April 29, 2008, the Court held a telephonic Early Neutral Evaluation Conference ("ENE") in this action.

    2.    Based on the ENE, on April 30, 2008, the Court entered an order which, among other things, set a mandatory Settlement Conference for June 4, 2008 at 9:30 a.m.

The order requires the parties and their attorneys to personally appear at the Settlement Conference.

3. Counsel for Defendants, Paula Jacobi, who has handled this case from the outset, is located in Chicago, Illinois. Initially, Chicago counsel anticipated that San Diego counsel would attend the Settlement Conference with Defendants. However, Defendants have now advised Chicago counsel that they want Chicago counsel to attend the Settlement Conference because of her knowledge regarding the facts of the case and having already spoken with some potential witnesses.

4. On June 4, 2008, Defendants' counsel, Paula Jacobi, has a previously scheduled court matter she must attend in Lake County, Illinois. See Jacobi Declaration, attached as Exhibit A. It is impossible for her to attend both the court matter in Lake County, Illinois and the Settlement Conference on June 4th. Jacobi Declaration.

5. Ms. Jacobi will, however, be in California (north of Los Angeles) on family matters from June 16 through June 27, 2008 and can drive down to San Diego and attend the Settlement Conference on any of the following days: June 17-19 and June 24-26, 2008. Jacobi Declaration. Allowing Defendants to appear when their counsel will already be in the area will save costs in defending this action as well, which, given the small amount involved in this case and the limited resources of the clients, Counsel for Defendants needs to conserve costs when able.

6. On May 5, 2008, counsel for the parties had a meet and confer teleconference pursuant to Local Rule 26.1 to discuss rescheduling the Settlement Conference date.

7. The Plaintiff's counsel has informed Defendants that he has no objection to this Application to reschedule the Settlement Conference. See DeRousse Declaration,

1 attached as <u>Exhibit B</u>.  The Plaintiff and Plaintiff's counsel are available on June 17-19 and June 24-26, 2008, but the dates of June 24-26, 2008 work the best for them.

8. Defendants believe that that there is good cause to reschedule the Settlement Conference based on the facts set forth below.  Their request is not sought for any purpose of delay.

9. Accordingly, Defendants requests that the Court reschedule the Settlement Conference.

WHEREFORE, Floyd Olson and Barbara A. Coffman respectfully request entry of an Order rescheduling the Settlement Conference.

                                             Respectfully Submitted,

**FLOYD OLSON & BARBARA E. COFFMAN**

*/s/ Paula K. Jacobi*
One of their attorneys

Paula K. Jacobi, Esq.
Shelly A. DeRousse, Esq.
Sugar, Friedberg & Felsenthal
30 North LaSalle Street, Suite 3000
Chicago, Illinois 60602
Telephone: (312) 704-9400
Fax:          (312) 372-7951

Philip H. Dyson, Esq.
Amy Morketter, Esq.
Philip H. Dyson Law Offices
8461 La Mesa Blvd
La Mesa, CA 91941
Telephone: (619) 462-3311
Facsimile: (619) 462-3382