# EXHIBIT A

Paula J. Jacobi, Esq.
Shelly A. DeRousse, Esq.
Sugar, Friedberg, & Felsenthal
30 N. La Salle Street, Suite 3000
Chicago, Illinois 60602
Telephone: (312) 704-9400
Facsimile: (312) 372-7951

Philip H. Dyson, Esq.
Amy Morketter, Esq.
Philip H. Dyson Law Offices
8461 La Mesa Blvd
La Mesa, CA 91941
Telephone: (619) 462-3311
Facsimile: (619) 462-3382

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

MICHAEL HAND, )
 )
    Plaintiff )
v. ) Case No. 08cv0640-JAH (BLM)
 )
LIBERTY LIFE ASSURANCE COMPANY ) **UNOPPOSED APPLICATION TO**
OF BOSTON, FLOYD OLSON and ) **RESCHEDULE THE SETTLEMENT**
BARBARA E. COFFMAN ) **CONFERENCE**
 )
    Defendants. )

### Declaration of Paula K. Jacobi

I, Paula K. Jacobi, declare that I have personal knowledge of the facts set forth below and would and could competently testify thereto, under oath, if requested to do so:

1.  I am counsel for the Defendants Floyd Olson and Barbara E. Coffman. My office at Sugar, Friedberg & Felsenthal LLP is located in Chicago, Illinois.

2.  I have handled this case as lead trial counsel from the outset. Initially, I anticipated that my co-counsel in San Diego would attend the June 4, 2008 Settlement Conference with Floyd Olson and Barbara E. Coffman. However, Mr. Olson and Ms.

DECLARATION OF PAULA K. JACOBI        1

Coffman have advised me that they want me to attend the Settlement Conference personally because of my knowledge regarding the facts of the case and because I have already spoken with some potential witnesses.

3. On June 4, 2008 at 9:15 a.m., I have a previously scheduled court matter before Judge Wallace Dunn in the Circuit Court of the Nineteenth Judicial Circuit, Lake County, Illinois, which I must attend in Lake County, Illinois. It is impossible for me to attend both the Settlement Conference in this case and the matter before Judge Dunn in Lake County, Illinois on June 4th.

4. I will be in California (north of Los Angeles) on family matters from June 16 through June 27, 2008 and can drive down to San Diego and attend the Settlement Conference on the following days: June 17-19 and June 24-25, 2008.

I declare under penalty of perjury that the forgoing is true and correct and that this declaration is signed this 5th day of May, 2008.

_____
Paula K. Jacobi

DECLARATION OF PAULA K. JACOBI                 2