# EXHIBIT B

```
Paula J. Jacobi, Esq.
Shelly A. DeRousse, Esq.
Sugar, Friedberg, & Felsenthal
30 N. La Salle Street, Suite 3000
Chicago, Illinois 60602
Telephone: (312) 704-9400
Facsimile: (312) 372-7951

Philip H. Dyson, Esq.
Amy Morketter, Esq.
Philip H. Dyson Law Offices
8461 La Mesa Blvd
La Mesa, CA 91941
Telephone: (619) 462-3311
Facsimile: (619) 462-3382
```

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HAND, <br><br> Plaintiff <br><br> v. <br><br> LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, FLOYD OLSON and BARBARA E. COFFMAN <br><br> Defendants. | Case No. 08cv0640-JAH (BLM) <br><br> **UNOPPOSED APPLICATION TO RESCHEDULE THE SETTLEMENT CONFERENCE** |

### Declaration of Shelly A. DeRousse

I, Shelly A. DeRousse, declare that I have personal knowledge of the facts set forth below and would and could competently testify thereto, under oath, if requested to do so:

1. I am an attorney working for Sugar, Friedberg & Felsenthal LLP, counsel for the Defendants Floyd Olson and Barbara E. Coffman.

2. On May 5, 2008, I spoke to Larry Stein, counsel for Plaintiff on a teleconference in accordance with Local Rule 26.1 to discuss rescheduling the Settlement Conference date.

DECLARATION OF SHELLY A. DEROUSSE                    1

3. On the call, Mr. Stein informed me that he has no objection to rescheduling the Settlement Conference and that he and his client are available to attend the Settlement Conference on June 17-19, 2008 and June 24-26, 2008, but have a preference for June 24-26, 2008.

4. Mr. Stein also sent the email attached as Exhibit 1 hereto to me, indicating that he has no objection to the Application Reschedule the Settlement Conference.

I declare under penalty of perjury that the forgoing is true and correct and that this declaration is signed this 5th May, 2008.

*Shelly A. DeRousse*

DECLARATION OF SHELLY A. DEROUSSE          2

# EXHIBIT 1

## Shelly A. DeRousse

**From:** Larry Stein [lstein@HuckBouma.com]
**Sent:** Monday, May 05, 2008 2:21 PM
**To:** Paula K. Jacobi; Shelly A. DeRousse
**Subject:** RE: Hand v. Liberty Life

I have no objection to this slightly revised version of the motion. Larry Stein.

---

**From:** Paula K. Jacobi [mailto:pjacobi@sff-law.com]
**Sent:** Monday, May 05, 2008 11:09 AM
**To:** Shelly A. DeRousse; Larry Stein
**Subject:** RE: Hand v. Liberty Life

Larry:

I revised the Motion slightly to fully explain why we are requesting the change

Paula K. Jacobi, Esq.
Sugar, Friedberg & Felsenthal LLP
30 N. LaSalle St., Suite 3000
Chicago, Illinois 60602
(312) 704-2771
(312) 372-7951 Fax

*************************************************************
CONFIDENTIALITY NOTICE:

This e-mail and any attachments are confidential and may be
protected by legal privilege and is intended only for the use of
the addressee. It is the property of Sugar, Friedberg & Felsenthal LLP.
If you are not the intended recipient, any disclosure, copying,
distribution or use of this e-mail or any attachment is prohibited.
If you have received this e-mail in error, please notify us
immediately by returning it to the sender and delete all copies,
including attachments, from your system. To the extent the above
content contains an opinion on one or more Federal tax issues, such
opinion was not written to be used, and cannot be used, for the purpose
of avoiding penalties. If you would like a written opinion on the one or
more Federal tax issues addressed above upon which you can rely for the
purpose of avoiding penalties, please contact us. Thank you.

SUGAR, FRIEDBERG & FELSENTHAL, LLP

---

**From:** Shelly A. DeRousse
**Sent:** Monday, May 05, 2008 9:05 AM
**To:** Larry Stein
**Cc:** Paula K. Jacobi
**Subject:** RE: Hand v. Liberty Life

Larry,

This is what I propose to file. According to local rules, we need to have a teleconference- written communication is not sufficient. Please review this document and call me today.

Shelly A. DeRousse
Sugar, Friedberg & Felsenthal LLP
30 North LaSalle Street
Suite 3000
Chicago, Illinois 60602
(312) 704-9400
(312) 704-2175 Direct
(312) 372-7951 Fax

sderousse@sff-law.com

---

**From:** Larry Stein [mailto:lstein@HuckBouma.com]
**Sent:** Friday, May 02, 2008 5:42 PM
**To:** Shelly A. DeRousse
**Cc:** Paula K. Jacobi
**Subject:** Re: Hand v. Liberty Life

Send me a copy of what you propose to file and I will tell you whether I agree or object.

-----Original Message------
From: "Shelly A. DeRousse" <sderousse@sff-law.com>
Date: Friday, May 2, 2008 5:10 pm
Subject: Hand v. Liberty Life
To: "lstein@HuckBouma.com" <lstein@HuckBouma.com>
CC: "Paula K. Jacobi" <pjacobi@sff-law.com>


Larry,

I will be working with Paula Jacobi on Hand v. Liberty Life. Megan Witzel told me that she previously spoke to you regarding dates for the Settlement Conference mandated by the judge and that you indicated that you are available on June 17-19 and June 24-26. As you know, the Court set the date sua sponte for June 4th. Paula has a hearing that day in Chicago and cannot appear in California too.

Please call me (312-704-2175) when you receive this to let me know whether you would object to our application to move the Settlement Conference to one of the dates listed above when all of the parties are available.
  Shelly A. DeRousse Sugar, Friedberg & Felsenthal LLP 30 North LaSalle Street Suite 3000 Chicago, Illinois 60602 (312) 704-9400 (312) 704-2175 Direct (312) 372-7951 Fax   sderousse@sff-law.com