Paula J. Jacobi, Esq.
Shelly A. DeRousse, Esq.
Sugar, Friedberg, & Felsenthal
30 N. La Salle Street, Suite 3000
Chicago, Illinois 60602
Telephone: (312) 704-9400
Facsimile: (312) 372-7951

Philip H. Dyson, Esq.
Amy Morketter, Esq.
Philip H. Dyson Law Offices
8461 La Mesa Blvd
La Mesa, CA 91941
Telephone:  (619) 462-3311
Facsimile: (619) 462-3382

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HAND, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> LIBERTY LIFE ASSURANCE COMPANY ) <br> OF BOSTON, FLOYD OLSON and ) <br> BARBARA E. COFFMAN ) <br> ) <br> Defendants. ) | Case No. 08cv0640-JAH (BLM) <br><br> **PROOF OF SERVICE OF UNOPPOSED APPLICATION TO RESCHEDULE THE SETTLEMENT CONFERENCE** |

　　　　I, Kendra L. Hewitt, a non-attorney, state under penalty of perjury, that I caused to be served on May 5, 2008 a true and correct copy of this Proof of Service and **UNOPPOSED REQUEST TO RESCHEDULE THE SETTLEMENT CONFERENCE** upon the following:

　　　　By electronic mail service pursuant to the Court's CM/ECF system, on the following counsel, on May 5, 2008:

　　　　　　Philip H Dyson phdesq@yahoo.com, phdtravel@yahoo.com

　　　　　　Samantha Hoffman hoffmans@jacksonlewis.com, westd@jacksonlewis.com

PROOF OF SERVICE OF UNOPPOSED
APPLICATION TO RESCHEDULE THE
SETTLEMENT CONFERENCE

By U.S. Mail, on the following counsel, on May 5, 2008:

| | |
|---|---|
| Ashley B Abel<br>Jackson Lewis<br>2100 Landmark Building<br>301 North Main Street<br>Greenville, SC 29601 | 1755 South Naperville Road<br>Suite 200<br>Wheaton, IL 60187-8132<br><br>Edward Sedlacek<br>Huck, Bouma, Martin, Jones & Bradshaw, P.C. |
| Mark S Bishop<br>Huck, Bouma, Martin, Jones & Bradshaw, P.C.<br>1755 South Naperville Road<br>Suite 200<br>Wheaton, IL 60187-8132 | 1755 South Naperville Road<br>Suite 200<br>Wheaton, IL 60187-8132<br><br>Lawrence A Stein<br>Huck Bouma PC<br>1755 South Naperville Road<br>Wheaton, IL 60187-8132 |
| Michael Hand<br>207 N. Watersedge<br>Unit 302<br>Glendale Heights, IL 60139 | Sara Amy Weinberg<br>Jackson Lewis LLP<br>320 West Ohio Street<br>Suite 500<br>Chicago, IL 60610 |
| Kathleen R Ryding<br>Huck, Bouma, Martin, Jones & Bradshaw, P.C. | |

Respectfully Submitted,

**FLOYD OLSON & BARBARA E. COFFMAN**

*/s/ Paula K. Jacobi*
One of their attorneys

Paula K. Jacobi, Esq.
Shelly A. DeRousse, Esq.
Sugar, Friedberg & Felsenthal
30 North LaSalle Street, Suite 3000
Chicago, Illinois 60602
Telephone: (312) 704-9400
Fax:          (312) 372-7951

Philip H. Dyson, Esq.
Amy Morketter, Esq.
Philip H. Dyson Law Offices
8461 La Mesa Blvd
La Mesa, CA 91941
Telephone:  (619) 462-3311
Facsimile: (619) 462-3382