14304-1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MICHAEL HAND, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 08 CV 0640-JAH (BLM) |
| | ) | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, FLOYD T. OLSON, and. BARBARA E COFFMAN, | ) | District Judge John A. Houston<br>Magistrate Judge Barbara L. Major |
| Defendants. | ) | |

**REPORT OF PLANNING MEETING**

Plaintiff, MICHAEL HAND, by his attorney, Lawrence A. Stein of HUCK BOUMA PC, and Donald P. Tremblay, and defendants, FLOYD T. OLSON and BARBARA E COFFMAN, by their attorneys, Paula K. Jacobi of SUGAR, FRIEDBERG & FELSENTHAL and Philip H. Dyson,, hereby submit this joint report of the parties planning meeting as required by rule 26(f)(2) of the Federal Rules of Civil Procedure:

1. The parties conducted their planning meeting on May 13, 2008. The meeting was conducted by telephone. Trial counsel for the plaintiff and the defendants participated in the telephone conversation, being Lawrence A. Stein of Huck Bouma PC and Paula K. Jacobi of Sugar, Friedberg & Felsenthal, respectively for the plaintiff and the defendants.

2. During the planning meeting, the parties agreed that no new discovery would be necessary other than the automatic disclosures previously ordered by the court unless and until the settlement conference currently scheduled for June 25, 2008 occurs and there is no settlement of the parties.

3. In coming to this conclusion during the planning meeting, the parties were mindful of the small amount in controversy, and the large amount of attorneys fees that would be required to begin discovery before the settlement conference currently set for June 25, 2008.

Respectfully submitted,

SUGAR, FRIEDBERG & FELSENTHAL

/s/ Paula K. Jacobi

Paula K. Jacobi

HUCK BOUMA, P.C.

/s/ Lawrence A. Stein

Lawrence A. Stein

Paula K. Jacobi
**SUGAR, FRIEDBERG & FELSENTHAL**
30 North LaSalle Street, Suite 3000
Chicago, Illinois 60602
Telephone (312) 704-9400
Facsimile (312) 372-7951
Counsel for Floyd Olson and
Barbara E. Coffman

Lawrence A. Stein
**HUCK BOUMA, P.C.**
1755 South Naperville Road
Wheaton, Illinois 60187
Telephone: (630) 221-1755
Facsimile: (630) 221-1756
Counsel for Michael Hand

**CERTIFICATE OF FILING AND SERVICE**

I, Lawrence A. Stein, state as follows under penalty of perjury this twentieth day of May 2008:

1. I filed this *Report of Planning Meeting* by placing it in an envelope with proper postage prepaid and plainly addressed to the Honorable W. Samuel Hamrick, Jr., Clerk of the United States District Court for the Southern District of California, 880 Front Street, Suite 4290, San Diego, Illinois 92101.

2. I served this *Report of Planning Meeting* by electronically filing it with the court whose facilities transmitted it to the attorneys of record.

3. I made the electronic filing on May 20, 2008.

/s/ Lawrence A. Stein

________________________________

R:\14000s\14300-14399\14304-1\Pleadings\Report of Planning Meeting.wpd