14304-1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HAND, ) | |
|           Plaintiff, ) | |
| ) | |
| vs. ) | No. 08 CV 0640-JAH (BLM) |
| ) | |
| LIBERTY LIFE ASSURANCE COMPANY ) | |
| OF BOSTON, FLOYD T. OLSON, and. ) | |
| BARBARA E COFFMAN, ) | District Judge John A. Houston |
| ) | Magistrate Judge Barbara L. Major |
|           Defendants. ) | |

## NOTICE OF SETTLEMENT

Plaintiff, MICHAEL HAND, by his attorney, Lawrence A. Stein of HUCK BOUMA PC, hereby gives notice to the court that the pending claims in the matter have been settled in full in principal and the settlement should be reduced to writing sufficient to dismiss the case no later than July 18, 2008.

                                            Respectfully submitted,

                                            HUCK BOUMA, P.C.

                                            /s/   Lawrence A. Stein

                                            Lawrence A. Stein

## **CERTIFICATE OF FILING AND SERVICE**

I, Lawrence A. Stein, state as follows under penalty of perjury this nineteenth day of June 2008:

1. I filed this *Notice of Settlement* by filing it electronically.

2. I served this *Notice of Settlement* by electronically filing it with the court whose facilities transmitted it to the attorneys of record.

3. I made the electronic filing on June 19, 2008.

/s/   Lawrence A. Stein

_____

R:\14000s\14300-14399\14304-1\Pleadings\Notice of Settlement.wpd