UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HAND,<br><br>            Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, et al.,<br><br>            Defendants. | Case No. 08cv0640-JAH (BLM)<br><br>**ORDER CONFIRMING SETTLEMENT AND SETTING DEADLINE TO FILE JOINT MOTION FOR DISMISSAL** |

    Plaintiff filed a Notice of Settlement on June 19, 2008, informing the Court that this case has settled. Doc. No. 14. Based upon this representation, the parties are ordered to file their joint motion for dismissal of this case, signed by counsel of record and all parties, no later than **July 21, 2008**. A proposed order on the joint motion for dismissal must be e-mailed to the district judge's chambers[1] on the same day. If the signed joint motion for dismissal is timely filed, the

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov (follow link for "General Order 550, Procedural Rules for Electronic Case Filing").

1  parties and attorneys are not required to make any further appearances
2  before Judge Major.
3      If the fully executed joint motion for dismissal is not filed by
4  **July 21, 2008**, then all counsel of record and unrepresented parties are
5  required to appear **in person** for a Settlement Disposition Conference.
6  The Settlement Disposition Conference will be held on **July 24, 2008** at
7  **1:30 p.m.** in Courtroom A.
8      If counsel of record or any unrepresented party fails to appear at
9  the Settlement Disposition Conference, or the parties fail to file the
10 signed joint motion for dismissal in a timely manner, the Court will
11 issue an Order to Show Cause why sanctions should not be imposed for
12 failing to comply with this Order.
13     All other pending dates before Magistrate Judge Major are hereby
14 vacated.  Any matters currently scheduled before the district judge
15 shall remain in effect pending notice from that court.
16 **IT IS SO ORDERED.**
17 DATED:   June 19, 2008

                                      BARBARA L. MAJOR
                                      United States Magistrate Judge

COPY TO:

HONORABLE JOHN A. HOUSTON
U.S. DISTRICT JUDGE

ALL COUNSEL