| | |
|---|---|
| 1 | Paula J. Jacobi, Esq. |
| 2 | Sugar, Friedberg, & Felsenthal |
|   | 30 N. La Salle Street, Suite 3000 |
| 3 | Chicago, Illinois 60602 |
|   | Telephone: (312) 704-9400 |
| 4 | Facsimile: (312) 372-7951 |
| 5 | Philip H. Dyson, Esq. |
| 6 | Philip H. Dyson Law Offices |
|   | 8461 La Mesa Blvd |
| 7 | La Mesa, CA 91941 |
|   | Telephone: (619) 462-3311 |
| 8 | Facsimile: (619) 462-3382 |
| 9 | Lawrence A. Stein |
| 10 | Huck Bouma PC |
|    | 1755 South Naperville Road |
| 11 | Wheaton, Illinois 60187 |
|    | Telephone (630) 221-1755 |
| 12 | Facsimile (630) 221-1756 |

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL HAND, | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Case No. 08cv0640-JAH (BLM) |
| | ) | |
| LIBERTY LIFE ASSURANCE COMPANY | ) | **MOTION FOR ENTRY OF AGREED** |
| OF BOSTON, FLOYD OLSON and | ) | **ORDER OF DISBURSEMENT** |
| BARBARA E. COFFMAN | ) | **AND AGREED ORDER OF** |
| | ) | **DISMISSAL** |
| Defendants. | ) | |

Floyd Olson and Barbara E. Coffman, through their undersigned attorney together with Michael Hand through his undersigned attorney, jointly move for entry of two orders:

(i) Agreed Order of Disbursement (Exhibit A) and (ii) Agreed Order of Dismissal (Exhibit B). Both Orders are signed by the Olson, Coffman and Hand and were executed pursuant to an executed Settlement Agreement.

Respectfully Submitted,

**FLOYD OLSON & BARBARA E. COFFMAN**

*/s/ Paula K. Jacobi*
One of their attorneys

**MICHAEL HAND**

*/s/ Lawrence Stein*
One of his attorneys

Paula J. Jacobi, Esq.
Sugar, Friedberg, & Felsenthal
30 N. La Salle Street, Suite 3000
Chicago, Illinois 60602
Telephone: (312) 704-9400
Facsimile: (312) 372-7951

Philip H. Dyson, Esq.
Philip H. Dyson Law Offices
8461 La Mesa Blvd
La Mesa, CA 91941
Telephone: (619) 462-3311
Facsimile: (619) 462-3382

Lawrence A. Stein
Huck Bouma PC
1755 South Naperville Road
Wheaton, Illinois 60187
Telephone (630) 221-1755
Facsimile (630) 221-1756