EXHIBIT A

Paula J. Jacobi, Esq.
Shelly A. DeRousse, Esq.
Sugar, Friedberg, & Felsenthal
30 N. La Salle Street, Suite 3000
Chicago, Illinois 60602
Telephone: (312) 704-9400
Facsimile: (312) 372-7951

Philip H. Dyson, Esq.
Amy Morketter, Esq.
Philip H. Dyson Law Offices
8461 La Mesa Blvd
La Mesa, CA 91941
Telephone: (619) 462-3311
Facsimile: (619) 462-3382

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HAND, | ) |
| Plaintiff | ) ) |
| v. | ) Case No. 08cv0640-JAH (BLM) |
| | ) |
| LIBERTY LIFE ASSURANCE COMPANY | ) **AGREED ORDER OF** |
| OF BOSTON, FLOYD OLSON and | ) **DISBURSEMENT** |
| BARBARA E. COFFMAN | ) |
| | ) |
| Defendants. | ) |

### AGREED ORDER OF DISBURSEMENT

This matter coming on the agreement of the parties hereto pursuant to executed Settlement Agreement and Release Agreement; the Clerk of the District Court for the Southern District of California having received $74,077.32 from the Clerk of the District Court of the Northern District of Illinois which $74,077.32 was funds deposited with the Court in this case to the court by Liberty Life Assurance Company; and the Court being fully advised in the premises:

NOW THEREFORE, IT IS HEREBY ORDERED that

The Clerk of the District Court for the Southern District of California is directed to disburse the $74,077.32, plus interest, if any, that has accrued thereon since receipt of the funds by the Court less the Clerk's charge for handling of funds deposited with Court which can be assessed solely from interest earnings, if any, in accordance with 28 U.S.C. 1914 and the fees schedule issued by the Director of Administrative Office of the United States Courts as follows:

1. A check made payable to Michael Hand c/o Lawrence A. Stein at Huck Bouma, P.C., 1755 South Naperville Road, Wheaton, Illinois 60187, in the amount of $17,500.00.

2. A check made payable to Barbara Coffman c/o Sugar, Friedberg & Felsenthal, LLP, 30 North LaSalle Street, Suite 3000, Chicago, Illinois 60602, in the amount of the sum of $74,077.32 plus the amount of interest that has accrued con the $74,077.32 less $17,500 paid to Michael Hand less the Clerk's charge for handling of funds deposited with Court, if any, which charge can be assessed solely from interest earnings, if any, in accordance with 28 U.S.C. 1914 and the fees schedule issued by the Director of Administrative Office of the United States Courts, if any.

                                                ENTER

                                                _____
                                                Judge Novak

AGREED and ACKNOWLEDGED:

FLOYD T. OLSON                                  BARBARA E. COFFMAN

_/s/ Floyd T. Olson_____                      _____
     Floyd T. Olson                                 Barbara E. Coffman

MICHAEL HAND

_____
     Michael Hand

130388-1                                9

The Clerk of the District Court for the Southern District of California is directed to disburse the $74,077.32, plus interest, if any, that has accrued thereon since receipt of the funds by the Court less the Clerk's charge for handling of funds deposited with Court which can be assessed solely from interest earnings, if any, in accordance with 28 U.S.C. 1914 and the fees schedule issued by the Director of Administrative Office of the United States Courts as follows:

1. A check made payable to Michael Hand c/o Lawrence A. Stein at Huck Bouma, P.C., 1755 South Naperville Road, Wheaton, Illinois 60187, in the amount of $17,500.00.

2. A check made payable to Barbara Coffman c/o Sugar, Friedberg & Felsenthal, LLP, 30 North LaSalle Street, Suite 3000, Chicago, Illinois 60602, in the amount of the sum of $74,077.32 plus the amount of interest that has accrued eon the $74,077.32 less $17,500 paid to Michael Hand less the Clerk's charge for handling of funds deposited with Court, if any, which charge can be assessed solely from interest earnings, if any, in accordance with 28 U.S.C. 1914 and the fees schedule issued by the Director of Administrative Office of the United States Courts, if any.

**ENTER**

_____
Judge Novak

AGREED and ACKNOWLEDGED:

**FLOYD T. OLSON**

_____
Floyd T. Olson

**MICHAEL HAND**

_____
Michael Hand

**BARBARA E. COFFMAN**

*Barbara E Coffman* (signature)
_____
Barbara E. Coffman

130388-1                                9

The Clerk of the District Court for the Southern District of California is directed to disburse the $74,077.32, **plus** interest, if any, that has accrued thereon since receipt of the funds by the Court **less** the Clerk's charge for handling of funds deposited with Court which can be assessed solely from interest earnings, if any, in accordance with 28 U.S.C. 1914 and the fees schedule issued by the Director of Administrative Office of the United States Courts as follows:

1. A check made payable to Michael Hand c/o Lawrence A. Stein at Huck Bouma, P.C., 1755 South Naperville Road, Wheaton, Illinois 60187, in the amount of $17,500.00.

2. A check made payable to Barbara Coffman c/o Sugar, Friedberg & Felsenthal, LLP, 30 North LaSalle Street, Suite 3000, Chicago, Illinois 60602, in the amount of the sum of $74,077.32 **plus** the amount of interest that has accrued eon the $74,077.32 **less** $17,500 paid to Michael Hand **less** the Clerk's charge for handling of funds deposited with Court, if any, which charge can be assessed solely from interest earnings, if any, in accordance with 28 U.S.C. 1914 and the fees schedule issued by the Director of Administrative Office of the United States Courts, if any.

**ENTER**

_____
Judge Novak

AGREED and ACKNOWLEDGED:

**FLOYD T. OLSON**                                **BARBARA E. COFFMAN**

_____        _____
Floyd T. Olson                                          Barbara E. Coffman

**MICHAEL HAND**

_____
Michael Hand