**EXHIBIT B**

Paula J. Jacobi, Esq.
Shelly A. DeRousse, Esq.
Sugar, Friedberg, & Felsenthal
30 N. La Salle Street, Suite 3000
Chicago, Illinois 60602
Telephone: (312) 704-9400
Facsimile: (312) 372-7951

Philip H. Dyson, Esq.
Amy Morketter, Esq.
Philip H. Dyson Law Offices
8461 La Mesa Blvd
La Mesa, CA 91941
Telephone: (619) 462-3311
Facsimile: (619) 462-3382

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL HAND, )<br>)<br>Plaintiff )<br>v. )<br>)<br>LIBERTY LIFE ASSURANCE COMPANY )<br>OF BOSTON, FLOYD OLSON and )<br>BARBARA E. COFFMAN )<br>)<br>Defendants. ) | Case No. 08cv0640-JAH (BLM)<br><br>**AGREED ORDER OF<br>DISMISSAL WITH PREJUDICE** |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

This matter coming on the agreement of the parties hereto pursuant to executed Settlement Agreement and Release Agreement; and the Court being fully advised in the premises:

NOW THEREFORE, IT IS HEREBY ORDERED that the captioned cases, Case Number 08cv0640-JAH, and all claims, cross-claims, counterclaims, and defenses asserted or which could have been asserted therein are hereby dismissed with prejudice, with no costs assessed.

                **ENTER**

                _____
                Judge Novak

AGREED and ACKNOWLEDGED:

**FLOYD T. OLSON**                **BARBARA E. COFFMAN**

*/s/ Floyd T. Olson*
_____         _____
   Floyd T. Olson                  Barbara E. Coffman

**MICHAEL HAND**

_____
   Michael Hand

130388-1                      11

ENTER

_____
Judge Novak

AGREED and ACKNOWLEDGED:

FLOYD T. OLSON                              BARBARA E. COFFMAN

_____                  *Barbara E Coffman*
       Floyd T. Olson                       _____
                                                  Barbara E. Coffman

MICHAEL HAND

_____
       Michael Hand

130388-1                          11

**ENTER**

_____
Judge Novak

AGREED and ACKNOWLEDGED:

**FLOYD T. OLSON**                                                **BARBARA E. COFFMAN**

_____                                    _____
        Floyd T. Olson                                                              Barbara E. Coffman

**MICHAEL HAND**

_____
        Michael Hand