Paula J. Jacobi, Esq.
Shelly A. DeRousse, Esq.
Sugar, Friedberg, & Felsenthal
30 N. La Salle Street, Suite 3000
Chicago, Illinois 60602
Telephone: (312) 704-9400
Facsimile: (312) 372-7951

Philip H. Dyson, Esq.
Amy Morketter, Esq.
Philip H. Dyson Law Offices
8461 La Mesa Blvd
La Mesa, CA 91941
Telephone: (619) 462-3311
Facsimile: (619) 462-3382

Lawrence A. Stein
Huck Bouma PC
1755 South Naperville Road
Wheaton, Illinois 60187
Telephone (630) 221-1755
Facsimile (630) 221-1756

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HAND, | ) |
| Plaintiff | ) ) ) |
| v. | ) Case No. 08cv0640-JAH (BLM) |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, FLOYD OLSON and BARBARA E. COFFMAN | ) **PROOF OF SERVICE** ) ) ) |
| Defendants. | ) |

I, Kendra L. Hewitt, a non-attorney, state under penalty of perjury, that I caused to be served on July 21, 2008 a true and correct copy of this Proof of Service and **MOTION FOR ENTRY OF AGREED ORDER OF DISBURSEMENT AND AGREED ORDER OF DISMISSAL** upon the following:

PROOF OF SERVICE OF MOTION FOR
ENTRY OF AGREED ORDER OF
DISBURSEMENT AND AGREED ORDER
OF DISMISSAL

1  By electronic mail service pursuant to the Court's CM/ECF system, on the following
2  counsel, on July 21, 2008:

3       Philip H Dyson phdesq@yahoo.com, phdtravel@yahoo.com

4       Samantha Hoffman hoffmans@jacksonlewis.com, westd@jacksonlewis.com

5  By U.S. Mail, on the following counsel, on July 21, 2008:

6  Ashley B Abel                              Edward Sedlacek
7  Jackson Lewis                              Huck, Bouma, Martin, Jones & Bradshaw,
   2100 Landmark Building                     P.C.
8  301 North Main Street                      1755 South Naperville Road
   Greenville, SC 29601                       Suite 200
9                                             Wheaton, IL 60187-8132

10 Mark S Bishop
   Huck, Bouma, Martin, Jones & Bradshaw,     Lawrence A Stein
11 P.C.                                       Huck Bouma PC
   1755 South Naperville Road                 1755 South Naperville Road
12 Suite 200                                  Wheaton, IL 60187-8132
   Wheaton, IL 60187-8132
13                                            Sara Amy Weinberg
   Michael Hand                               Jackson Lewis LLP
14 207 N. Watersedge                          320 West Ohio Street
   Unit 302                                   Suite 500
15 Glendale Heights, IL 60139                 Chicago, IL 60610

16
   Kathleen R Ryding
17 Huck, Bouma, Martin, Jones & Bradshaw,
   P.C.
18 1755 South Naperville Road
   Suite 200
19 Wheaton, IL 60187-8132

20
                                              Respectfully Submitted,
21
                                              **FLOYD OLSON & BARBARA E. COFFMAN**
22
                                              /s/ *Paula K. Jacobi*
23                                            One of their attorneys

24 Paula K. Jacobi, Esq.
   Shelly A. DeRousse, Esq.
25 Sugar, Friedberg & Felsenthal
   30 North LaSalle Street, Suite 3000
26 Chicago, Illinois 60602
   Telephone: (312) 704-9400
27 Fax:       (312) 372-7951

PROOF OF SERVICE OF MOTION FOR
ENTRY OF AGREED ORDER OF
DISBURSEMENT AND AGREED ORDER
OF DISMISSAL

1  Philip H. Dyson, Esq.
   Amy Morketter, Esq.
2  Philip H. Dyson Law Offices
3  8461 La Mesa Blvd
   La Mesa, CA 91941
4  Telephone: (619) 462-3311
   Facsimile: (619) 462-3382
5
   Lawrence A. Stein
6  Huck Bouma PC
   1755 South Naperville Road
7  Wheaton, Illinois 60187
8  Telephone (630) 221-1755
   Facsimile (630) 221-1756
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

PROOF OF SERVICE OF MOTION FOR
ENTRY OF AGREED ORDER OF
DISBURSEMENT AND AGREED ORDER
OF DISMISSAL