Frank M. Liberatore (SBN 119976)
Samantha N. Hoffman (SBN 212135)
JACKSON LEWIS LLP
5000 Birch Street, Suite 5000
Newport Beach, California 92660
Telephone: (949) 885-1360
Facsimile: (949) 885-1380
E-Mail: LiberatF@jacksonlewis.com
E-Mail: HoffmanS@jacksonlewis.com

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HAND,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL, FLOYD OLSON and BARBARA E. COFFMAN,<br><br>　　　　Defendants. | CASE NO.: 08CV0640-JAH (BLM)<br><br>**NOTICE OF MOTION AND MOTION FOR JUDGMENT IN INTERPLEADER BY LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**<br><br>Date:　　　October 6, 2008<br>Time:　　　2:30 p.m.<br>Courtroom: 11<br><br>ORAL ARGUMENT WAIVED |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

　　　　PLEASE TAKE NOTICE that on October 6, 2008, at 2:30 p.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable John A. Houston, Judge presiding, Defendant Liberty Life Assurance Company of Boston ("Defendant") will move and hereby does move the Court for its dismissal as a Party, for discharge of all liability to the other Parties herein, and for permanent injunctive relief.

　　　　Defendant met and conferred with the parties before filing this motion.

　　　　This motion will be based upon this notice of motion and motion, the memorandum of points and authorities filed in support hereof, the Court's file in this

1　　　　　　　　　　　　　　　　　　CASE NO.: 08CV0640-JAH (BLM)

1 | matter, together with such further memoranda, evidence and oral argument as may be
2 | presented in support of this motion.

4 | Dated: July 21, 2008

Respectfully submitted,

JACKSON LEWIS LLP

By: _____
Frank M. Liberatore
Samantha N. Hoffman

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON

# PROOF OF SERVICE

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

CASE NAME:   *HAND v. LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, FLOYD OLSON and BARBARA COFFMAN*

CASE NUMBER: 08CV0640-JAH (BLM)

I am employed in the County of ORANGE, State of California. I am over the age of 18 and not a party to the within action; my business address is: 5000 Birch Street, Suite 5000, Newport Beach, California 92660

On July 21, 2008, I served the foregoing document described as:

**NOTICE OF MOTION AND MOTION FOR JUDGMENT IN INTERPLEADER BY LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

in this action by placing a true copy thereof in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

[XX] **BY MAIL**

[XX] I deposited such envelope in the mail at Newport Beach, California. The envelope was mailed with postage thereon fully prepaid.

[XX] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Newport Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]   **FEDERAL**   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on _____ at Newport Beach, California.


_____
Deborah West

---

3                                      CASE NO.: **08CV0640-JAH (BLM)**

SERVICE LIST

Paula K. Jacobi
Sugar, Friedberg & Felsenthal LLP
30 North LaSalle Street, Suite 3000
Chicago, IL  60602

Edward Sedlacek
Mark S. Bishop
Lawrence A. Stein
Huck, Bouma, Martin, Jones & Bradshaw, P.C.
1755 South Napersville Road, Suite 200
Wheaton, IL  60187-8132

Mr. James D. Potter
James Potter LTD
200 Applebee, Suite 201
Barrington, IL 60010-3060