# EXHIBIT "A"

# EXHIBIT "A-1"

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## (CHICAGO)

|  |  |
|---|---|
| MICHAEL HAND,<br><br>       PLAINTIFF,<br><br>  v.<br><br>LIBERTY MUTUAL,<br><br>       DEFENDANT. | ) C.A. No. 1:07-cv-01422<br>)<br>) **AFFIDAVIT OF**<br>) **FRANCINE AUBIN**<br>) **IN SUPPORT OF DEFENDANT'S**<br>) **MOTION FOR JOINDER AND**<br>) **INTERPLEADER OF NECESSARY**<br>) **PARTIES, AND TO DEPOSIT**<br>) **FUNDS WITH THE COURT**<br>) |

STATE OF NEW HAMPSIRE   )
                         )
COUNTY OF STRAFFORD   )

      BEFORE ME, the undersigned authority, personally appeared Francine Aubin, who was duly sworn and says:

      1.    I am over the age of eighteen and am a resident of Madbury, New Hampshire. I am fully competent to testify as to the matters set forth in this affidavit, which are true and correct based upon my own personal knowledge.

      2.    I am currently employed as the Group Life Claims Manager for Liberty Life Assurance Company of Boston ("Liberty Life").

      3.    As part of my duties as Group Life Claims Manager, I am responsible for maintaining records of claims pursuant to Liberty Life's life insurance policies.

      4.    In addition, as part of my duties as Group Life Claims Manager, I am familiar with the life insurance policies issued by Liberty Life and maintain copies of the policy documents in my possession and control.

5.     On or about January 1, 1997, Liberty Life issued Group Policy No. SA3-800-000001-01 ("Policy") to Liberty Mutual. The Policy provides certain group life insurance benefits to employees of Liberty Mutual and associated companies. As such, the Policy is part of the Liberty Mutual group life insurance plan ("Plan") for its employees.

6.     The document attached as Exhibit A is a true and accurate copy of the policy which controls the claims for benefits payable because of the death of Cassie E. Barrett ("Decedent"), including the claim of Michael Hand, currently Plaintiff in the instant matter. Decedent was a participant in the Plan by virtue of her employment by Liberty Mutual and, thus, was covered by the Policy.

7.     Under the terms of the Policy, Decedent had $71,000.00 in basic life benefits.  Thus, the death benefit payable by reason of Decedent's death is $71,000.00, plus accrued interest ("Proceeds").

8.     According to information provided by Decedent's employer to Liberty Life, Michael Hand ("Hand"), who was Decedent's husband, was the sole designated beneficiary for the Proceeds as of the date of Decedent's death (October 21, 2006).

9.     Hand submitted a claim for the Proceeds to Liberty Life on or about January 17, 2007, which Liberty Life approved. At that time, Liberty Life had no notice of potential adverse claims by other parties.

10.     On or about January 22, 2007, Liberty Life mailed a check to Hand for the full amount of the Proceeds, plus accrued interest.

11.     On or about January 25, 2007, Liberty Life received correspondence from Floyd T. Olson ("Olson") asserting that Barbara E. Coffman ("Coffman") was solely entitled to

- 2 -

Exhibit A-1 Page 16

the Proceeds. Olson stated that he was Decedent's grandfather and that Coffman was Decedent's mother. He contended Decedent had given him power of attorney over her affairs and instructed him to change the beneficiary designation from Hand to Coffman. Olson's correspondence indicates he and Coffman reside in the State of California.

12.    Upon receipt of Olson's correspondence, Liberty Life issued a stop-payment order to its bank on the check mailed to Hand.

13.    On or about January 29, 2007, Liberty Life issued correspondence to Hand and to Olson, advising that it had received adverse claims for the Proceeds, and that it would file an interpleader action unless the claimants resolved their adverse claims between themselves within 30 days.

14.    On January 30, 2007, Hand contacted Liberty Life by telephone and advised he did not intend to settle with Olson and Coffman.

15.    On or about February 7, 2007, Liberty Life received correspondence from James Potter, Esq. ("Potter"), advising that he represented Hand regarding Hand's claim to the Proceeds. Potter enclosed a purported notice of a lien upon the Proceeds by assignment from Hand. Potter's state of residence is unknown, but his correspondence indicates his offices are in the State of Illinois.

16.    On or about March 2, 2007, Liberty Life assigned the adverse claims to outside counsel for initiation of an interpleader action against all of the adverse claimants in order to obtain a determination of the proper party to receive the Proceeds payable because of Decedent's death. Liberty Life claims no beneficial interest in the Proceeds.

17.    On March 5, 2007, Liberty Life was served with a copy of the Summons

- 3 -

and Complaint for Hand's declaratory judgment action, which Hand had filed on or about

February 20, 2007 in the Circuit Court of the Eighteenth Judicial Circuit of the State of Illinois,

DuPage County. Liberty Life had no prior notice of the state action.


FURTHER AFFIANT SAYETH NOT.

*Francine C Aubin*

Francine Aubin

Sworn to and subscribed before me
this _12_ day of April, 2007

*Jodi F. Collins*

Notary Public
My Commission Expires: _12/15/09_


- 4 -

# EXHIBIT "A-2"

RIDER

to be attached to and made a part of
Group Policy No. SA3-800-000001-01
issued by
**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**
(Liberty)

to

**LIBERTY MUTUAL**
(Sponsor)

Effective date of this Rider: January 1, 1998

### ACCELERATED BENEFIT RIDER

NOTE: The receipt of an Accelerated Benefit may be taxable. A covered employee should consult his or her tax consultant or legal advisor before applying for an Accelerated Benefit.

Accelerated Death Benefit

If, while insured under this policy, a covered employee gives Liberty satisfactory proof of having a terminal condition, such person may receive, a portion of his or her life insurance as an Accelerated Benefit. Such insurance will be paid to the covered employee in one lump sum.

The term, "terminal condition" means a condition:

    (a)    expected to result in the covered person's death within 12 months; and
    (b)    from which there is no reasonable prospect of recovery.

The amount of Accelerated Benefit payable under this Rider is limited to the lesser of the following:

    (a)    the Accelerated Benefit amount requested; and
    (b)    50% of the covered employee's life insurance that is in force on the date such person applies for an Accelerated Benefit; or
    (c)    $250,000.

If the amount of a covered employee's life insurance under this policy is scheduled to reduce within 12 months following the date such person applies for the Accelerated Benefit, the benefit payable under this Rider will be based on the reduced amount.

Application for an Accelerated Benefit

A covered employee must apply for an Accelerated Benefit. To apply, such person must give Liberty:

    (a)    certification, from a licensed physician who is working within the scope of his license, and is not a member of the covered employee's family, that he or she has a terminal condition, as defined by this rider;
    (b)    supporting evidence satisfactory to Liberty, documenting the terminal condition;
    (c)    a completed claims form.

SA3-800-000001-01
Effective January 1, 1998

Exhibit A-2 Page 20

During the pendency of a claim, Liberty may, at its own expense, have a physician examine the covered person.

If the covered employee has assigned all or a portion of the life insurance under this policy or named an irrevocable beneficiary, the covered employee must also give Liberty a signed written consent form from the assignee or irrevocable beneficiary.

The Accelerated Benefit will be payable upon receipt of:

    (a)   satisfactory evidence of a terminal condition, as described above; and

    (b)   signed written consent from an assignee or irrevocable beneficiary, if required.

