# EXHIBIT "B-12"

Exhibit 12
Weinberg Declaration

**From:** Larry Stein [mailto:lstein@HuckBouma.com]
**Sent:** Wednesday, June 11, 2008 6:49 PM
**To:** Weinberg, Sara A. (CHI); Paula K. Jacobi
**Cc:** Hoffman, Samantha (O.C.); Wood, Robert M. (SC); West, Deborah (O.C.)
**Subject:** RE: Michael Hand

Sara:  I have executed and attached my signature pages.  Sorry for the delay.  Larry.

**From:** Weinberg, Sara A. (CHI) [mailto:WeinberS@jacksonlewis.com]
**Sent:** Wednesday, June 11, 2008 12:41 PM
**To:** Larry Stein; Paula K. Jacobi
**Cc:** Hoffman, Samantha (O.C.); Wood, Robert M. (SC); West, Deborah (O.C.)
**Subject:** FW: Michael Hand

Larry and Paula:

As a follow-up to the messages I left on both of your voicemails this afternoon, we are still waiting for responses from both of you on the proposed joint motion for consent order of dismissal and discharge, stipulation of facts and the proposed consent order.  Neither one of you have responded to my repeated efforts to contact you.  As you know there is a settlement conference scheduled for June 25, 2008 in San Diego, CA.  We expect to be dismissed from the case prior to that conference.  Please either sign the attached documents and return them to me or contact me by Friday, June 13, 2008 to explain why you will not sign off on the attached documents.  I am again attaching the documents for your convenience.

<<Consent Order.pdf>>  <<Parties' Joint Motion of Approval of Proposed Consent Order of Dismissal and Discharge - FINAL.pdf>>   <<Stipulated Findings of Fact and Conclusions of Law.pdf>>

FW: Michael Hand


Sara A. Weinberg

Attorney at Law

Jackson Lewis LLP

320 West Ohio Street, Suite 500

Chicago, Illinois 60610

312.787.4949 | Main

312.274.6305 | Direct

312.787.4995 | Fax

weinbers@jacksonlewis.com

www.jacksonlewis.com

**Representing management exclusively in workplace law and related litigation.**

**Confidentiality Note:** This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

_____

**From:** Weinberg, Sara A. (CHI)
**Sent:** Monday, June 02, 2008 3:08 PM
**To:** Larry Stein; Paula K. Jacobi
**Cc:** Hoffman, Samantha (O.C.)
**Subject:** FW: Michael Hand

Larry and Paula:

As a follow-up to the messages I left on both of your voicemails this afternoon, please let us know if you have any problems with the attached joint motion for consent order of dismissal and discharge, stipulation of facts and the proposed consent order. As Liberty has deposited all the funds, we would like to be dismissed from the case. Although you both previously approved our proposed motion and consent order and dismissal, we need the parties to sign the attached documents (as opposed to electronic signatures) in order to comply with requirements for the Southern District of California. I've attached another set of the documents. Please let us know by the close of business on Thursday, June 5, 2008 whether you agree to the proposed documents and/or return the documents signed so we may file them on Friday, June 6, 2008. We look forward to hearing from you.

<<Consent Order.doc>> <<Parties' Joint Motion of Approval of Proposed Consent Order of Dismissal and Discharge - FINAL.doc>> <<Stipulated Findings of Fact and Conclusions of Law.doc>>

Sara A. Weinberg

Attorney at Law

Jackson Lewis LLP

FW: Michael Hand

320 West Ohio Street, Suite 500

Chicago, Illinois 60610

312.787.4949 | Main

312.274.6305 | Direct

312.787.4995 | Fax

weinbers@jacksonlewis.com

www.jacksonlewis.com

**Representing management exclusively in workplace law and related litigation.**

**Confidentiality Note:** This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

---

**From:** Weinberg, Sara A. (CHI)
**Sent:** Tuesday, May 20, 2008 5:08 PM
**To:** Larry Stein; Paula K. Jacobi
**Cc:** Hoffman, Samantha (O.C.)
**Subject:** FW: Michael Hand

Larry and Paula:

To date, I have not received the executed stipulations that we need to file in order for Liberty to be dismissed from this case. I am again attaching the documents for your review and consideration. Please sign them and return them to me as soon as possible. We would like to file these documents before the close of business on Friday, May 23, 2008.

<<Parties' Joint Motion of Approval of Proposed Consent Order of Dismissal and Discharge - FINAL.doc>>
<<Stipulated Findings of Fact and Conclusions of Law.doc>> <<Consent Order.doc>>

Sara A. Weinberg

Attorney at Law

Jackson Lewis LLP

320 West Ohio Street, Suite 500

Chicago, Illinois 60610

312.787.4949 | Main

312.274.6305 | Direct

312.787.4995 | Fax

FW: Michael Hand

weinbers@jacksonlewis.com

www.jacksonlewis.com

**Representing management exclusively in workplace law and related litigation.**

**Confidentiality Note:** This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

---

**From:** Weinberg, Sara A. (CHI)
**Sent:** Friday, May 09, 2008 3:54 PM
**To:** Larry Stein; 'SDeRousse@sff-law.com'
**Subject:** FW: Michael Hand

Larry and Shelly:

Can you both please sign the documents I forward to you earlier this week and return them to me as soon as possible? We would like to be able to file the documents before Tuesday, May 13, 2008. Let me thank you in advance for your anticipated cooperation.

