1  Frank M. Liberatore (SBN 119976)
   Samantha Hoffman (SBN 212135)
2  JACKSON LEWIS LLP
3  5000 Birch Street, Suite 5000
   Newport Beach, California 92660
4  (949) 885-1360 - Office
   (949) 885-1380 - Facsimile
5
6  Attorneys for Defendant
   LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10
11 MICHAEL HAND,                  ) CASE NO.: 08CV0640-JAH (BLM)
                                  )
12         Plaintiff,              )
                                  )
13     vs.                        )
                                  ) **AMENDED PROOF OF SERVICE
14 LIBERTY LIFE ASSURANCE         ) RE LIBERTY LIFE ASSURANCE
   COMPANY OF BOSTON, FLOYD       ) COMPANY OF BOSTON'S
15 OLSON and BARBARA E.           ) MOTION FOR JUDGMENT IN
   COFFMAN,                       ) INTERPLEADER**
16                                )
17         Defendants.            )
                                  )
18 _____)
19
20
21
22
23
24
25
26
27
28
                                  1
                                          CASE NO.: 08CV0640-JAH (BLM)

## PROOF OF SERVICE

**UNITED STATES DISTRICT COURT–SOUTHERN DISTRICT OF CALIFORNIA**

**CASE NAME:** *HAND v. LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, FLOYD OLSON and BARBARA COFFMAN*

**CASE NUMBER:**   08CV0640-JAH (BLM)

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: 5000 Birch Street, Suite 5000, Newport Beach, CA 92660.

On July 22, 2008, I served the foregoing document(s) described as:

1. **NOTICE OF MOTION AND MOTION FOR JUDGMENT IN INTERPLEADER BY LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

2. **MEMORANDUM IN SUPPORT OF MOTION AND MOTION FOR JUDGMETN IN INTERPLEADER BY LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

3. **[PROPOSED] ORDER AND JUDGMENT**

in this action by placing a true copy thereof in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

**[XX] BY E-MAIL OR ELECTRONIC TRANSMISSION**

Based on a Court order or on an agreement by the parties to accept service by e-mail or electronic transmission, I caused the document(s) described above to be sent from e-mail address westd@jacksonlewis.com to the persons at the e-mail address listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[XX] BY MAIL**

[XX] I deposited such envelope in the mail at Newport Beach, California. The envelope was mailed with postage thereon fully prepaid.

[XX] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Newport Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

1  [XX] **FEDERAL**  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 22, 2008, at Newport Beach, California.

/s/_____
Deborah West

# SERVICE LIST

Michael Hand

207 N. Watersedge

Unit 302

Glendale Heights, IL 60139


Paula K. Jacobi

Sugar, Friedberg & Felsenthal LLP

30 North LaSalle Street, Suite 3000

Chicago, IL 60602


Edward Sedlacek

Mark S Bishop

Lawrence A. Stein

Huck, Bouma, Martin, Jones & Bradshaw, P.C.

1755 South Napersville Road, Suite 200

Wheaton, IL 60187-8132

4

CASE NO.: **08CV0640-JAH (BLM)**