UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HAND, ) | Case No. 08cv0640-JAH (BLM) |
| ) | |
| Plaintiff, ) | **ORDER VACATING SETTLEMENT** |
| v. ) | **DISPOSITION CONFERENCE** |
| ) | |
| LIBERTY LIFE ASSURANCE COMPANY ) | |
| OF BOSTON, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

A Joint Motion for Dismissal has been submitted in this case. The settlement disposition conference scheduled for July 24, 2008 at 1:30 P.m. is hereby vacated.

**IT IS SO ORDERED.**

DATED: July 23, 2008

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE JOHN A HOUSTON
U.S. DISTRICT JUDGE

ALL COUNSEL