Frank M. Liberatore (SBN 119976)
Samantha N. Hoffman (SBN 212135)
JACKSON LEWIS LLP
5000 Birch Street, Suite 4800
Newport Beach, California  92660
Telephone:  (949) 885-1360
Facsimile:  (949) 885-1380
E-Mail:  LiberatF@jacksonlewis.com
E-Mail:  HoffmanS@jacksonlewis.com

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HAND,<br><br>            Plaintiff,<br><br>    vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, FLOYD OLSON and BARBARA E. COFFMAN,<br><br>            Defendants. | CASE NO.:  08CV0640-JAH (BLM)<br><br>DEFENDANT LIBERTY LIFE ASSURANCE COMPANY OF BOSTON'S NOTICE OF IMPROPRIETY OF REQUEST FOR DISMISSAL FRCP 41(a)(2) AND INTENT TO SUBMIT OPPOSITION; REQUEST FOR HEARING |

1    PLEASE TAKE NOTICE that Defendant LIBERTY LIFE ASSURANCE

2  COMPANY OF BOSTON (incorrectly named as Liberty Mutual) intends to oppose

3  Plaintiff MICHAEL HAND'S Request for Dismissal on the grounds that dismissal is

4  improper under these circumstances and that therefore, this court should not dismiss this

5  case pursuant to Federal Rule of Civil Procedure, rule 41(a)(2).   Defendant hereby

6  requests that this court set a hearing date for Plaintiff's request so that Defendant may be

7  heard on this subject.

8

9  Dated:  July 24, 2008              JACKSON LEWIS LLP

10

11                                By:  /s/  *Samantha N. Hoffman*
                                       Frank M. Liberatore
12                                     Samantha N. Hoffman

13                                Attorneys for Defendants
14                                LIBERTY LIFE ASSURANCE COMPANY
                                  OF BOSTON
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## PROOF OF SERVICE

2  UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

3
4  CASE NAME:    *HAND v. LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, FLOYD OLSON and BARBARA COFFMAN*

5  CASE NUMBER: 08CV0640-JAH (BLM)

6  I am employed in the County of ORANGE, State of California. I am over the age of 18 and not a party to the within action; my business address is: 5000 Birch Street, Suite 5000, Newport Beach, California 92660

7

8  On July 24, 2008, I served the foregoing document described as:

9  **DEFENDANT LIBERTY LIFE ASSURANCE COMPANY OF BOSTON'S NOTICE OF IMPROPRIETY OF REQUEST FOR DISMISSAL FRCP 41(a)(2) AND INTENT TO SUBMIT OPPOSITION; REQUEST FOR HEARING NOTICE OF IMPROPRIETY OF REQUEST FOR DISMISSAL FRCP 41(a)(2) AND INTENT TO SUBMIT OPPOSITION; REQUEST FOR HEARING**
10
11

12  in this action by placing a true copy thereof in a sealed envelope addressed as follows:

13                        SEE ATTACHED SERVICE LIST

14  **[XX] BY MAIL**

15      **[XX]** I deposited such envelope in the mail at Newport Beach, California. The
16  envelope was mailed with postage thereon fully prepaid.

17      **[XX]** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with
18  U.S. postal service on that same day with postage thereon fully prepaid at Newport Beach, California in the ordinary course of business. I am aware that on motion of the
19  party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

20  **[XX]    BY NOTICE OF ELECTRONIC FILING.** The above-listed counsel
21  have consented to electronic service and have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said
22  document was filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

23
24
25
26
27
28

1  **FEDERAL**   I declare under penalty of perjury under the laws of the State of
2  California and the United States that the foregoing is true and correct, and that I am
3  employed in the office of a member of the bar of this Court at whose direction the service
   was made.

4
5      Executed on July 24, 2008 at Newport Beach, California.

6                                        _____/s/_____Deborah West_____

7
8  [
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SERVICE LIST

Michael Hand
207 N. Watersedge
Unit 302
Glendale Heights, IL 60139

Paula K. Jacobi
Sugar, Friedberg & Felsenthal LLP
30 North LaSalle Street, Suite 3000
Chicago, IL 60602

Edward Sedlacek
Mark S. Bishop
Lawrence A. Stein
Huck, Bouma, Martin, Jones & Bradshaw, P.C.
1755 South Napersville Road, Suite 200
Wheaton, IL 60187-8132