UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HAND,<br><br>        Plaintiff,<br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY<br>OF BOSTON, et al.,<br><br>        Defendants. | Case No. 08cv0640-JAH (BLM)<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

In order to discuss the status of this case and settlement, the Court will conduct a <u>telephonic, attorneys-only</u> Case Management Conference on **August 25, 2008** at **1:30 p.m.**  The Court will initiate the call.  Failure to participate may result in the imposition of sanctions.

**IT IS SO ORDERED.**

DATED:  August 19, 2008

*Barbara L. Major*

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE JOHN A HOUSTON
U.S. DISTRICT JUDGE

ALL COUNSEL