14304-1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

MICHAEL HAND,            )
         Plaintiff,    )
                         )
vs.                      )   No.  08 CV 0640-JAH (BLM)
                         )
LIBERTY LIFE ASSURANCE COMPANY )
OF BOSTON, FLOYD T. OLSON, and. )
BARBARA E COFFMAN,       )   District Judge John A. Houston
                         )   Magistrate Judge Barbara L. Major
         Defendants.    )

## **REPORT OF INVESTIGATION**

Plaintiff, MICHAEL HAND, by his attorney, Lawrence A. Stein of HUCK BOUMA PC, reports on the results of his investigation regarding whether the interpled funds are deposited with the registry of the clerk of this court. As his report of the investigation, plaintiff states as follows:

1.  The plaintiff has consulted in writing and orally with the clerks of the district courts of this court and the Northern District of Illinois.

2.  The results of that investigation reveal that the interpled funds were promptly transferred from Illinois to the clerk of this court at the time this case was transferred.

3.  The clerk of this court has confirmed that it has possession of the funds. The clerk also reports that it advised both the district judge and magistrate judge that the funds are on deposit with the clerk of this court once prompted to inquire by the undersigned's investigation.

4.  A joint motion to dismiss is due today. Counsel for the plaintiff and Liberty Life have agreed to the terms of a new order of dismissal. But Ms. Jacobi, the other attorney of record in this case, has not responded to multiple requests for her agreement to the motion. Thus, no new agreed

1   document can be filed within the time set by the court. The undersigned presumes that the court's
2   order to file such a document was premised on the assumption that an agreement could be reached
3   and that in the absence of an agreement no document needed to be filed.

4                                            Respectfully submitted,

5                                            HUCK BOUMA, P.C.
6
7                                              /s/    Lawrence A. Stein
8
9                                            Lawrence A. Stein

27  Lawrence A. Stein
28  **HUCK BOUMA PC**
29  1755 South Naperville Road
30  Wheaton, Illinois  60187
31  Telephone (630) 221-1755
32  Facsimile (630) 221-1756
33  Email lstein@huckbouma.com

**CERTIFICATE OF FILING AND SERVICE**

I, Lawrence A. Stein, state as follows under penalty of perjury this fifth day of September 2008:

1. I filed this *Report of Investigation* by filing it electronically.

2. I served this *Report of Investigation* by electronically filing it with the court whose facilities transmitted it to the attorneys of record.

3. I made the electronic filing on September 5, 2008.

/s/   Lawrence A. Stein

_____

R:\14000s\14300-14399\14304-1\Pleadings\Report of Investigation.wpd