## Effect on Insurance

The amount of a covered employee's life insurance will be reduced by the amount paid as an Accelerated Benefit. Premiums, if any, for the remaining portion of a covered employee's life insurance will be based on the amount of the remaining life insurance in effect after payment of the Accelerated Benefit. Receipt of an Accelerated Benefit does not affect any Accidental Death or Dismemberment insurance benefit in force on a covered employee's life.

## Exceptions

No Accelerated Benefit will be paid if:

    (a)   the covered employee is required by a court of law to exercise this option to satisfy a claim of creditors, whether in bankruptcy or otherwise;

    (b)   the covered employee is required by a governmental agency to exercise this option in order to apply for, receive, or continue a government benefit or entitlement;

    (c)   all or a part of a covered employee's insurance must be paid to such person's children or spouse or former spouse as part of a divorce decree, separate maintenance agreement or property settlement agreement;

    (d)   the covered employee is married and lives in a community property state, unless such person's spouse has given Liberty signed written consent; or

    (e)   the covered employee has previously received an Accelerated Benefit under this policy or any other group policy held by the Sponsor.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

*Jean Scan*

## POLICY REISSUE AGREEMENT

**SPONSOR:**                    **LIBERTY MUTUAL**

**POLICY NUMBER:** SA3-800-000001-01

**EFFECTIVE DATE:** January 1, 1997

As of the above effective date, Liberty Life Assurance Company of Boston has issued a new Group Policy to the Sponsor.  The new policy replaces a policy bearing the number 0-000001.

The new policy is a continuation of some of the coverages under the replaced policy.  Nothing in the new policy will negate or change any action taken or rights incurred before the effective date of the new policy.

The provision of the new policy titled "Delayed Effective Date" will not apply to an employee and/or dependent who was covered under the replaced policy on the effective date of the new policy.  However, if a covered active employee is not at work on the effective date of the new policy, any increase in or addition to benefits in such policy will not take effect until he returns to active work.  If a covered retired employee or covered dependent is confined in a hospital, skilled nursing facility or rehabilitation facility on the effective date of the new policy, any increase or addition to benefits in such policy will not take effect until the confinement ends.

Benefits payable for claims arising prior to the effective date of the new policy will be paid in accordance with the terms of the replaced policy.  Benefits payable for any claim arising on or after the effective date of the new policy will be paid in accordance with the terms of the new policy.

The Sponsor hereby accepts the new policy.

Liberty Life Assurance Company of Boston

Accepted by the Sponsor on:                    _____,1997
                                               Liberty Mutual

By:                                            _____
                                               (Signature)

                                               _____
                                               (Title)

Exhibit A-2 Page 22

## GROUP INSURANCE POLICY

| | |
|---|---|
| POLICY NUMBER: | SA3-800-000001-01 |
| SPONSOR: | LIBERTY MUTUAL |
| ADDRESS: | 175 Berkley Street<br>Boston, MA  02117 |
| EFFECTIVE DATE: | January 1, 1997 |

**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON** (Liberty) will pay any benefits due in accordance with the terms of this policy.  Liberty has issued this policy in consideration of the application and the payment of premium.

This policy is effective at 12:01 A.M. Standard Time at the Sponsor's address on the effective date.  It will stay in force until terminated.

This policy is subject to the laws of the jurisdiction of the Sponsor's address.

Signed At Liberty's Home Office, 175 Berkeley Street, Boston, Massachusetts  02117.

Form OP3

TABLE OF CONTENTS

SECTION 1                          SCHEDULE OF BENEFITS

SECTION 2                          DEFINITIONS

SECTION 3                          ELIGIBILITY, EFFECTIVE DATE
                                   AND TERMINATION PROVISIONS

SECTION 4                          GENERAL PROVISIONS

SECTION 5                          INSURANCE BENEFITS

SECTION 6                          PREMIUMS AND COPY OF
                                   APPLICATION

Form OP3-TOC-0001

## SECTION 1 - SCHEDULE OF BENEFITS

The following schedule will be used to determine the amounts of coverage for each covered person.

<u>Classification of Covered Employees</u>

| | |
|---|---|
| Class 1 | All Active, Full-Time, Part-Time and Temporary Employees. |
| Class 2 | All Retirees who retired prior to 1/1/93. |
| Class 3 | All Other Retirees with 10 or more years of service. |
| Class 4 | All Employees of CUMIS General Insurance Company. |
| Class 5 | All Liberty Northwest Retirees who retired prior to 1/1/06. |

<u>Employee Life Insurance</u>

An Employee may elect one of the seven Life Insurance Plans. The plan elected is on file with the sponsor and may only be changed once per year during the Annual Enrollment Period or when an employee experiences a Qualified Family Status Change.

Note:   The Life Insurance Benefit will be based on the highest attained salary during employment.

Class                                                                 Amount of Insurance

Class 1                                                                <u>OPTION 1</u>

$ 5,000

<u>OPTION 2</u>

An amount equal to 1 times the covered employee's annual earnings. If not a multiple of $1,000, this amount will be rounded to the nearest multiple of $1,000. *

<u>OPTION 3</u>

An amount equal to 2 times the covered employee's annual earnings. If not a multiple of $1,000, this amount will be rounded to the nearest multiple of $1,000. *

<u>OPTION 4</u>

An amount equal to 3 times the covered employee's annual earnings. If not a multiple of $1,000, this amount will be rounded to the nearest multiple of $1,000. *

<u>OPTION 5</u>

An amount equal to 4 times the covered employee's annual earnings. If not a multiple of $1,000, this amount will be rounded to the nearest multiple of $1,000. *

SECTION 1 - SCHEDULE OF BENEFITS (continued)

**Employee Life Insurance** (continued)

| Class | Amount of Insurance |
|---|---|
| Class 1 (continued) | OPTION 6 |

An amount equal to 5 times the covered employee's annual earnings. If not a multiple of $1,000, this amount will be rounded to the nearest multiple of $1,000. *

OPTION 7

An amount equal to 6 times the covered employee's annual earnings. If not a multiple of $1,000, this amount will be rounded to the nearest multiple of $1,000. *

\* Any amount of Life Insurance above the current benefit level is subject to proof of insurability to be furnished at the covered employee's expense. Subject to the provisions of this policy titled "Effective Date of Personal Coverage", such excess amount will take effect on the first of the month following the date Liberty accepts such proof as satisfactory.

**Accidental Death and Dismemberment Insurance**

An Employee may elect one of the five Accidental Death and Dismemberment Insurance Plans. The plan elected is on file with the sponsor and may only be changed once per year during the Annual Enrollment Period or when an employee experiences a Qualified Family Status Change.

| Class | Full Amount |
|---|---|
| Class 1 | OPTION 1 |

$  5,000

OPTION 2

An amount equal to 1 times the covered employee's annual earnings. If not a multiple of $1,000, this amount will be rounded to the nearest multiple of $1,000. *

OPTION 3

An amount equal to 2 times the covered employee's annual earnings. If not a multiple of $1,000, this amount will be rounded to the nearest multiple of $1,000. *

OPTION 4

An amount equal to 3 times the covered employee's annual earnings. If not a multiple of $1,000, this amount will be rounded to the nearest multiple of $1,000. *

Form OP3-SCH-0002

SA3-800-000001-01 R (8)
Effective January 1, 2001

SECTION 1 - SCHEDULE OF BENEFITS (continued)

<u>Accidental Death and Dismemberment Insurance</u> (continued)

| Class | Full Amount |
|---|---|
| Class 1 (continued) | OPTION 5 |

An amount equal to 4 times the covered employee's annual earnings. If not a multiple of $1,000, this amount will be rounded to the nearest multiple of $1,000. *

\* If a covered employee becomes covered for an amount of Life Insurance in excess of one level above the current benefit level in accordance with the above proof of insurability provision, he will become covered for an equal amount of Accidental Death and Dismemberment Insurance. He will become covered for this equal amount on the date his additional Life Insurance amount becomes effective.

| Class | Voluntary Amount |
|---|---|
| Class 4 | |

An amount elected by the covered employee in increments of $10,000. If amount is over $250,000, it may not exceed 10 times salary. This amount may not exceed a maximum of $500,000 and a minimum of $10,000.