Sara A. Weinberg

Attorney at Law

Jackson Lewis LLP

320 West Ohio Street, Suite 500

Chicago, Illinois 60610

312.787.4949 | Main

312.274.6305 | Direct

312.787.4995 | Fax

weinbers@jacksonlewis.com

www.jacksonlewis.com

**Representing management exclusively in workplace law and related litigation.**

**Confidentiality Note:** This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

---

**From:** Weinberg, Sara A. (CHI)

Exhibit 8-12 Page 167

FW: Michael Hand

**Sent:** Monday, May 05, 2008 2:49 PM
**To:** Larry Stein; Megan Witzel
**Cc:** Hoffman, Samantha (O.C.)
**Subject:** Michael Hand

Larry and Megan:

As you are aware, we intend to file the appropriate paperwork to be dismissed from this action. Although you both previously approved our proposed motion and consent order and dismissal, we need the parties to sign the attached documents (as opposed to electronic signatures) in order to comply with requirements for the Southern District of California. Also, we prepared a separate stipulation of facts, all of which were previously contained in the proposed consent order of dismissal and discharge. Attached please find the following documents:

1.    Proposed Order;

2.    Joint Motion for Approval of proposed consent order of dismissal and discharge; and

3.    Stipulated Findings of Fact and Conclusions of Law in support of dismissal and discharge of Liberty Life.

Please sign the attached documents and return them to me at your earliest convenience. We would like to be able to file these documents before Thursday, May 8, 2008. If you have any questions, please contact us.

<<Consent Order.doc>>    <<Parties' Joint Motion of Approval of Proposed Consent Order of Dismissal and Discharge - FINAL.doc>>    <<Stipulated Findings of Fact and Conclusions of Law.doc>>

Sara A. Weinberg

Attorney at Law

Jackson Lewis LLP

320 West Ohio Street, Suite 500

Chicago, Illinois 60610

312.787.4949 | Main

312.274.6305 | Direct

312.787.4995 | Fax

weinbers@jacksonlewis.com

www.jacksonlewis.com

**Representing management exclusively in workplace law and related litigation.**

**Confidentiality Note:** This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

Exhibit 8-12 Page 168

# EXHIBIT "B-13"

Exhibit 13
Weinberg Declaration

FW: Michael Hand

| | |
|---|---|
| **From:** | Weinberg, Sara A. (CHI) |
| **Sent:** | Wednesday, June 18, 2008 3:23 PM |
| **To:** | Paula K. Jacobi |
| **Cc:** | Hoffman, Samantha (O.C.); Wood, Robert M. (SC); Larry Stein |
| **Subject:** | FW: Michael Hand |

Paula:

To date, we are waiting for your signature on the proposed joint motion for consent order of dismissal and discharge, stipulation of facts and the proposed consent order. As you are aware, the settlement conference is scheduled for Wednesday, June 25, 2008. If we are not dismissed from the case prior to the settlement conference, we will be required to attend. Therefore, if we do not receive the signed documents by the end of business on **Thursday, June 19, 2008**, we will file a motion for dismissal and discharge of Liberty Life. Liberty Life does not ordinarily seek its fees for interpleader actions. However, if we are forced to file a motion for dismissal and discharge, we will file a motion for fees. Courts in this Circuit routinely grant such motions by a stakeholder in interpleader. See Trustees of the Directors Guild of America-Producer Pension Benefits Plans v. Tise, 234 F.3d 415, 427 (9th Cir. 2000); Metropolitan Life Ins. Co. v. Billini, 2007 U.S. Dist. LEXIS 89971, 8-10 (E.D. Cal. 2007); Island Title Corp. v. Bundy, 488 F. Supp. 2d 1084, 1095 (D. Haw. 2007); Mutual of Omaha Ins. Co. v. Estate of Arachikavitz, 2007 U.S. Dist. LEXIS 71172, 14-16 (D. Nev. 2007); Gilead Scis., Inc. v. Bio-Genetic Ventures, Inc., 2007 U.S. Dist. LEXIS 64323, 25-26 (W.D. Wash. 2007); Equitable Life Assurance Society of the United States v. DeGeorge, 2006 U.S. Dist. LEXIS 96663, 11-12 (C.D. Cal. Aug. 28, 2006). Courts have found attorneys' fees particularly appropriate in circumstances where the stakeholder's participation in the suit was unnecessarily extended because of unjustified opposition to the stakeholder's dismissal, or because of other meritless legal arguments. Metropolitan Life Ins. Co. v. Minnick, 2002 U.S. Dist. LEXIS 11148, 6-7 (W.D.N.Y. 2002) (granting attorneys' fees where defendant did not have a good faith basis for refusing to stipulate to release the plaintiff from liability once proceeds were paid into court); Metropolitan Life Ins. Co. v. Novotny, 2006 U.S. Dist. LEXIS 24626, 4-5 (D. Neb. 2006) ("[a]lthough the usual practice is to tax the costs and fees against the interpleader fund, the court may tax the losing claimant directly when her conduct justifies doing so[; i]f a defendant in an interpleader action advances arguments which have no justification in law or fact, it may sometimes be appropriate to compel that party to pay attorney fees); Underwriters Group, Inc. v. Clear Creek Indep. Sch. Dist., 2006 U.S. Dist. LEXIS 78788, 5 (S.D. Tex. 2006)(awarding fees to plaintiff that filed interpleader in good faith, where "Defendants, while filing cross-claims against each other, also filed a counter-claim against [plaintiff], which appear[ed] to have protracted [its] involvement in the proceedings").