<u>Retiree Life Insurance</u>

| Class | Amount of Insurance |
|---|---|
| Class 2 | Amount on file with the Sponsor. |
| Class 3 and 5 | OPTION 1 |

$ 5,000

OPTION 2

An amount equal to 1, 2, 3, 4, or 5 times the covered employee's annual earnings just prior to retirement. If not a multiple of $1,000, this amount will be rounded to the nearest multiple of $1,000. The maximum amount may not exceed $250,000.

<u>Annual Enrollment Period - Applicable to Employee Coverage</u> (Applicable to Class 1)

This policy has an Annual Enrollment Period each year during the month of October. An eligible employee who has previously not enrolled for coverage may elect to be covered during this period and will have to submit proof of insurability. An eligible employee who has previously enrolled for coverage may elect to increase coverage and will have to submit proof of insurability. Proof of insurability will continue to be required for employees who enroll outside of the Annual Enrollment Period or more than thirty one days following their eligibility date, as provided in Section 3 - "Eligibility, Effective Date and Terminations Section - Effective Date of Personal Coverage".

### SECTION 1 - SCHEDULE OF BENEFITS (continued)

Annual Enrollment Period - Applicable to Employee Coverage (Applicable to Class 4)

This policy has an Annual Enrollment Period each year during the month of October. An eligible employee who has previously not enrolled for coverage may elect to be covered during this period and will have to submit proof of insurability. An eligible employee who has previously enrolled for coverage may elect to increase coverage and will have to submit proof of insurability. Proof of insurability will continue to be required for employees who enroll outside of the Annual Enrollment Period or more than thirty one days following their eligibility date, as provided in Section 3 - "Eligibility, Effective Date and Terminations Section - Effective Date of Personal Coverage".

**Reduction Formula (Applicable to Retirees Only)**

The amount of Life Insurance applicable to the covered employee's class of benefits will reduce at age 71 or older as follows:

ages 71 - 74:    to 50%
ages 75 & up:    to 60%

**Applicable to Class 5**

Note:    Retirees who retire prior to age 65, the Sponsor paid portion of retirement coverage reduces by 15% per year for five consecutive years beginning on January 1st following the first anniversary of the retirement date.

**Applicable to All Other Classes**

Note:    Retirees who retire prior to age 65, the Sponsor paid portion of retirement coverage reduces by 15% per year for five consecutive years beginning on the first anniversary of the retirement date.

**Reduction Formula (Applicable to employees hired in 1992)**

The amount of Life Insurance will reduce for covered, active, full-time employees age 65 or older as follows:

| OPTION 3 | | OPTION 4 | |
|---|---|---|---|
| AGES 65 TO 69  - | 100% OF 1 X PAY<br>+ 65% OF 1 X PAY | AGES 65 TO 69  - | 100% OF 1 X PAY<br>+ 65% OF 2 X PAY |
| AGES 70 TO 74  - | 100 % OF 1 X PAY<br>+ 43% OF 1 X PAY | AGES 70 TO 74  - | 100 % OF 1 X PAY<br>+ 43% OF 2 X PAY |
| AGES 75 TO 79  - | 100 % OF 1 X PAY<br>+ 32% OF 1 X PAY | AGES 75 TO 79  - | 100 % OF 1 X PAY<br>+ 32% OF 2 X PAY |
| AGES 80 & UP   - | 100 % OF 1 X PAY<br>+ 19% OF 1 X PAY | AGES 80 & UP   - | 100 % OF 1 X PAY<br>+ 19% OF 2 X PAY |

SECTION 1 - SCHEDULE OF BENEFITS (continued)

Reduction Formula (Applicable to employees hired in 1992) (continued)

OPTION 5                                    OPTION 6

AGES 65 TO 69  -    100% OF 1 X PAY         AGES 65 TO 69  -   100% OF 1 X PAY
                   + 65% OF 3 X PAY                           + 65% OF 4 X PAY

AGES 70 TO 74  -    100 % OF 1 X PAY        AGES 70 TO 74  -   100 % OF 1 X PAY
                   + 43% OF 3 X PAY                           + 43% OF 4 X PAY

AGES 75 TO 79  -    100 % OF 1 X PAY        AGES 75 TO 79  -   100 % OF 1 X PAY
                   + 32% OF 3 X PAY                           + 32% OF 4 X PAY

AGES 80 & UP  -    100 % OF 1 X PAY         AGES 80 & UP  -    100 % OF 1 X PAY
                   + 19% OF 3 X PAY                           + 19% OF 4 X PAY

The reduced amount of Life Insurance will be rounded to the nearest $1,000.

Dependent Life Insurance (Applicable to Class 1)

An Employee may elect one of the four Spouse Life Insurance Plans. The plan elected is on file with the sponsor and may only be changed once per year during the Annual Enrollment Period or when an employee experiences a Qualified Family Status Change.

Classification of Covered Dependents                    Amount of Insurance

|  | OPTION 1 | OPTION 2 | OPTION 3 | OPTION 4 |
|---|---|---|---|---|
| Spouse | $  5,000 | $ 25,000 | $ 75,000 | $ 100,000 |

Dependent Life Insurance (Applicable to Class 1)

An Employee may elect one of the three Dependent Child Life Insurance Plans. The plan elected is on file with the sponsor and may only be changed once per year during the Annual Enrollment Period or when an employee experiences a Qualified Family Status Change.

Classification of Covered Dependents                    Amount of Insurance

|  | OPTION 1 | OPTION 2 | OPTION 3 |
|---|---|---|---|
| Children - Age at Death |  |  |  |
| Under 8 days | $      0 | $      0 | $      0 |
| At least 8 days but under 19 years (25 if a full-time student) | $  2,000 | $  5,000 | $ 10,000 |

Form OP3-SCH-0005

SA3-800-000001-01 R (10)
Effective January 1, 2003

Exhibit A-2 Page 29

## SECTION 1 - SCHEDULE OF BENEFITS (continued)

**Dependent Accidental Death and Dismemberment Insurance** (Applicable to Class 4)

| Classification of Covered Dependents | Amount of Insurance |
|---|---|
| Spouse only | 60% of the covered employee's amount of Voluntary Accidental Death and Dismemberment Insurance. |
| Child(ren) only | The lessor of (a) $50,000 or (b) 20% of the covered employee's amount of Voluntary Accidental Death and Dismemberment Insurance. |
| Spouse and Child(ren) | |
| Spouse | 50% of the covered employee's amount of Voluntary Accidental Death and Dismemberment Insurance. |
| Child(ren) | The lessor of (a) $50,000 or (b) 10% of the covered employee's amount of Voluntary Accidental Death and Dismemberment Insurance. |

**Annual Enrollment Period - Applicable to Dependent Coverage**

This policy has an Annual Enrollment Period each year during the month of October. An eligible employee who has previously not enrolled for dependent coverage may elect to cover his dependents during this period and will have to submit proof of his dependent spouse's insurability if electing dependent spouse Life Insurance of $75,000 or greater . An eligible employee who has previously enrolled for dependent coverage may elect to increase dependent coverage and will have to submit proof of his dependent's insurability if electing dependent spouse Life Insurance of $75,000 or greater. Proof of insurability will continue to be required for employees who enroll their dependents outside of the Annual Enrollment Period or more than thirty one days following their dependents' eligibility date, as provided in Section 3 - "Eligibility, Effective Date and Terminations Provisions - Effective Date of Dependent Coverage".