We look forward to hearing from you.

Sara A. Weinberg
Attorney at Law
Jackson Lewis LLP
320 West Ohio Street, Suite 500
Chicago, Illinois 60610

312.787.4949 | Main
312.274.6305 | Direct
312.787.4995 | Fax

weinbers@jacksonlewis.com

www.jacksonlewis.com

FW: Michael Hand

**Representing management exclusively in workplace law and related litigation.**
**Confidentiality Note:** This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

**From:** Hoffman, Samantha (O.C.)
**Sent:** Friday, June 13, 2008 4:25 PM
**To:** Paula K. Jacobi
**Cc:** Wood, Robert M. (SC); West, Deborah (O.C.); Hoffman, Samantha (O.C.); Larry Stein; Weinberg, Sara A. (CHI)
**Subject:** RE: Michael Hand

Paula -- We are just waiting on your signatures. Please pdf to me so we can file the documents in advance of the settlement conference.

Thanks,

Samantha N. Hoffman
Attorney at Law
Jackson Lewis LLP
5000 Birch Street, Suite 5000
Newport Beach, CA 92660

949.885.1364 | Direct
949.885.1380 | Fax

hoffmans@jacksonlewis.com

www.jacksonlewis.com
**Representing management exclusively in workplace law and related litigation.**
**Confidentiality Note:** This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

**From:** Larry Stein [mailto:lstein@HuckBouma.com]
**Sent:** Wednesday, June 11, 2008 4:49 PM
**To:** Weinberg, Sara A. (CHI); Paula K. Jacobi
**Cc:** Hoffman, Samantha (O.C.); Wood, Robert M. (SC); West, Deborah (O.C.)
**Subject:** RE: Michael Hand

Sara: I have executed and attached my signature pages. Sorry for the delay. Larry.

**From:** Weinberg, Sara A. (CHI) [mailto:WeinberS@jacksonlewis.com]
**Sent:** Wednesday, June 11, 2008 12:41 PM
**To:** Larry Stein; Paula K. Jacobi
**Cc:** Hoffman, Samantha (O.C.); Wood, Robert M. (SC); West, Deborah (O.C.)
**Subject:** FW: Michael Hand

Exhibit 13 Page 171

FW: Michael Hand

Larry and Paula:

As a follow-up to the messages I left on both of your voicemails this afternoon, we are still waiting for responses from both of you on the proposed joint motion for consent order of dismissal and discharge, stipulation of facts and the proposed consent order. Neither one of you have responded to my repeated efforts to contact you. As you know there is a settlement conference scheduled for June 25, 2008 in San Diego, CA. We expect to be dismissed from the case prior to that conference. Please either sign the attached documents and return them to me or contact me by Friday, June 13, 2008 to explain why you will not sign off on the attached documents. I am again attaching the documents for your convenience.

<<Consent Order.pdf>> <<Parties' Joint Motion of Approval of Proposed Consent Order of Dismissal and Discharge - FINAL.pdf>>   <<Stipulated Findings of Fact and Conclusions of Law.pdf>>

Sara A. Weinberg

Attorney at Law

Jackson Lewis LLP

320 West Ohio Street, Suite 500

Chicago, Illinois 60610

312.787.4949 | Main

312.274.6305 | Direct

312.787.4995 | Fax

weinbers@jacksonlewis.com

www.jacksonlewis.com

**Representing management exclusively in workplace law and related litigation.**

**Confidentiality Note:** This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

---

**From:** Weinberg, Sara A. (CHI)
**Sent:** Monday, June 02, 2008 3:08 PM
**To:** Larry Stein; Paula K. Jacobi
**Cc:** Hoffman, Samantha (O.C.)
**Subject:** FW: Michael Hand

Larry and Paula:

As a follow-up to the messages I left on both of your voicemails this afternoon, please let us know if you have any problems with the attached joint motion for consent order of dismissal and discharge, stipulation of facts and the proposed consent order. As Liberty has deposited all the funds, we would like to be dismissed from the case. Although you both previously approved our proposed motion and consent order and dismissal, we need the

Exhibit 13 Page 172

FW: Michael Hand

parties to sign the attached documents (as opposed to electronic signatures) in order to comply with requirements for the Southern District of California. I've attached another set of the documents. Please let us know by the close of business on Thursday, June 5, 2008 whether you agree to the proposed documents and/or return the documents signed so we may file them on Friday, June 6, 2008. We look forward to hearing from you.