**Employee Contributions Required:**

Applicable to All Active, Full-Time and Temporary Employees, except CUMIS General Insurance Company Employees:

| | | |
|---|---|---|
| Life Insurance: | Option 1: | No |
| | Option 2: | No |
| | All Other Options: | Yes |
| Accidental Death and Dismemberment Insurance: | | Yes |
| Dependent Life Insurance: | | Yes |

Applicable to All Active, Part-Time Employees, except CUMIS General Insurance Company Employees:

| | | |
|---|---|---|
| Life Insurance: | Option 1: | No |
| | All Other Options: | Yes |
| Accidental Death and Dismemberment Insurance: | | Yes |
| Dependent Life Insurance: | | Yes |

## SECTION 1 - SCHEDULE OF BENEFITS (continued)

**Employee Contributions Required: (continued)**

Applicable to All CUMIS General Insurance Company Employees:

| | |
|---|---|
| Voluntary Accidental Death and Dismemberment Insurance: | Yes |
| Voluntary Dependent Accidental Death and Dismemberment Insurance: | Yes |

**Increases and Decreases in Amounts of Coverage**

Any increase in or addition to the benefits will take effect on the date of the change.

Any such change applies only to loss of life or accidental injury that occurs on or after the effective date of the change.

If an active employee is not at work on the date the increase or addition is to take effect, it will take effect when he returns to active work. If a covered dependent is confined in a hospital, skilled nursing facility or rehabilitation facility on the date the increase or addition is to take effect, it will take effect when the confinement ends. If a retired employee is confined in a hospital, skilled nursing facility or rehabilitation facility on the date the increase or addition is to take effect, it will take effect when the confinement ends.

Any decrease in or deletion of benefits will take effect on the date of the change.

Any such change applies to loss of life or accidental injury that occurs on or after the effective date of the change.

## SECTION 2 - DEFINITIONS

A masculine personal pronoun includes the feminine where the context requires.

**"Employee"** means an employee of the Sponsor who is eligible for coverage.

**"Active employee"** means an employee of the Sponsor who works: (a) regularly throughout the Sponsor's entire work week; and (b) at least 37.5 hours per week or for part-time employees at least 20 hours per week. The employee may work at any of the Sponsor's business locations. He may also work at any other location where the Sponsor's business requires him to travel. His main source of earned income must be his earnings received from the Sponsor.

**"Retired employee"** means one who is so classified by the Sponsor.

**"Covered employee"** means an active employee or a retired employee whose coverage is in effect. It does not include an employee whose coverage has ended.

**"Personal coverage"** means coverage of a covered employee with respect to himself.

**"Dependent"** means: (a) an employee's spouse; and (b) an employee's unmarried child (including any stepchild or legally adopted child from the date of the filing of a petition to adopt the child) under age 19. If an unmarried child age 19 or over is a full-time student as defined by the school being attended, he is a dependent until he reaches age 25. "Dependent" does not include a person who is a member of the armed forces.

**"Eligible dependent"** means a dependent of an employee who is eligible for coverage.

**"Covered dependent"** means a dependent whose coverage is in effect. It does not include a dependent whose coverage has ended.

**"Dependent coverage"** means coverage of a covered employee with respect to his dependents.

**"Covered person"** means a covered employee or a covered dependent.

**"Accidental injury"**, or **"injury"** means bodily injury not caused by sickness. This includes related conditions and recurrent symptoms of such injury.

**"Sickness"** means disease or illness including related conditions and recurrent symptoms of the sickness. Sickness also includes pregnancy.

Applicable to Part-Time Employees **"Earnings"** means annual rate of salary which shall equal the hourly rate of pay times 20 hours times 52 weeks. It does not include overtime or any other form of additional compensation. *

Applicable to All Other Employees **"Earnings"** means annual rate of salary and bonuses within the last 12 months. It does not include overtime or any other form of additional compensation. *

\* Earnings shall be the rate that is in effect on the date of hire or the prior August 31st, whichever is most recent.

SECTION 2 – DEFINITIONS (continued)

"Total disability" or "totally disabled", with respect to an active employee, means the complete inability to work at any job because of accidental injury or sickness.

"Total disability" or "totally disabled", with respect to a covered dependent and retired employee, means the complete inability to do the normal activities of a person of the same age and sex in good health.

Form OP3-DEF-0001.04 (cont.)

SA3-800-000001-01
Effective January 1, 1997

Exhibit A-2 Page 33

## SECTION 3 - ELIGIBILITY, EFFECTIVE DATE AND TERMINATION PROVISIONS

### ELIGIBILITY

**Personal Coverage**

The following classes will be eligible for coverage:

> All Active Employees - Waiting Period = None.

If a person is an active employee of the Sponsor in an eligible class on the effective date of the policy, and he has completed the waiting period, he is eligible for coverage on that date.

If an active employee of the Sponsor in an eligible class has not completed the waiting period on the effective date of the policy, he will be eligible for coverage on the date he completes such waiting period.

If a person becomes an active employee of the Sponsor in an eligible class after the effective date of the policy, he will be eligible for coverage on the date he completes the waiting period.

If a person is a retired employee of the Sponsor on the effective date of the policy, he is eligible for Life Insurance on that date.

If an active employee of the Sponsor (as shown above) becomes a retired employee after the effective date of the policy, he will continue to be eligible for Life Insurance.

If a person's employment ends and he is rehired, he must complete any required waiting period unless he is rehired within 12 months.

**Dependent Coverage**

Each employee eligible for personal coverage is eligible for dependent coverage on the later of:

(a)   the date eligible for personal coverage if on that date he has dependents; or

(b)   the date he acquires a dependent if on that date he is eligible for personal coverage.

If both parents are eligible for personal coverage, only one is eligible for dependent coverage for their dependent children.

Form OP3-ELG-0001

Exhibit A-2 Page 34

## SECTION 3 - ELIGIBILITY, EFFECTIVE DATE AND TERMINATION PROVISIONS

### ASSOCIATED COMPANIES

Companies, corporations, firms or individuals that are subsidiary to or affiliated with the Sponsor and listed below will be called associated companies. Employees of associated companies will be employees of the Sponsor for purposes of this policy.

As they relate to this policy, all actions, agreements and notices between Liberty and the Sponsor will be binding on the associated companies.

If an associated company ceases to be an associated company for any reason, its employees will be deemed to have transferred to a class of employees not eligible for coverage under this policy.

Associated companies are:    As on file with the Sponsor

## SECTION 3 - ELIGIBILITY, EFFECTIVE DATE AND TERMINATION PROVISIONS

### EFFECTIVE DATE OF PERSONAL COVERAGE

**Applicable to Class 4:**

**Contributions Not Required**

If an employee does not have to pay for the cost of personal coverage, he becomes covered on the date he is eligible.

**Contributions Required**

If an employee must pay part of the cost of personal coverage, he must enroll for such coverage. To enroll, he must complete a payroll deduction authorization.

If he enrolls:

(a)   on or before the date he is eligible, his coverage takes effect on the date he becomes eligible; or

(b)   within 31 days after the date he becomes eligible, his coverage takes effect on the date he enrolls.

**Delayed Effective Date**

If an active employee is not at work on the last scheduled work day coincident with or preceding the date he is to become covered, he will become covered on the date he returns to active work. If a retired employee is confined in a hospital, skilled nursing facility or rehabilitation facility on the date he would otherwise become covered, he will become covered on the date the confinement ends.