<<Consent Order.doc>> <<Parties' Joint Motion of Approval of Proposed Consent Order of Dismissal and Discharge - FINAL.doc>> <<Stipulated Findings of Fact and Conclusions of Law.doc>>

Sara A. Weinberg

Attorney at Law

Jackson Lewis LLP

320 West Ohio Street, Suite 500

Chicago, Illinois 60610

312.787.4949 | Main

312.274.6305 | Direct

312.787.4995 | Fax

weinbers@jacksonlewis.com

www.jacksonlewis.com

**Representing management exclusively in workplace law and related litigation.**

**Confidentiality Note:** This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

---

**From:** Weinberg, Sara A. (CHI)
**Sent:** Tuesday, May 20, 2008 5:08 PM
**To:** Larry Stein; Paula K. Jacobi
**Cc:** Hoffman, Samantha (O.C.)
**Subject:** FW: Michael Hand

Larry and Paula:

To date, I have not received the executed stipulations that we need to file in order for Liberty to be dismissed from this case. I am again attaching the documents for your review and consideration. Please sign them and return them to me as soon as possible. We would like to file these documents before the close of business on Friday, May 23, 2008.

<<Parties' Joint Motion of Approval of Proposed Consent Order of Dismissal and Discharge - FINAL.doc>> <<Stipulated Findings of Fact and Conclusions of Law.doc>> <<Consent Order.doc>>

Sara A. Weinberg

Exhibit 13 Page 173

FW: Michael Hand

Attorney at Law

Jackson Lewis LLP

320 West Ohio Street, Suite 500

Chicago, Illinois 60610

312.787.4949 | Main

312.274.6305 | Direct

312.787.4995 | Fax

weinbers@jacksonlewis.com

www.jacksonlewis.com

**Representing management exclusively in workplace law and related litigation.**

**Confidentiality Note:** This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

---

**From:** Weinberg, Sara A. (CHI)
**Sent:** Friday, May 09, 2008 3:54 PM
**To:** Larry Stein; 'SDeRousse@sff-law.com'
**Subject:** FW: Michael Hand

Larry and Shelly:

Can you both please sign the documents I forward to you earlier this week and return them to me as soon as possible? We would like to be able to file the documents before Tuesday, May 13, 2008. Let me thank you in advance for your anticipated cooperation.

Sara A. Weinberg

Attorney at Law

Jackson Lewis LLP

320 West Ohio Street, Suite 500

Chicago, Illinois 60610

312.787.4949 | Main

312.274.6305 | Direct

312.787.4995 | Fax

FW: Michael Hand

weinbers@jacksonlewis.com

www.jacksonlewis.com

**Representing management exclusively in workplace law and related litigation.**

**Confidentiality Note:** This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

**From:** Weinberg, Sara A. (CHI)
**Sent:** Monday, May 05, 2008 2:49 PM
**To:** Larry Stein; Megan Witzel
**Cc:** Hoffman, Samantha (O.C.)
**Subject:** Michael Hand

Larry and Megan:

As you are aware, we intend to file the appropriate paperwork to be dismissed from this action. Although you both previously approved our proposed motion and consent order and dismissal, we need the parties to sign the attached documents (as opposed to electronic signatures) in order to comply with requirements for the Southern District of California. Also, we prepared a separate stipulation of facts, all of which were previously contained in the proposed consent order of dismissal and discharge. Attached please find the following documents:

1.     Proposed Order;

2.     Joint Motion for Approval of proposed consent order of dismissal and discharge; and

3.     Stipulated Findings of Fact and Conclusions of Law in support of dismissal and discharge of Liberty Life.

Please sign the attached documents and return them to me at your earliest convenience. We would like to be able to file these documents before Thursday, May 8, 2008. If you have any questions, please contact us.

<<Consent Order.doc>>    <<Parties' Joint Motion of Approval of Proposed Consent Order of Dismissal and Discharge - FINAL.doc>>    <<Stipulated Findings of Fact and Conclusions of Law.doc>>

Sara A. Weinberg

Attorney at Law

Jackson Lewis LLP

320 West Ohio Street, Suite 500

Chicago, Illinois 60610

312.787.4949 | Main

312.274.6305 | Direct

312.787.4995 | Fax

FW: Michael Hand

weinbers@jacksonlewis.com

www.jacksonlewis.com

**Representing management exclusively in workplace law and related litigation.**

**Confidentiality Note:** This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

Exhibit 813 Page 176

# EXHIBIT "B-14"

Exhibit 14
Weinberg Declaration

**From:** Larry Stein [mailto:lstein@HuckBouma.com]
**Sent:** Wednesday, June 18, 2008 3:27 PM
**To:** Weinberg, Sara A. (CHI)
**Cc:** pjacobi@sff-law.com; Hoffman, Samantha (O.C.); Wood, Robert M. (SC)
**Subject:** Re: FW: Michael Hand

Sara: We just settled the case and the settlement conference will soon be stricken. Larry.

-----Original Message-----
From: "Weinberg, Sara A. (CHI)" <WeinberS@jacksonlewis.com>
Date: Wednesday, Jun 18, 2008 3:21 pm
Subject: FW: Michael Hand
To: "Paula K. Jacobi" <pjacobi@sff-law.com>
CC: "Hoffman, Samantha (O.C.)" <HoffmanS@jacksonlewis.com>, "Wood, Robert M. (SC)"
<WoodR@jacksonlewis.com>, "Larry Stein" <lstein@HuckBouma.com>