Form OP3-ELG-0003

SA3-800-000001-01
Effective July 1, 1998

Exhibit A-2 Page 36

## SECTION 3 - ELIGIBILITY, EFFECTIVE DATE AND TERMINATION PROVISIONS

### EFFECTIVE DATE OF PERSONAL COVERAGE

**Applicable to All Other Classes:**

**Contributions Not Required**

If an employee does not have to pay for the cost of personal coverage, he becomes covered on the date he is eligible.

**Contributions Required**

If an employee must pay part of the cost of personal coverage, he must enroll for such coverage. To enroll, he must complete a payroll deduction authorization.

If he enrolls:

(a)     on or before the date he is eligible, his coverage takes effect on the date he becomes eligible;

(b)     within 31 days after the date he becomes eligible, his coverage takes effect on the date he enrolls;

(c)     after 31 days following the date he becomes eligible, he must submit proof of insurability. Such person's coverage will take effect on the first of the month following the date Liberty accepts such proof as satisfactory. Proof of insurability must be furnished at his own expense.

**Delayed Effective Date**

If an active employee is not at work on the last scheduled work day coincident with or preceding the date he is to become covered, he will become covered on the date he returns to active work. If a retired employee is confined in a hospital, skilled nursing facility or rehabilitation facility on the date he would otherwise become covered, he will become covered on the date the confinement ends.

Form OP3-ELG-0003

SA3-800-000001-01 R (1)
Effective July 1, 1998

Exhibit A-2 Page 37

SECTION 3 - ELIGIBILITY, EFFECTIVE DATE AND TERMINATION PROVISIONS

EFFECTIVE DATE OF DEPENDENT COVERAGE

**Applicable to Class 1:**

**Contributions Not Required**

If an employee does not have to pay for the cost of dependent coverage, he becomes covered with respect to his dependents on the date he becomes eligible for dependent coverage.

**Contributions Required**

If an employee must pay part of the cost of dependent coverage, he must enroll for such coverage. To enroll, he must complete a payroll deduction authorization.

If he enrolls:

(a)  on or before the date he is eligible for dependent coverage, he becomes covered with respect to them on such date;

(b)  within 31 days after the date he is eligible for dependent coverage, he becomes covered with respect to them on the date he enrolls them;

(c)  after 31 days following the date he is eligible for dependent coverage; he must submit proof of each dependent's insurability. He will become covered with respect to them on the first of the month following the date Liberty accepts such proof as satisfactory. Proof of insurability must be furnished at his own expense.

**Additional Dependents**

If, while covered for dependent coverage, an employee acquires another dependent, he will become covered for such dependent on the date he is eligible for coverage for the dependent.

**Delayed Effective Date**

If a dependent is confined in a hospital, skilled nursing facility or rehabilitation facility on the date he would otherwise become covered, he will become covered on the date the confinement ends. This does not apply to a newborn child.

An employee's dependent coverage will not take effect before the date his personal coverage takes effect.

Form OP3-ELG-0004

SA3-800-000001-01 R (1)
Effective July 1, 1998

## SECTION 3 - ELIGIBILITY, EFFECTIVE DATE AND TERMINATION PROVISIONS

### EFFECTIVE DATE OF DEPENDENT COVERAGE

**Applicable to Class 4:**

**Contributions Not Required**

If an employee does not have to pay for the cost of dependent coverage, he becomes covered with respect to his dependents on the date he becomes eligible for dependent coverage.

**Contributions Required**

If an employee must pay part of the cost of dependent coverage, he must enroll for such coverage. To enroll, he must complete a payroll deduction authorization.

If he enrolls:

(a)  on or before the date he is eligible for dependent coverage, he becomes covered with respect to them on such date; or

(b)  within 31 days after the date he is eligible for dependent coverage, he becomes covered with respect to them on the date he enrolls them.

**Additional Dependents**

If, while covered for dependent coverage, an employee acquires another dependent, he will become covered for such dependent on the date he is eligible for coverage for the dependent.

**Delayed Effective Date**

If a dependent is confined in a hospital, skilled nursing facility or rehabilitation facility on the date he would otherwise become covered, he will become covered on the date the confinement ends. This does not apply to a newborn child.

An employee's dependent coverage will not take effect before the date his personal coverage takes effect.

Form OP3-ELG-0004

SA3-800-000001-01
Effective July 1, 1998

Exhibit A.2 Page 39

## SECTION 3 - ELIGIBILITY, EFFECTIVE DATE AND TERMINATION PROVISIONS

### TERMINATIONS

The personal coverage of a covered employee will end on the date that any of the following events first occurs, subject to any applicable Conversion Privilege or Continuation of Coverage Provisions:

(a)  31 days following the date employment (status as an active employee) or eligibility ends for any reason except that Life Insurance will be continued for retired employees as defined;

(b)  the policy terminates; or

(c)  the end of the last period for which a covered employee makes a required contribution, if he has cancelled his payroll deduction authorization or otherwise failed to pay any required portion of the cost of personal coverage.

The employee's coverage of a covered dependent will end on the date that any of the following events first occurs:

(a)  status as a dependent ends;

(b)  dependent coverage is deleted from the policy;

(c)  the covered employee's personal coverage ends; or

(d)  the end of the last period for which a covered employee makes a required contribution, if he has cancelled his payroll deduction authorization or otherwise failed to pay any required portion of the cost of dependent coverage.

### CONTINUATION OF COVERAGE PROVISIONS

**Lay-off**

The Sponsor may continue a covered employee's Life Insurance coverage for a period of 12 weeks following the month in which the lay-off begins. In continuing such coverage under this section, the Sponsor agrees to treat all covered persons equally. Coverage may be continued for a longer period by mutual agreement between the Sponsor and Liberty.

**Leave of Absence – Applicable to Military Leave of Absence under the Uniformed Services Employment and Reemployment Rights Act (USERRA)**

The Sponsor may continue a covered employee's Life Insurance coverage for a period of 24 months following the month in which the leave of absence begins. In continuing such coverage under this section, the Sponsor agrees to treat all covered persons equally. Coverage may be continued for a longer period by mutual agreement between the Sponsor and Liberty.

**Lay-off or Leave of Absence – Applicable to All Other Leaves of Absences**

The Sponsor may continue a covered employee's Life Insurance coverage for a period of 12 weeks following the month in which the leave of absence begins, including FMLA. In continuing such coverage under this section, the Sponsor agrees to treat all covered persons equally. Coverage may be continued for a longer period by mutual agreement between the Sponsor and Liberty.

## SECTION 4 - GENERAL PROVISIONS

**Notice and Proof of Loss.** Written notice of a claim must be given to Liberty within 20 days after loss occurs. Notice must include information to identify the claimant.

When a notice of loss is received, forms will be sent to the claimant for filing proof of loss. If these forms are not furnished within 15 days, the claimant may satisfy the proof of loss requirement by giving Liberty a written statement of the nature and extent of the loss for which claim is made.

Due proof must be given within 90 days after the loss.

If it is not reasonably possible for the claimant to give proof in the time required, Liberty will not reduce or deny the claim for this reason if the proof is filed as soon as possible. But, unless delayed by the claimant's legal incapacity, the proof must be furnished within two years of the 90 day period specified above.

**Examination.** Liberty has the right to have the claimant examined (at Liberty's expense) as often as reasonably necessary while a claim is pending. It may also have an autopsy made unless prohibited by law.