v\:* {behavior:url(#default#VML);} o\:* {behavior:url(#default#VML);} w\:* {behavior:url(#default#VML);}.shape
{behavior:url(#default#VML);} FW: Michael Hand        Paula:   To date, we are waiting for your signature on
the proposed joint motion for consent order of dismissal and discharge, stipulation of facts and the proposed consent
order.  As you are aware, the settlement conference is scheduled for Wednesday, June 25,2008.  If we are not
dismissed from the case prior to the settlement conference, we will be required to attend.   Therefore, if we do
not receive the signed documents by the end of business on Thursday, June 19,2008, we will file a motion for dismissal and
discharge of Liberty Life.  Liberty Life does not ordinarily seek its fees for interpleader actions.  However, if we are
forced to file a motion for dismissal and discharge, we will file a motion for fees.  Courts in this Circuit routinely grant such
motions by a stakeholder in interpleader.  See Trustees of the Directors Guild of America-Producer Pension Benefits Plans v.
Tise,234 F.3d 415, 427 (9th Cir. 2000); Metropolitan Life Ins. Co. v. Billini,2007 U.S. Dist. LEXIS 89971, 8-10 (E.D. Cal.
2007); Island Title Corp. v. Bundy, 488 F. Supp. 2d 1084, 1095 (D. Haw. 2007); Mutual of Omaha Ins. Co. v. Estate of

Exhibit 14 Page 178

Re: FW: Michael Hand

Arachikavitz, 2007 U.S. Dist. LEXIS 71172, 14-16 (D. Nev.2007); Gilead Scis., Inc. v. Bio-Genetic Ventures, Inc., 2007 U.S. Dist. LEXIS 64323, 25-26 (W.D. Wash. 2007); Equitable Life Assurance Society of the United States v. DeGeorge, 2006 U.S. Dist. LEXIS 96663, 11-12 (C.D. Cal. Aug. 28, 2006). Courts have found attorneys' fees particularly appropriate in circumstances where the stakeholder's participation in the suit was unnecessarily extended because of unjustified opposition to the stakeholder's dismissal, or because of other meritless legal arguments. Metropolitan Life Ins. Co. v. Minnick, 2002 U.S. Dist. LEXIS 11148, 6-7 (W.D.N.Y. 2002) (granting attorneys' fees where defendant did not have a good faith basis for refusing to stipulate to release the plaintiff from liability once proceeds were paid into court); Metropolitan Life Ins. Co. v. Novotny, 2006 U.S. Dist. LEXIS 24626, 4-5 (D. Neb. 2006)("[a]lthough the usual practice is to tax the costs and fees against the interpleader fund, the court may tax the losing claimant directly when her conduct justifies doing so[; i]f a defendant in an interpleader action advances arguments which have no justification in law or fact, it may sometimes be appropriate to compel that party to pay attorney fees); Underwriters Group, Inc. v. Clear Creek Indep. Sch. Dist., 2006 U.S. Dist. LEXIS 78788,5 (S.D. Tex. 2006)(awarding fees to plaintiff that filed interpleader in good faith, where "Defendants, while filing cross-claims against each other, also filed a counter-claim against [plaintiff], which appear[ed] to have protracted [its] involvement in the proceedings").

We look forward to hearing from you.

Sara A. Weinberg
Attorney at Law
Jackson Lewis LLP
320 West Ohio Street, Suite 500
Chicago, Illinois 60610

312.787.4949 | Main
312.274.6305 | Direct
312.787.4995 | Fax

weinbers@jacksonlewis.com

www.jacksonlewis.com

Representing management exclusively in workplace law and related litigation.
Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

From: Hoffman, Samantha(O.C.)
Sent: Friday, June 13, 2008 4:25 PM
To: Paula K. Jacobi
Cc: Wood, Robert M. (SC); West, Deborah (O.C.); Hoffman, Samantha(O.C.); Larry Stein; Weinberg, Sara A. (CHI)
Subject: RE: Michael Hand

Paula - We are just waiting on your signatures. Please pdf to me so we can file the documents in advance of the settlement conference.

Thanks,

Samantha N. Hoffman
Attorney at Law
Jackson Lewis LLP
5000 Birch Street, Suite 5000
Newport Beach, CA 92660

949.885.1364 | Direct
949.885.1380 | Fax

hoffmans@jacksonlewis.com

Re: FW: Michael Hand

www.jacksonlewis.com
Representing management exclusively in workplace law and related litigation.
Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

From: Larry Stein [mailto:lstein@HuckBouma.com]
Sent: Wednesday, June 11, 2008 4:49 PM
To: Weinberg, Sara A. (CHI); Paula K. Jacobi
Cc: Hoffman, Samantha (O.C.); Wood, Robert M. (SC); West, Deborah (O.C.)
Subject: RE: Michael Hand

Sara: I have executed and attached my signature pages. Sorry for the delay. Larry.

From: Weinberg, Sara A.(CHI) [mailto:WeinberS@jacksonlewis.com]
Sent: Wednesday, June 11, 2008 12:41 PM
To: Larry Stein; Paula K. Jacobi
Cc: Hoffman, Samantha (O.C.); Wood, Robert M. (SC); West, Deborah (O.C.)
Subject: FW: Michael Hand

Larry and Paula:

As a follow-up to the messages I left on both of your voicemails this afternoon, we are still waiting for responses from both of you on the proposed joint motion for consent order of dismissal and discharge, stipulation of facts and the proposed consent order. Neither one of you have responded to my repeated efforts to contact you. As you know there is a settlement conference scheduled for June25, 2008 in San Diego, CA. We expect to be dismissed from the case prior to that conference. Please either sign the attached documents and return them to me or contact me by Friday, June 13, 2008 to explain why you will not sign off on the attached documents. I am again attaching the documents for your convenience.