**Actions at Law.** No legal action may be brought to recover under this policy until 60 days after due proof of loss has been given. No such action may be brought after 3 years from the time written proof of loss is required to be given. Legal actions are contingent upon having obtained reconsideration as described below.

**Reconsideration.** Liberty will notify any covered person whose claim is denied in whole or in part. That written notice will explain the reasons for denial. If the claimant does not agree with the reasons given, he or she may request a reconsideration of the claim. To do so, the claimant should write to Liberty within 60 days after the notice of denial was received. The claimant should state why he or she believes the claim was improperly denied. Any data, questions or comments that the claimant thinks are appropriate should be included. Unless Liberty requests additional material in a timely fashion, the claimant will be advised of Liberty's decision within 60 days after his or her letter is received.

**Time Limitation.** If the time limitations shown under: (a) notice and proof of loss; and (b) actions at law, are less than that allowed by law in the state where the covered person lives at the time claim is made, such limitations will be increased to comply with such state law.

**Payment of Benefits.** All benefits are payable when Liberty receives written proof of loss. Benefits for loss of life will be payable to the beneficiary. All other benefits will be payable to the covered person. However, unless the covered person directs otherwise in writing, Liberty has the option of paying all or part of such benefits directly to a person or institution on whose charges claim is based. A covered person may also authorize Liberty to pay benefits directly to a person or institution on whose charges claim is based. Any such payments will discharge Liberty to the extent of payment made. Unless allowed by law, payments may not be attached, nor be subject to a covered person's debts.

**Conformity with State Statutes.** Any provision of this policy which, on its effective date, conflicts with the laws of the state where this policy is delivered is changed to conform to such laws.

**Workers' Compensation.** This policy and the benefits provided are not in lieu of, nor will they affect any requirements for, coverage under any Workers' Compensation Law or other similar law.

Form OP3-GNP-0001/GNP-0002

SECTION 4 - GENERAL PROVISIONS (continued)

**Facility of Payment.** If a beneficiary or covered person is a minor or is physically or mentally incapable of giving a valid release for payment, Liberty, at its option, may make payment to a party who has assumed responsibility for the care of such person. Such payments will be made until claim is made by a guardian.

If a beneficiary or covered person dies while benefits remain unpaid, benefits will be paid, at Liberty's option, to:

(a)   a person or institution on whose charges claim is based;

(b)   the executor or administrator of the covered person's estate; or

(c)   a surviving relative (spouse, parent or child).

Such payment will release Liberty of all further liability to the extent of payment.

**Entire Contract Changes.** This policy, with the Sponsor's application and any individual applications, is the entire contract of insurance. No agent may change this policy or waive any of its provisions. No change in this policy will be effective unless signed by the president or a vice president of Liberty and by the Sponsor. Any statements in any application will be deemed representations and not warranties. No statement will be used as a defense to a claim unless it is in a written application.

**Incontestability.** This policy will not be contested, except for nonpayment of premium, after it has been in force for two years from the effective date. The coverage of any covered person will not be contested, except for nonpayment of premium, after it has been in force for two years during the person's lifetime. No statement by a covered person concerning his insurability will be used by Liberty to deny liability unless: (a) it is stated on a written application signed by him; and (b) a copy of such application is given to him or his beneficiary.

**Misstatement of Age.** If the age of any covered person has been misstated, the insurance payable will be the amount such person is entitled to under the Schedule of Benefits, at his true age. Liberty will adjust the premium so that Liberty pays the correct amount.

**Assignment.** The coverage under this policy is not assignable by the Sponsor without Liberty's written consent.

A covered employee may assign all of his present and future right, title, interest and incidents of ownership of (a) any life insurance; (b) any disability provision of life insurance; and (c) any accidental death and dismemberment insurance under this policy. Such assignment will include, but is not limited to, the rights (a) to make any contribution required to keep the coverage in force; (b) to exercise any conversion privilege; and (c) to change the beneficiary.

**Records.** The Sponsor will keep records of the covered employees under this policy. Such records will include the following: (a) covered employees by name, age and amount of coverage; (b) effective date of coverage and date coverage ends; (c) change of status; (d) name of beneficiary; and (e) other related data. Such data will be given to Liberty as needed or requested on Liberty forms. Liberty has the right to inspect the Sponsor's records at any reasonable time. Clerical errors will not deprive a person of coverage. But such errors will not continue coverage after the termination date described under Terminations.

Form OP3-GNP-0002/GNP-0007

### SECTION 4 - GENERAL PROVISIONS (continued)

**Interpretation of this Policy.** Liberty possesses the authority, in its sole discretion, to construe the terms of this policy and to determine benefit eligibility hereunder. Liberty's decisions regarding construction of the terms of this policy and benefit eligibility will be conclusive and binding.

**Canadian Exposure.** With respect to a covered person who lives in Canada: (1) premium and benefit amounts will be deemed to be expressed in Canadian currency; (2) policy provisions concerning the rights of covered persons are subject to applicable provincial statutes; and (3) with respect to benefits, an action under this policy may be brought in any court in the province where the covered person lives.

**Certificate.** Liberty will issue to the Sponsor, for delivery to each covered employee, a certificate describing the coverage under this policy. The certificate will include information about any conversion privilege and the beneficiary. The certificate will not change any provision under this policy.

**Discontinuance of this Policy.** Liberty may discontinue this policy or any coverage afforded hereunder on a premium due date if on any date:

(a)    the number of covered employees is less than 10; or

(b)    the percentage of covered employees in any class of eligible employees is less than 75%.

Liberty will send written notice of such discontinuance to the Sponsor at least 31 days before it's effective.

Liberty may discontinue this policy or any coverage afforded hereunder and for any class of covered employees on a premium due date after it has been in force for a year. Liberty will send written notice of discontinuance to the Sponsor at least 31 days before it is effective.

The Sponsor may discontinue this policy on a premium due date by giving written notice to Liberty before that date. If the Sponsor fails to pay the premiums within the Grace Period, it will be deemed notice by the Sponsor to Liberty to discontinue this policy at the end of the Grace Period.

Discontinuance of the policy will not affect any claim made before the date discontinued.

Form OP3-GNP-0007/GNP-0008

## SECTION 5 - INSURANCE BENEFITS

### EMPLOYEE LIFE INSURANCE

**Benefits**

Liberty, upon receipt of due proof of death of any covered employee, agrees to pay the proceeds of the life insurance in force on the life of such covered employee under this policy. The benefit payable is shown in the Schedule of Benefits.

**Beneficiary**

Each covered employee must name a beneficiary to whom the life insurance benefits are payable. If, at the death of a covered employee, there is no named or surviving beneficiary, the benefits will be paid, at Liberty's option, to a surviving relative (spouse, parent or child) or to the covered employee's estate. If more than one beneficiary is named and if their interests are not specified, they will share equally.

A covered employee may change his beneficiary at any time by written request. Liberty will provide a form for that purpose. Any change of beneficiary will take effect when Liberty receives the written request. Such change will relate back to the date of the request. Any change of beneficiary will not apply to any payment made before the request was received by Liberty.

If a beneficiary is a minor or is physically or mentally incapable of giving a valid release for payment, Liberty, at its option, may make payment to a party who has assumed responsibility for the care of such person.

**Optional Methods of Settlement**

Benefits are usually payable in one sum. However, the covered employee may elect in writing to have the proceeds paid in installments. If the covered employee makes no such election, his beneficiary may do so at the covered employee's death.

The amount of each monthly installment will be that usually offered by Liberty.

Any installments remaining after the death of the payee will be paid as directed in the election of this option. Such direction is subject to the approval of Liberty.