<<Consent Order.pdf>> <<Parties' Joint Motion of Approval of Proposed Consent Order of Dismissal and Discharge - FINAL.pdf>>  <<Stipulated Findings of Fact and Conclusions of Law.pdf>>

Sara A. Weinberg

Attorney at Law

Jackson Lewis LLP

320 West Ohio Street, Suite 500

Chicago, Illinois 60610

312.787.4949| Main

312.274.6305| Direct

312.787.4995| Fax

weinbers@jacksonlewis.com

www.jacksonlewis.com

Representing management exclusively in workplace law and related litigation.

Re: FW: Michael Hand

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

---

From: Weinberg, Sara A. (CHI)
Sent: Monday, June 02, 2008 3:08 PM
To: Larry Stein; Paula K. Jacobi
Cc: Hoffman, Samantha (O.C.)
Subject: FW: Michael Hand

Larry and Paula:

As a follow-up to the messages I left on both of your voicemails this afternoon, please let us know if you have any problems with the attached joint motion for consent order of dismissal and discharge, stipulation of facts and the proposed consent order. As Liberty has deposited all the funds, we would like to be dismissed from the case. Although you both previously approved our proposed motion and consent order and dismissal, we need the parties to sign the attached documents (as opposed to electronic signatures) in order to comply with requirements for the Southern District of California. I've attached another set of the documents. Please let us know by the close of business on Thursday, June 5, 2008 whether you agree to the proposed documents and/or return the documents signed so we may file them on Friday, June 6,2008. We look forward to hearing from you.

<<Consent Order.doc>> <<Parties' Joint Motion of Approval of Proposed Consent Order of Dismissal and Discharge - FINAL.doc>> <<Stipulated Findings of Fact and Conclusions of Law.doc>>

Sara A. Weinberg

Attorney at Law

Jackson Lewis LLP

320 West Ohio Street, Suite 500

Chicago, Illinois 60610

312.787.4949| Main

312.274.6305| Direct

312.787.4995| Fax

weinbers@jacksonlewis.com

www.jacksonlewis.com

Representing management exclusively in workplace law and related litigation.

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

---

From: Weinberg, Sara A. (CHI)
Sent: Tuesday, May 20, 2008 5:08 PM
To: Larry Stein; Paula K. Jacobi
Cc: Hoffman, Samantha (O.C.)

Re: FW: Michael Hand

Subject: FW: Michael Hand

Larry and Paula:

To date, I have not received the executed stipulations that we need to file in order for Liberty to be dismissed from this case. I am again attaching the documents for your review and consideration. Please sign them and return them to me as soon as possible. We would like to file these documents before the close of business on Friday, May 23, 2008.

<<Parties' Joint Motion of Approval of Proposed Consent Order of Dismissal and Discharge - FINAL.doc>> <<Stipulated Findings of Fact and Conclusions of Law.doc>> <<Consent Order.doc>>

Sara A. Weinberg

Attorney at Law

Jackson Lewis LLP

320 West Ohio Street, Suite 500

Chicago, Illinois 60610

312.787.4949| Main

312.274.6305| Direct

312.787.4995| Fax

weinbers@jacksonlewis.com

www.jacksonlewis.com

Representing management exclusively in workplace law and related litigation.

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

---

From: Weinberg, Sara A. (CHI)
Sent: Friday, May 09, 2008 3:54 PM
To: Larry Stein; 'SDeRousse@sff-law.com'
Subject: FW: Michael Hand

Larry and Shelly:

Can you both please sign the documents I forward to you earlier this week and return them to me as soon as possible? We would like to be able to file the documents before Tuesday, May 13, 2008. Let me thank you in advance for your anticipated cooperation.

Sara A. Weinberg

Attorney at Law

Jackson Lewis LLP

320 West Ohio Street, Suite 500

Chicago, Illinois 60610

Exhibit B14 Page 182

Re: FW: Michael Hand

312.787.4949| Main

312.274.6305| Direct

312.787.4995| Fax

weinbers@jacksonlewis.com

www.jacksonlewis.com

Representing management exclusively in workplace law and related litigation.

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

From: Weinberg, Sara A. (CHI)
Sent: Monday, May 05, 2008 2:49 PM
To: Larry Stein; Megan Witzel
Cc: Hoffman, Samantha (O.C.)
Subject: Michael Hand

Larry and Megan:

As you are aware, we intend to file the appropriate paperwork to be dismissed from this action. Although you both previously approved our proposed motion and consent order and dismissal, we need the parties to sign the attached documents(as opposed to electronic signatures) in order to comply with requirements for the Southern District of California. Also, we prepared a separate stipulation of facts, all of which were previously contained in the proposed consent order of dismissal and discharge. Attached please find the following documents:

1.    Proposed Order;

2.    Joint Motion for Approval of proposed consent order of dismissal and discharge; and

3.    Stipulated Findings of Fact and Conclusions of Law in support of dismissal and discharge of Liberty Life.

Please sign the attached documents and return them to me at your earliest convenience. We would like to be able to file these documents before Thursday, May 8,2008. If you have any questions, please contact us.