SECTION 5 - INSURANCE BENEFITS

EMPLOYEE LIFE INSURANCE (continued)

**Conversion Privilege**

**Conversion Privilege at Individual Termination**

If all or part of a covered employee's coverage ends, the covered employee may convert the amount that ends to an individual life insurance policy. The coverage must end because the covered employee is no longer in an eligible class or leaves his job. Conversion is subject to the following conditions.

Within 31 days after coverage ends, the covered employee must:

(a)   make written application; and

(b)   pay the first premium payment.

The individual policy will be issued without proof of good health. It will contain life insurance benefits only. It will not include term insurance. The policy will be one then being offered by Liberty. The premium due will be the current rate of Liberty that applies to the covered employee's:

(a)   class of risk; and

(b)   age at the birthday nearest to the effective date of the individual policy.

Form OP3-LIF-0003

SA3-800-000001-01 R (1)
Effective January 1, 2003

Exhibit A-2 Page 45

SECTION 5 - INSURANCE BENEFITS

EMPLOYEE LIFE INSURANCE (continued)

Conversion Privilege (continued)

Conversion Privilege at Class or Policy Termination

If coverage ends for all employees or for a covered employee's class, the covered employee is entitled to a limited conversion privilege. The covered employee must have been covered for at least 5 years. The covered employee must apply for the individual policy in the same manner as described above. The amount the covered employee may convert is limited to the lesser of:

(a)    the amount the covered employee was covered for on the date the group coverage terminated less any group insurance he becomes eligible for within 31 days; or

(b)    $2,000.

The individual policy will be effective 31 days after the covered employee's group coverage ends.

Death Within the 31 Days Allowed for Conversion

If a covered employee dies within the 31 days allowed for conversion, Liberty will pay to his beneficiary the amount he was eligible to convert. Such insurance will be paid as a claim under this policy. Any premiums paid for a converted policy will be refunded.

Form OP3-LIF-0003

## SECTION 5- INSURANCE BENEFITS

### EMPLOYEE LIFE INSURANCE (continued)

**Continuation of Coverage During Total Disability (Not Applicable to Retired Employees)**

If a Covered Employee becomes Totally Disabled while insured under this policy he may be eligible for continued Life Insurance coverage subject to premium payment. In continuing such coverage under this provision, the Sponsor agrees to treat all Covered Persons equally.

The Life Insurance benefit continued will be the amount in force on the Covered Employee's life under this policy on the date the Covered Employee is no longer in Active Employment due to Total Disability, subject to any reductions provided by any part of the policy.

Accidental Death and Dismemberment and Dependent coverage will be continued during the Covered Employee's period of Total Disability.

The amount of continued coverage for Accidental Death and Dismemberment and Covered Dependents will be the amount in force at the beginning of the Covered Employee's Total Disability.

The amount continued will not include any part of the Covered Employee's Life Insurance that he converted to an individual policy unless the employee was Totally Disabled when he applied to convert; and he returns the conversion policy to Liberty without claim other than for a refund of the premiums he paid for it.

A Covered Employee's continued Life Insurance coverage under this provision will end on the earliest of the date when:

1. the Sponsor determines the Covered Employee ceases to be Totally Disabled;
2. he returns to Active Employment; or
3. he reaches age 65; or
4. the date he begins receiving a benefit from a retirement or pension plan; or
5. the date the Sponsor classifies him as retired; or
6. the policy terminates; or
7. premium payments stop.

If continued Life Insurance coverage ends under this provision, the Covered Employee may convert his Life Insurance benefit as provided in the Conversion Privilege. Dependent coverage may be converted as allowed within this policy.

With respect to this provision, "Total Disability" or "Totally Disabled" means that the Covered Employee, as a result of Injury or Sickness, is receiving benefits under the Sponsor's Long Term Disability Plan.

## SECTION 5 - INSURANCE BENEFITS

## ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE

**Applicable to Class 1:**

**Benefits**

Accidental Death and Dismemberment benefits are payable when a covered employee suffers a loss solely as the result of accidental injury that occurs while covered. The loss must occur within 90 days after the date of the accident. The benefit payable is called the Full Amount. It is shown in the Schedule of Benefits.

The Full Amount is payable for the loss of:

(a)    Life;

(b)    Both hands or feet;

(c)    Sight of both eyes;

(d)    One hand and foot;

(e)    One hand and sight of one eye;

(f)    One foot and sight of one eye.

One-half the Full Amount is payable for the loss of:

(a)    One hand or foot;

(b)    Sight of one eye.

"Loss of hands or feet" means complete severance through or above the wrist or ankle joint. "Loss of sight" must be total and irrecoverable.

Payment is made for loss due to each accident without regard to loss resulting from any prior accident. In no event may the total amount payable for all losses due to any one accident exceed the Full Amount.

**Payment of Benefits**

Benefits for loss of life are paid to the covered employee's beneficiary. Benefits for other losses are paid to the covered employee.

**Beneficiary**

Each covered employee must name a beneficiary to whom the proceeds for loss of life under this policy are payable. If, at the death of a covered employee, there is no named or surviving beneficiary, the proceeds will be paid, at Liberty's option, to a surviving relative (spouse, parent or child) or to the covered employee's estate. If more than one beneficiary is named and if their interests are not specified, they will share equally.

Form OP3-ADD-0001

SA3-800-000001-01 R (1)
Effective July 1, 1998

Exhibit A-2 Page 48

SECTION 5 - INSURANCE BENEFITS

ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE (continued)

**Applicable to Class 1 (continued):**

Beneficiary (continued)

A covered employee may change his beneficiary at any time by written request. Liberty will provide a form for that purpose. Any change of beneficiary will take effect when Liberty receives the written request. Such change will relate back to the date of the request. Any change of beneficiary will not apply to any payment made before the request was received by Liberty.

If a beneficiary is a minor or is physically or mentally incapable of giving a valid release for payment, Liberty, at its option, may make payment to a party who has assumed responsibility for the care of such person.

Optional Methods of Settlement

Benefits for loss of life are payable in one sum. However, the covered employee may elect in writing to have the proceeds paid in installments. If the covered employee makes no such election, his beneficiary may do so at the covered employee's death.

The amount of each monthly installment will be that usually offered by Liberty.

Any installments remaining after the death of the payee will be paid as directed in the election of this option. Such direction is subject to the approval of Liberty.

Exceptions

No benefits are payable for any loss contributed to or caused by:

(a)    suicide;

(b)    intentionally self-inflicted injury;

(c)    disease or bodily or mental illness (or medical or surgical treatment thereof);

(d)    infections, except septic infections of and through a visible wound;

(e)    war (declared or undeclared);

(f)    drugs that are voluntarily taken, ingested or injected, unless as prescribed or administered by a physician.

Form OP3-ADD-0003

SA3-800-000001-01 R (1)
Effective July 1, 1998

Exhibit A-2 Page 49

## SECTION 5 - INSURANCE BENEFITS

## FAMILY ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE

**Applicable to Class 4:**

**Benefits**

Accidental Death and Dismemberment benefits are payable when a covered person suffers a loss solely as the result of accidental injury that occurs while covered. The loss must occur within 90 days after the date of the accident. The benefit payable is called the Full Amount. It is shown in the Schedule of Benefits.

The Full Amount is payable for the loss of:

(a)   Life;

(b)   Both hands or feet;

(c)   Sight of both eyes;

(d)   One hand and one foot;

(e)   One hand and sight of one eye;

(f)   One foot and sight of one eye.

One-half the Full Amount is payable for the loss of:

(a)   One hand or foot;

(b)   Sight of one eye.