<<Consent Order.doc>>   <<Parties' Joint Motion of Approval of Proposed Consent Order of Dismissal and Discharge - FINAL.doc>>   <<Stipulated Findings of Fact and Conclusions of Law.doc>>

Sara A. Weinberg

Attorney at Law

Jackson Lewis LLP

320 West Ohio Street, Suite 500

Chicago, Illinois 60610

312.787.4949| Main

312.274.6305| Direct

312.787.4995| Fax

Re: FW: Michael Hand

weinbers@jacksonlewis.com

www.jacksonlewis.com

Representing management exclusively in workplace law and related litigation.

Confidentiality Note:  This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail.  If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited.  If you have received this e-mail in error, please immediately return it to the sender and delete it from your system.  Thank you.

# EXHIBIT "B-15"

Exhibit 15
Weinberg Declaration

Email to P Jacobi 06 25 08.txt
From: Paula K. Jacobi [mailto:pjacobi@sff-law.com]
Sent: Thursday, June 19, 2008 3:44 PM
To: Weinberg, Sara A. (CHI); Shelly A. DeRousse
Cc: Hoffman, Samantha (O.C.)
Subject: RE: Michael Hand
Importance: High

Sara:

I am out of town until June 30th.

I can have my associate Shelly DeRousse stipulate to dismissal of your client
as a party defendant. I cannot stipulate to the facts as you wrote them in
the paragraphs regarding Potter (I have no knowledge) or regarding what
Liberty's records showed as to the beneficiary. We have the documents and
Liberty affidavit that show otherwise regarding change of the beneficiary and
that being done and received prior to Cassie's death.

If you want us to sign a simple stip to dismiss because funds deposited, we
are happy to do that.

Paula J.

# EXHIBIT "B-16"

Email to P Jacobi 06 25 08.txt
From:      Weinberg, Sara A. (CHI)
Sent:      Wednesday, June 25, 2008 12:40 PM
To:        'Paula K. Jacobi'; Shelly A. DeRousse; 'Larry Stein'; 'James Potter'
Cc:        Hoffman, Samantha (O.C.); Wood, Robert M. (SC)
Subject:   RE: Michael Hand
Attachments:  080625(Hand aka BarrettII)ConsentOrdJDD.pdf; 080625(Hand aka
BarrettII)JntMtnApprvCnstOrdJDD (2).pdf; 080625(Hand aka BarrettII)Stip
FindingsFactConclsnsLaw.pdf; Release of Atty Lien - Potter.pdf

Paula, Shelly and Larry:

We cannot agree to the dismissal of Liberty Life without the entry of an order
discharging Liberty Life's liability as well. In an effort to address the
issues raised by Paula to our proposed consent order of dismissal and
discharge and stipulation of facts and, we have edited the factual statements
in the stipulation to dismiss. In addition, we have converted the consent
order of dismissal and discharge to a consent order for final judgment and
dismissal and discharge. As you will see in the documents, we need the
details of the settlement between the claimants (paragraphs 15(a) and (b)).
Also, with respect to the factual statements regarding James Potter, attached
is a copy of his executed Release of Attorney's Lien. In addition, we are
also asking him to sign off on the documents as well.

Please review the attached documents and provide us with either your signature
or your specific objections/proposed changes to the documents by July 7, 2008.
If we do not receive the signatures on a final document by July 11, 2008, we
will file a notice with the Court that the notice of settlement was in error
because Liberty Life was not consulted regarding the notice and the parties
have not reached a consensus regarding discharge of Liberty Life's liability.
We will also file a unilateral motion for dismissal and discharge of Liberty
Life, on the same terms proposed in the attached documents, and seek payment
of our fees because of the meritless refusal to a discharge of Liberty Life's
liability.

We look forward to hearing from you.


Sara A. Weinberg
Attorney at Law
Jackson Lewis LLP
320 West Ohio Street, Suite 500
Chicago, Illinois 60610

312.787.4949 | Main
312.274.6305 | Direct
312.787.4995 | Fax

weinbers@jacksonlewis.com

www.jacksonlewis.com

Representing management exclusively in workplace law and related litigation.
Confidentiality Note: This e-mail, and any attachment to it, contains
privileged and confidential information intended only for the use of the
individual(s) or entity named on the e-mail. If the reader of this e-mail is
not the intended recipient, or the employee or agent responsible for
delivering it to the intended recipient, you are hereby notified that reading
it is strictly prohibited. If you have received this e-mail in error, please
immediately return it to the sender and delete it from your system. Thank
you.


-----Original Message-----

Page 1

Email to P Jacobi 06 25 08.txt

From: Paula K. Jacobi [mailto:pjacobi@sff-law.com]
Sent: Thursday, June 19, 2008 3:44 PM
To: Weinberg, Sara A. (CHI); Shelly A. DeRousse
Cc: Hoffman, Samantha (O.C.)
Subject: RE: Michael Hand
Importance: High

Sara:

I am out of town until June 30th.

I can have my associate Shelly DeRousse stipulate to dismissal of your client
as a party defendant. I cannot stipulate to the facts as you wrote them in
the paragraphs regarding Potter (I have no knowledge) or regarding what
Liberty's records showed as to the beneficiary. We have the documents and
Liberty affidavit that show otherwise regarding change of the beneficiary and
that being done and received prior to Cassie's death.

If you want us to sign a simple stip to dismiss because funds deposited, we
are happy to do that.

Paula J.