"Loss of hands or feet" means complete severance through or above the wrist or ankle joint; "Loss of sight" must be total and irrecoverable.

Payment is made for loss due to each accident without regard to loss resulting from any prior accident. In no event may the total amount payable for all losses due to any one accident exceed the Full Amount.

**Payment of Benefits**

Benefits for a covered employee's loss of life are paid to the covered employee's beneficiary. Benefits for other losses are paid to the covered employee.

**Beneficiary**

Each covered employee must name a beneficiary to whom the proceeds for his loss of life under this policy are payable. If at the death of a covered employee there is no named or surviving beneficiary, the proceeds will be paid, at Liberty's option, to a surviving relative (spouse, parent or child) or to the covered employee's estate. If more than one beneficiary is named and if their interests are not specified, they will share equally.

Form OP3-ADD-0014

SA3-800-000001-01
Effective July 1, 1998

Exhibit A-2 Page 50

SECTION 5 - INSURANCE BENEFITS

FAMILY ACCIDENTAL DEATH AND DISMEMBERMENT INSURANCE (continued)

Applicable to Class 4 (continued):

Beneficiary (continued)

A covered employee may change his beneficiary at any time by written request. Liberty will provide a form for that purpose. Any change of beneficiary will take effect when Liberty receives the written request. Such change will relate back to the date of the request. Any change of beneficiary will not apply to any payment made before the request was received by Liberty.

If a beneficiary is a minor or is physically or mentally incapable of giving a valid release for payment, Liberty, at its option, may make payment to a party who has assumed responsibility for the care of such person.

Optional Methods of Settlement

Benefits for loss of life are payable in one sum. However, the covered employee may elect in writing to have the proceeds paid in installments. If the covered employee makes no such election, his beneficiary may do so at the covered employee's death.

The amount of each monthly installment will be that usually offered by Liberty.

Any installments remaining after the death of the payee will be paid as directed in the election of this option. Such direction is subject to the approval of Liberty.

Exceptions

No benefits are payable for any loss caused by:

(a)     suicide;

(b)     intentionally self-inflicted injury;

(c)     disease or bodily or mental illness (or medical or surgical treatment thereof);

(d)     infections, except septic infections of and through a wound, and infections occurring because of accidental ingestion of poisonous food substances; and

(e)     war (declared or undeclared) or participation in a riot.

(f)     drugs that are voluntarily taken, ingested or injected, unless as prescribed or administered by a physician.

Form OP3-ADD-0015

SA3-800-000001-01
Effective July 1, 1998

Exhibit A-2 Page 51

## SECTION 5 - INSURANCE BENEFITS

## DEPENDENT LIFE INSURANCE

**Benefits**

If Liberty is given proof of death of a covered dependent, Liberty will pay to the covered employee the amount of Dependent Life Insurance in force for such dependent. This amount is payable when a covered dependent dies from any cause, at any time or place while covered. The life insurance benefit will be paid in one sum.

**Conversion Privilege**

If a covered employee's personal coverage ends because:

(a)    of his death; or

(b)    his employment in an eligible class ends,

his covered dependent spouse may convert Dependent Life Insurance to an individual policy.

Within 31 days after coverage ends, the covered dependent spouse must:

(a)    make written application; and

(b)    pay the first premium payment.

The individual policy will contain life insurance benefits only. It will not include term insurance. The policy will be one then being offered by Liberty. Proof of good health is not required.

If a covered employee's personal coverage ends because:

(a)    coverage ends for all employees; or

(b)    coverage ends for all employees in his eligible class,

his covered dependent spouse is entitled to a limited conversion privilege. The covered employee must be entitled to convert to an individual policy for his dependent spouse to have this limited privilege. Conversion must be applied for in the same way as stated above.

The amount the covered dependent spouse may convert is limited to the lesser of:

(a)    the amount the dependent spouse was covered for on the date coverage ended less any group insurance he becomes eligible for within 31 days; or

(b)    $2,000.

The individual policy will become effective 31 days after the covered employee's personal coverage ends. Dependent Life Insurance is payable if a covered dependent spouse dies during this period. The amount payable is the amount he or she was entitled to convert. Such insurance will be paid under this policy. Any premium paid for an individual policy will be refunded.

Form OP3-DEP-0001/DEP-0002

## SECTION 6 - PREMIUMS

Liberty has set the premiums that apply to the coverage provided under this policy. Those premiums are shown in a notice given to the Sponsor with or prior to delivery of this policy.

Liberty may, upon notice to the Sponsor, set new premium rates to become effective on or at any time after the first anniversary date of this policy.

Liberty may set new premium rates to become effective on the date the terms of this policy are changed. Any such change in policy terms will be made in accord with the General Provisions regarding "Entire Contract; Changes".

**Payment of Premiums.** The premium is payable by the Sponsor. The premium should be sent to:

(a)    Liberty at its Home Office in Boston, Massachusetts; or

(b)    Liberty's agent.

If any premium is not paid before its grace period ends, the policy will terminate.

**Grace Period.** A grace period of 31 days will be allowed for the payment of premium after a premium due date other than the first. No interest will be charged. During this period this policy will continue in force. But, if the Sponsor gives Liberty written notice to terminate the policy on an earlier date, then this policy will end on such earlier date. The Sponsor must pay the pro rata premium for the time the policy was in force during the grace period.

Experience Rating Refunds

After each policy period throughout which this policy remains in force, the Sponsor may receive an experience rating refund in accordance with Liberty's retrospective experience rating formula. "Experience rating refund" means the return of some part of the premium that the Sponsor has paid for this policy.

Any experience rating refund will be payable to the Sponsor. By written request, the Sponsor may direct that all or a part of an experience rating refund be applied to future premiums on this policy. In any event, the Sponsor must apply for the sole benefit of covered persons any amount by which:

(a)    the aggregate employee contributions toward the cost of this policy

       exceeds

(b)    the Sponsor's total payment for this policy period, less the experience rating refund for the same period.

Form OP3-PRE-0003

**Retrospective Premium Adjustment**

After each policy period, Liberty may be entitled to an extra premium, called a retrospective premium. The retrospective premium is determined according to a formula specified in the Retrospective Premium Agreement between the Sponsor and Liberty.

After each policy period, Liberty will be entitled to a retrospective premium in the event that:

    (a)   the sum of:
        (1)  the basic expense premium;
        (2)  the incurred claims charges;
        (3)  the incurred statutory assessments;
        (4)  the incurred premium taxes; and
        (5)  the deficit, if any, from the immediately preceding policy period

        exceeds

    (b)   100% of the standard premium payable for all coverages subject to this provision in that policy year.

"Standard premium" means the premium that is subject to the Retrospective Premium Agreement.

The first "policy period" begins on the effective date of this policy and ends on the first anniversary of the effective date of this policy. While this policy continues in force, each subsequent policy period will begin at 12:01 AM of the day immediately following the last day of the preceding policy period and will last for 12 months, except that the last policy period will end on the date this policy terminates.

Form OP3-PRE-0004

RIDER __16__

to be attached to and made a part of
Group Policy No. SA3-800-000001-01
issued by

**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**
(Liberty)

to

**LIBERTY MUTUAL**
(Sponsor)

Effective date of this Rider:    January 1, 2006.

The policy is hereby amended by deleting Form OP3-TER-0001/CON-0001.31 and replacing it with the attached Form OP3-TER-0001/CON-0001.31. The new page is marked SA3-800-000001-01 R (2).

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

Accepted by the Sponsor on:    _____, 2006

LIBERTY MUTUAL

By:    _____

(Signature)

_____

(Title)

OP3-RID-0001