_____

From: Weinberg, Sara A. (CHI) [mailto:WeinberS@jacksonlewis.com]
Sent: Tue 5/20/2008 5:08 PM
To: Larry Stein; Paula K. Jacobi
Cc: Hoffman, Samantha (O.C.)
Subject: FW: Michael Hand


Larry and Paula:

To date, I have not received the executed stipulations that we need to file in
order for Liberty to be dismissed from this case. I am again attaching the
documents for your review and consideration. Please sign them and return them
to me as soon as possible. We would like to file these documents before the
close of business on Friday, May 23, 2008.

<<Parties' Joint Motion of Approval of Proposed Consent Order of Dismissal and
Discharge - FINAL.doc>> <<Stipulated Findings of Fact and Conclusions of
Law.doc>> <<Consent Order.doc>>

Sara A. Weinberg

Attorney at Law

Jackson Lewis LLP

320 West Ohio Street, Suite 500

Chicago, Illinois 60610

312.787.4949 | Main

312.274.6305 | Direct

312.787.4995 | Fax

weinbers@jacksonlewis.com

Page 2

Exhibit B-16 Page 189

Email to P Jacobi 06 25 08.txt

www.jacksonlewis.com

Representing management exclusively in workplace law and related litigation.

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

From: Weinberg, Sara A. (CHI)
Sent: Friday, May 09, 2008 3:54 PM
To: Larry Stein; 'SDeRousse@sff-law.com'
Subject: FW: Michael Hand

Larry and Shelly:

Can you both please sign the documents I forward to you earlier this week and return them to me as soon as possible? We would like to be able to file the documents before Tuesday, May 13, 2008. Let me thank you in advance for your anticipated cooperation.

Sara A. Weinberg

Attorney at Law

Jackson Lewis LLP

320 West Ohio Street, Suite 500

Chicago, Illinois 60610

312.787.4949 | Main

312.274.6305 | Direct

312.787.4995 | Fax

weinbers@jacksonlewis.com

www.jacksonlewis.com

Representing management exclusively in workplace law and related litigation.

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

From: Weinberg, Sara A. (CHI)
Sent: Monday, May 05, 2008 2:49 PM
To: Larry Stein; Megan Witzel
Cc: Hoffman, Samantha (O.C.)
Subject: Michael Hand

Email to P  Jacobi 06 25 08.txt

Larry and Megan:

As you are aware, we intend to file the appropriate paperwork to be dismissed
from this action.  Although you both previously approved our proposed motion
and consent order and dismissal, we need the parties to sign the attached
documents (as opposed to electronic signatures) in order to comply with
requirements for the Southern District of California.  Also, we prepared a
separate stipulation of facts, all of which were previously contained in the
proposed consent order of dismissal and discharge.  Attached please find the
following documents:

1.      Proposed Order;

2.      Joint Motion for Approval of proposed consent order of dismissal and
discharge; and

3.      Stipulated Findings of Fact and Conclusions of Law in support of
dismissal and discharge of Liberty Life.

Please sign the attached documents and return them to me at your earliest
convenience.  We would like to be able to file these documents before
Thursday, May 8, 2008.  If you have any questions, please contact us.

<<Consent Order.doc>>    <<Parties' Joint Motion of Approval of Proposed
Consent Order of Dismissal and Discharge – FINAL.doc>>    <<Stipulated
Findings of Fact and Conclusions of Law.doc>>

Sara A. Weinberg

Attorney at Law

Jackson Lewis LLP

320 West Ohio Street, Suite 500

Chicago, Illinois 60610

312.787.4949 | Main

312.274.6305 | Direct

312.787.4995 | Fax

weinbers@jacksonlewis.com

www.jacksonlewis.com

Representing management exclusively in workplace law and related litigation.

Confidentiality Note:  This e-mail, and any attachment to it, contains
privileged and confidential information intended only for the use of the
individual(s) or entity named on the e-mail.  If the reader of this e-mail is
not the intended recipient, or the employee or agent responsible for
delivering it to the intended recipient, you are hereby notified that reading
it is strictly prohibited.  If you have received this e-mail in error, please
immediately return it to the sender and delete it from your system.  Thank
you.

Page 4

Exhibit B-16 Page 191

# EXHIBIT "B-17"

Exhibit 17
Weinberg Declaration

### RELEASE OF ATTORNEY'S LIEN

KNOW ALL MEN BY THESE PRESENTS, that **JAMES POTTER** of the State of Illinois, being of full age, for the sole consideration of TEN AND NO/100 DOLLARS ($10.00), to me paid by and on behalf of **MICHAEL HAND** and **LIBERTY MUTUAL**, the receipt whereof is hereby acknowledged, do hereby release, acquit, and discharge said party or parties and all other persons or corporations of and from all claims and demands, actions and causes of action, damages, cost, loss of service, expenses, and compensation on account of, or in any way growing out of my representation of **MICHAEL HAND** regarding the proceeds of a Life Insurance policy # SA3-800-000001-01 issued July 1, 1997 with LIBERTY MUTUAL and further release any lien I have or may had had on the proceeds of said policy.

SIGNED AND SEALED this 29th day of April, 2008

_JAMES POTTER_

James Potter, Ltd.
200 Applebee St, Suite 201
Barrington, IL 60010
(847) 381-3587

Exhibit 8-17 Page 193